# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Singh v. The City of New York**  Docket No.: **23-24**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Jamison Davies/New York City Law Department**

Firm: **New York City Law Department**

Address: **100 Church Street**

Telephone: **212-356-2490**   Fax:

E-mail: **jdavies@law.nyc.gov**

Appearance for: **The City of New York, P.O. Madeep Cheema, Police Officers John Doe #1-10 / Appellees**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Amy McCamphill/New York City Law Department** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Jamison Davies**

Type or Print Name: **Jamison Davies**