# COHEN & FITCH LLP
233 BROADWAY, SUITE 900
NEW YORK, NY 10279
TEL: 212.374.9115
FAX: 332.777.2172

---

January 18, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
500 Pearl Street
New York, New York 10007

        *Re:*    *Singh v. City of New York*
                23-24

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(A), appellant Balwinder Singh respectfully requests April 19, 2023 as the deadline for filing appellants' brief.

                                    Very truly yours,

                                    JOSHUA P. FITCH

                                    Attorney for Appellant