**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: February 14, 2023
Docket #: 23-24cv
Short Title: Singh v. The City of New York

DC Docket #: 19-cv-632
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Tiscione

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.