# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty-three,

_____

| | |
|---|---|
| Balwinder Singh, | **ORDER** |
| Plaintiff - Appellant, | Docket No: 23-24 |
| v. | |
| The City of New York, P.O. Mandeep Cheema, Tax Id. No. 950196, Individually and in his Official Capacity, Police Officers John Doe #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),, | |
| Defendants - Appellees. | |

_____

Counsel for APPELLANT Balwinder Singh has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 19, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before April 19, 2023. The appeal is dismissed effective April 19, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court