# 23-24cv

# United States Court of Appeals
# for the Second Circuit

BALWINDER SINGH,

*Plaintiff-Appellant,*

v.

THE CITY OF NEW YORK, P.O. MANDEEP CHEEMA,
Tax Id. No. 950196, Individually and in his Official Capacity,
POLICE OFFICERS JOHN DOE #1-10, Individually and in
their Official Capacity (the name John Doe being fictitious,
as the true names are presently unknown),

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## VOLUME II OF VI (PAGES JA-193–JA-383)

COHEN & FITCH LLP
*Attorneys for Plaintiff-Appellant*
233 Broadway, Suite 900
New York, New York 10279
(212) 374-9115
jfitch@cohenfitch.com

NEW YORK CITY LAW DEPARTMENT
*Attorneys for Defendants-Appellees*
100 Church Street, Room 6-178
New York, New York 10007
(212) 356-2490
Alexander.li@usdoj.gov

**0862**

i

# TABLE OF CONTENTS

Docket Entries ........................................................................JA-1

Complaint, Dated January 31, 2019...........................................JA-10

Plaintiff's Notice of Motion for Summary Judgment,
Dated July 12, 2021 ...............................................................JA-24

Plaintiff's Statement of Undisputed Facts, Dated July 12, 2021...............JA-26

Plaintiff's Supporting Declaration by Gerald M. Cohen,
Dated July 12, 2021 ...............................................................JA-34

    Exhibit A to Cohen Declaration -
    Excerpts of Transcript of EBT of Balwinder Singh (Plaintiff),
    Taken October 5, 2020........................................................JA-36

    Exhibit B to Cohen Declaration -
    Excerpts of Transcript of Video-Conference EBT of
    Amandeep Kaur (Non-Party Witness),
    Taken December 3, 2020 ....................................................JA-49

    Exhibit C to Cohen Declaration -
    Excerpts of Transcript of EBT of P.O. Mandeep Cheema
    (Defendant), Taken October 7, 2020....................................JA-53

    Exhibit D to Cohen Declaration -
    Audio Recording of the 911 Call..........................................JA-99
    *(Submitted on Separate Thumbdrive)*

    Exhibit E to Cohen Declaration -
    Excerpts of Transcript of EBT of Nicole Milonas
    (Non-Party Witness), Taken October 22, 2020 ..............................JA-100

    Exhibit F to Cohen Declaration -
    Pre-Hospital Care Report of Jamaica Hospital Medical
    Center Regarding Balwinder Singh,
    Dated February 28, 2018................................................JA-116

Exhibit G(1-3) to Cohen Declaration -
Full Video Recording ...................................................................JA-119
*(Submitted on Separate Thumbdrive)*

Exhibit H to Cohen Declaration -
Aided Report from Incident Occurred,
Dated February 28, 2018................................................................JA-120

Exhibit I to Cohen Declaration -
Excerpts of Transcript of EBT of Justin Davis
(Non-Party Witness), Taken November 5, 2020 ............................JA-122

Exhibit J to Cohen Declaration -
Excerpts of Transcript of EBT of Malinda Walker
(Non-Party Witness), Taken October 27, 2020 .............................JA-131

Exhibit K to Cohen Declaration -
Expert Radiologist Reports .............................................................JA-137

Exhibit L to Cohen Declaration -
Photographs of Plaintiff's Face Injury............................................JA-145

Exhibit M to Cohen Declaration -
Excerpts of Transcript of EBT of Marisabel Schapira
(Non-Party Witness), Taken October 22, 2020 .............................JA-154

The City of New York and Officer Mandeep Chemma's
Notice of Cross-Motion for Summary Judgment,
Dated September 24, 2021 .......................................................JA-156

The City of New York and Officer Mandeep Chemma's
Response to Statement of Undisputed Facts and
Counter-Statement of Material Fact, Dated September 24, 2021 ..........JA-158

The City of New York and Officer Mandeep Chemma's
Supporting Declaration by Hannah V. Faddis,
Dated September 24, 2021 .......................................................JA-179

Exhibit A to Faddis Declaration -
Complaint, Dated January 31, 2019
(Reproduced herein at pgs. JA-10-JA-23).......................................JA-182

Exhibit B to Faddis Declaration -
City of New York and Mandeep Chemma's Answer,
Dated April 29, 2019........................................................................JA-183

Exhibit C to Faddis Declaration -
Transcript of EBT of Balwinder Singh (Plaintiff),
Taken October 5, 2020.....................................................................JA-193

Exhibit D to Faddis Declaration -
Transcript of EBT of P.O. Mandeep Cheema (Defendant),
Taken October 7, 2020.....................................................................JA-384

Exhibit E to Faddis Declaration -
Transcript of EBT of Justin Davis (Non-Party Witness),
Taken November 5, 2020..................................................................JA-619

Exhibit F to Faddis Declaration -
Transcript of EBT of Malinda Walker (Non-Party Witness),
Taken October 27, 2020...................................................................JA-782

Exhibit G to Faddis Declaration -
Transcript of EBT of Nicole Milonas (Non-Party Witness),
Taken October 22, 2020...................................................................JA-867

Exhibit H to Faddis Declaration -
Transcript of EBT of Marisabel Schapira
(Non-Party Witness), Taken October 22, 2020 ...............................JA-986

Exhibit I to Faddis Declaration -
Transcript of Video-Conference EBT of Amandeep Kaur
(Non-Party Witness), Taken December 3, 2020...........................JA-1086

Exhibit J to Faddis Declaration -
Transcript of Video-Conference EBT of Lakhwinder Singh
(Non-Party Witness), Taken December 15, 2020.........................JA-1183

Exhibit K to Faddis Declaration -
NYPD Intergraph Computer Aided Dispatch System
Event Chronology .........................................................................JA-1298

Exhibit L to Faddis Declaration -
Pre-Hospital Care Report of Jamaica Hospital Medical
Center Regarding Balwinder Singh, Dated February 28, 2018
(Reproduced herein at pgs. JA-116-JA-118)..................................JA-1303

Exhibit M to Faddis Declaration -
Medical Records of Jamaica Hospital Medical Center
Regarding Balwinder Singh .........................................................JA-1304

Exhibit N to Faddis Declaration -
EMS Video..................................................................................JA-1333
*(Submitted on Separate Thumbdrive)*

Exhibit O to Faddis Declaration -
Surveillance Video Still Images ...................................................JA-1334

Exhibit P to Faddis Declaration -
Audio Recording of the 911 Call made by Amandeep Kaur,
Dated February 28, 2018..............................................................JA-1340
*(Submitted on Separate Thumbdrive)*

Plaintiff's Response to Defendants' Counter-Statement of Material
Facts Pursuant to Local Rule 56.1, Dated November 12, 2021 .............JA-1341

Plaintiff's Reply Affirmation by Gerald M. Cohen,
Dated November 29, 2021 .......................................................JA-1376

Exhibit N to Cohen Reply Affirmation -
Video Recording .........................................................................JA-1378
*(Submitted on Separate Thumbdrive)*

Exhibit O-1 to Cohen Reply Affirmation -
Still Photo from Video of Incident................................................JA-1379

Exhibit O-2 to Cohen Reply Affirmation -
Still Photo from Video of Incident................................................JA-1380

Exhibit O-3 to Cohen Reply Affirmation -
Still Photo from Video of Incident................................................JA-1381

Exhibit O-4 to Cohen Reply Affirmation -
Still Photo from Video of Incident................................................JA-1382

Exhibit O-5 to Cohen Reply Affirmation -
Still Photo from Video of Incident...................................................JA-1383

Letter from Hannah V. Faddis to Hon. Eric Komitee,
Dated May 10, 2022...................................................................JA-1384

Report and Recommendation of Hon. Steven L. Tiscione,
Dated June 28, 2022 ..................................................................JA-1385

Memorandum and Order of Hon. Eric Komitee,
Dated September 30, 2022 .......................................................JA-1404

Stipulation and Order of Partial Dismissal, Dated December 2, 2022..JA-1431

Judgment of United States District Court Eastern District of
New York, Dated December 6, 2022, Appealed From ...........................JA-1434

Plaintiff's Notice of Appeal, Dated January 4, 2023...............................JA-1436

```
                                                      Page 1
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   -------------------------------------------------------X
     BALWINDER SINGH,
 3
                                        PLAINTIFF,
 4
                   -against-              Civil Action No.:
 5                                        19-cv-632 NGG-ST
 6   THE CITY OF NEW YORK, P.O. MANDEEP CHEEMA, TAX ID. NO.
     950196, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND
 7   POLICE OFFICERS "JOHN DOE" #1-10, INDIVIDUALLY AND IN THEIR
     OFFICIAL CAPACITY,
 8
                                        DEFENDANTS.
 9   -------------------------------------------------------X
10
11                   DATE:  October 5, 2020
12                   TIME:  10:36 A.M.
13
14         EXAMINATION BEFORE TRIAL of the Plaintiff,
15   BALWINDER SINGH, taken by the Defendant, pursuant to a
16   Court Order, and held via ZOOM at 130-18 Atlantic Avenue,
17   South Richmond, New York 11419, before Sandra Troiani, a
18   Notary Public of the State of New York.
19
20
21
22
23
24
25
```

```
                                              Page 2
 1    A P P E A R A N C E S:
 2
 3    COHEN & FITCH LLP
              Attorneys for the Plaintiff
 4            233 Broadway, Suite 1800
              New York, New York 10279
 5            BY:  GERALD COHEN, ESQ.
 6
 7    JAMES E. JOHNSON, ESQ.
      CORPORATION COUNSEL
 8    NEW YORK CITY LAW DEPARTMENT
              Attorneys for the Defendants
 9            100 Church Street
              New York, New York 10007
10            BY:  HANNAH FADDIS, ESQ.
              File #:  2019-008905
11            Control #:  20-1932
12
      ALSO PRESENT:
13
      Ilyssa Fuchs, Attorney with Cohen & Fitch LLP
14
15                            *      *      *
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 3
 1              F E D E R A L   S T I P U L A T I O N S

 2

 3

 4        IT IS HEREBY STIPULATED AND AGREED by and between

 5   the counsel for the respective parties herein that the

 6   sealing, filing and certification of the within deposition

 7   be waived; that the original of the deposition may be

 8   signed and sworn to by the witness before anyone authorized

 9   to administer an oath, with the same effect as if signed

10   before a Judge of the Court; that an unsigned copy of the

11   deposition may be used with the same force and effect as if

12   signed by the witness, 30 days after service of the

13   original & 1 copy of same upon counsel for the witness.

14

15        IT IS FURTHER STIPULATED AND AGREED that all

16   objections except as to form, are reserved to the time of

17   trial.

18

19                    *     *     *     *

20

21

22

23

24

25
```

B. SINGH

                                                              Page 4

1    B A L W I N D E R   S I N G H, called as a witness, having

2    been first duly sworn by a Notary Public of the State of

3    New York, was examined and testified as follows:

4              MS. FADDIS:  It is October 5, 2020 at

5              approximately 10:36 a.m.  We have sworn in the

6              witness, Mr. Balwinder Singh who has shown the

7              court reporter his New York State driver's

8              license and we're about to conduct his

9              examination under oath via ZOOM.

10   EXAMINATION BY

11   MS. FADDIS:

12      Q.    Please state your name for the record.

13      A.    Balwinder Singh.

14      Q.    Where do you reside?

15      A.    130-18 Atlantic Avenue, South Richmond, New York

16   11419.

17      Q.    My name is Hannah Faddis.  I'm an attorney with

18   the New York City Law Department.  I represent the City of

19   New York and Officer Mandeep Cheema in this case.  You

20   understand that you brought a lawsuit, right?

21      A.    Yes, ma'am.

22      Q.    Okay.  So we are here today to take your

23   deposition in this lawsuit and I just want to go over some

24   ground rules before we get started so that we make sure

25   that we understand each other and this goes smoothly.  So

B. SINGH

```
                                                        Page 5
 1    the first thing I want to ask you is, for any question I
 2    ask, please give a verbal answer.  That means a yes or a no
 3    or some other words.  You can't shake your head yes or no
 4    because the court reporter can't take that down; do you
 5    understand that?
 6         A.    Okay, ma'am, yes.
 7         Q.    Okay.  You understand that you've just taken an
 8    oath to tell the truth?
 9         A.    Yes, ma'am, I do.
10         Q.    And you understand that's the same oath that you
11    would take in a courtroom if this case were to go to trial,
12    right?
13         A.    Yeah, ma'am, same.  Yeah.
14         Q.    So you understand that that oath has the same
15    importance and seriousness here as it does in court, right?
16         A.    Yes, ma'am.
17         Q.    I'm going to ask you to listen to my entire
18    question before you start to give an answer; can you do
19    that?
20         A.    Yes, ma'am.
21         Q.    Okay.  And if you do not understand a question I
22    ask, I need you to ask me to repeat it or rephrase it, but
23    let me know that you don't understand it; can you do that?
24         A.    Yes, ma'am.
25         Q.    If you do answer a question that I ask, I'm going
```

B. SINGH

```
                                                    Page 6
 1   to assume that you heard it and you understood it; is that
 2   fair?
 3        A.    Yes.
 4        Q.    At any point during the deposition, if you need
 5   to correct a mistake that you've made, you can do that,
 6   just let me know.  You are welcome to take a break to speak
 7   to your attorney, to use the restroom, whatever you need at
 8   any time, except, if there is a question pending, I ask
 9   that you answer my question before you ask to take a break;
10   can you do that?
11        A.    Yes, ma'am.
12        Q.    Okay.  After this deposition, you're going to be
13   given, through your attorney, a copy of the transcript to
14   review and you will be able to correct any errors; do you
15   understand that?
16        A.    Yes, ma'am.
17        Q.    Okay.  If you do make any changes to the
18   transcript of this deposition after today, you understand
19   that we would be able to comment on those changes if this
20   case goes to trial; do you understand that?
21        A.    Yes, ma'am.
22        Q.    Okay.  Now, Mr. Singh, because we're doing this
23   remotely, I just want to ask you a few extra questions
24   about where you are.  You said that you're at your home at
25   130-18 Atlantic Avenue?
```

B. SINGH

Page 7

```
 1      A.      Yes, ma'am.

 2      Q.      Okay.  Are you in a room that's closed off from

 3  other people?

 4      A.      No, I was in living room.

 5      Q.      Is there anyone else home in the apartment with

 6  you?

 7      A.      Yes, ma'am.

 8      Q.      Okay.  And who is home with you?

 9      A.      My wife.

10      Q.      Okay.  Is she in the same room with you?

11      A.      No, she was -- she was in -- in -- in our room,

12  but I was in the living room.

13      Q.      Understood.  So your wife is in a different room

14  right now?

15      A.      Yes, ma'am.

16      Q.      Okay.

17      A.      Was you asking me a -- as of today or asking me

18  on the day of the incident?

19      Q.      No, right now.  I'm just asking just so we know

20  where you're situated in.

21      A.      Oh, okay.  Okay.  Okay.  Sorry.  Right -- right,

22  now I'm in -- in a separate room and nobody's with me right

23  now.

24      Q.      Understood.  Thank you.  Mr. Singh, do you have

25  any condition, mental or physical, that would make it
```

Case 23-24, Document 29, 04/19/2023, 3501821, Page14 of 197
**[JA-200]**

B. SINGH

Page 8

1  difficult for you to testify truthfully, accurately and

2  fully today?

3      A.    No, I -- I don't.

4      Q.    Okay.  Do you have any mental or physical

5  condition that impairs your memory?

6      A.    No, I think so, no.

7      Q.    Have you taken any medication or drugs within the

8  last 24 hours?

9      A.    No, last night I took my -- my Claritin and --

10  and my Seroquel.  Last night I took Singular, my allergy

11  medication and my psychotic -- one of my psychotic

12  medication names Seroquel.

13     Q.    And -- go ahead.

14     A.    Seroquiel is spelled, S-E-R-O-Q-U-I-E-L.

15     Q.    And Mr. Singh, did you take the correct dosage of

16  your Seroquel?

17     A.    Yes, ma'am.

18     Q.    Okay.  Would the Seroquel affect your ability to

19  testify truthfully, accurately and fully today?

20     A.    I think it's affect has -- has gone.  I -- I have

21  taken enough sleep and I'm doing fine.

22     Q.    Okay.  Did you fail to take any medication that

23  you do usually take?

24     A.    As of today?

25     Q.    Yes, in the last 24 hours.

B. SINGH

Page 9

1       A.      No, I -- I have had my -- all medications on

2   time.

3       Q.      Okay.  All right.  Mr. Singh, have you had any

4   alcoholic beverages in the last 24 hours?

5       A.      No, ma'am.

6       Q.      Is there any other reason that you can think of

7   why you can't give truthful, accurate and full testimony

8   today?

9       A.      There should be no reason.  There should be no

10  reason, ma'am.

11      Q.      Thank you.

12      A.      Yeah.

13      Q.      Mr. Singh, what is your full legal name?

14      A.      Yeah, my -- my first name is Balwinder,

15  B-A-L-W-I-N-D-E-R and my last name, Singh, S-I-N-G-H.

16      Q.      Is that your complete name or do you have any

17  other middle names or sir names or anything else?

18      A.      It is my complete name.

19      Q.      Thank you.  Have you ever been known by any other

20  name?

21      A.      No.

22      Q.      Do you have any nicknames?

23      A.      Nicknames?  Yes, that's the name usually my wife

24  calls me and --

25      Q.      And what is that?

B. SINGH

Page 10

1      A.      It's Bittu, B-I-T-T-U, but I -- I -- I don't use

2    this name as official.

3      Q.      Understood.

4      A.      It's -- it's just a house name, yeah.

5      Q.      Does anyone other than your wife call you that?

6      A.      Yeah, that's the only name.

7      Q.      Okay.  Mr. Singh, what is your complete date of

8    birth and we're only going to put the year in the

9    transcript?

10     A.      Oh, yeah.  My full date of birth is XX/XX/1979.

11     Q.      Thank you.  And do you have a social security

12   number?

13     A.      Yes, ma'am.

14     Q.      And I'm going to ask you for your complete social

15   security number and we're only going to put the last four

16   digits in the transcript?

17     A.      Yes, full XXX/XX/3900.

18     Q.      Okay.  Other than the date of birth you just gave

19   me, have you ever used another date of birth for any

20   official purpose?

21     A.      No, this is my official date of birth.

22     Q.      And other than the social security number you

23   just gave me, have you ever used any other social security

24   number for any purpose?

25     A.      No, that's the -- that's the only social security

B. SINGH

```
                                              Page 11
 1    number I have.
 2         Q.     Mr. Singh, what is the highest level of education
 3    that you've completed?
 4         A.     Yeah, I completed my GED diploma in the -- the
 5    United States.
 6         Q.     When was that?
 7         A.     In the year 2004.
 8         Q.     Prior to obtaining your GED, what was the highest
 9    level of education you completed?
10         A.     I think three -- up to -- to the third grade.
11         Q.     And where did you receive that education?
12         A.     In the -- the village school in India.
13         Q.     Prior to coming to the United States, what part
14    of India did you live in?
15         A.     The city name is Lahai in the state of Ariana
16    (sp).
17         Q.     That's not to far from Delhi, right?
18         A.     Yeah, that is 200 kilometer -- my -- my -- my
19    village located 200 kilometer north of New Delhi.
20         Q.     Okay.  Mr. Singh, how old were you when you
21    immigrated to the United States?
22         A.     I think I would be around 17 or 18.  Yeah, 17 or
23    18.
24         Q.     When you first arrived, were you employed?
25         A.     No.
```

B. SINGH

Page 12

```
1      Q.     When was the first time you worked in the United

2   States?

3      A.     I think in -- I worked -- started working in 1990

4   -- in the end of 1997 at a gas station in Bronx and that

5   was my part-time job, yeah.

6      Q.     I don't think I asked this, but what year did you

7   arrive in the United States?

8      A.     In March 1997.

9      Q.     What was the next job you had after working at

10  the gas station in the Bronx?

11     A.     My next job was driving a yellow taxi in New York

12  City.

13     Q.     Did you have your own taxi?

14     A.     There's -- there's a complication about -- about

15  -- of the answer there.  I think the taxi was on leases.

16  That -- that was my father's -- my father leases that taxi

17  and I had my name on the registration.

18     Q.     How long did you drive a yellow cab?

19     A.     From 1999 to -- up to 2000.

20     Q.     Okay.  And in 1999 and 2000, was driving a yellow

21  cab your full-time job?

22     A.     Yes.

23     Q.     In 2000, what did you do for work?

24     A.     In -- in -- in 2000, I think I -- I quit driving

25  yellow taxi.
```

B. SINGH

```
                                                        Page 13
 1       Q.     Did you quit to do something different or were

 2   you not working or something else?

 3       A.     Yeah -- no, I -- I was not working.

 4       Q.     After 2000, when was the next time you were

 5   employed?

 6       A.     And then I think I was -- I was working -- I -- I

 7   worked, but on and off, not continually.

 8       Q.     Okay.  When did you start working again after

 9   2000?

10       A.     I think somewhere in 2003.

11       Q.     Was there a reason that you weren't working from

12   2000 to 2003?

13       A.     Yes, I -- I had a -- I had an alcoholic problem

14   at that time.

15       Q.     Did you receive any treatments between 2000 and

16   2003 for your drinking problem?

17       A.     No, I seek the treatment in 2004.

18       Q.     And what did that treatment consist of?

19       A.     I have to check into my record.  I think it's --

20   it's a rehabilitation.  I have to go for everyday for a few

21   hours and I want to get clear one thing, that during my

22   alcoholism, I -- I did not work.

23       Q.     Okay.  And you said you started working again in

24   2003?

25       A.     Yes, ma'am.
```

B. SINGH

```
                                              Page 14
1       Q.      Okay.  And you started treatment in 2004?

2       A.      Yes.

3       Q.      When you started working again in 2003, what were

4    you doing for work?

5       A.      Driving a taxi.

6       Q.      Were you driving a yellow cab or a black car,

7    something else?

8       A.      Yeah, yellow cab.  Yeah, yellow cab.  Yeah.

9       Q.      Were you driving your father's taxi or something

10   else?

11      A.      Yeah, father's taxi.

12      Q.      Does your father still live in New York?

13      A.      No, he lives in India.

14      Q.      Mr. Singh, you said when you started driving in

15   2003 you were only driving part time; is that right?

16      A.      Yes, ma'am.

17      Q.      And did there come a time when you started

18   working full time again?

19      A.      Yeah, I think in -- yeah, in -- in 2004.

20      Q.      And when you were working full time again in

21   2004, were you driving a yellow cab or doing something

22   else?

23      A.      Yeah, the same; my father's yellow taxi.

24      Q.      And how long did you continue driving that yellow

25   cab from 2004?
```

B. SINGH

Page 15

```
1       A.      I think I continued driving 2005, '06 up to '07.

2       Q.      And you said you stopped driving the yellow cab

3   in 2007?

4       A.      Yes, either in -- in the end -- yeah, in 2007,

5   yes.

6       Q.      And why did you stop driving the yellow cab in

7   2007?

8       A.      Yeah, because I had an auto accident from the

9   side -- from the right side and I had gone through some

10  injuries to my lower back and neck and I was on treatment.

11      Q.      So you stopped working in 2007 because you were

12  injured in a car accident?

13      A.      Yeah.

14      Q.      And how long were you out of work as a result of

15  those injuries?

16      A.      I am not sure.  I -- I -- I can put in

17  transcript, yeah.  It could be one-and-a-half year.  I -- I

18  think year-and-a-half for like that.

19      Q.      Do you remember when you started working again?

20      A.      Yeah, I think either in the beginning of 2008 or

21  '07.  I have to check in the records.

22      Q.      What records would you have that would tell you

23  when you started working again?

24      A.      The record because it's quite old, you know.

25  It's quite old so it's hard to exactly tell how many months
```

B. SINGH

```
                                                    Page 16
 1    or what month I stopped or I start working.
 2        Q.      Understood.  I'm just asking what documents you
 3    have that would tell you the answer to the question?
 4        A.      I think my -- my -- I have kept my previous
 5    record of the previous -- yeah, from the previous record
 6    that I have in the file.
 7        Q.      What kind of records are those?
 8        A.      That's an accident record, ma'am.  2006 accident
 9    record.
10        Q.      Are those medical records or employment records
11    or something else?
12        A.      Yeah, it's, like, employment record, yeah.
13              MS. FADDIS:  So obviously to the extent
14              those records haven't been produced, we'll call
15              for the production of those records and I'll
16              follow up in writing.
17        Q.      All right.  Mr. Singh, you said you think you
18    went back to work sometime in 2007 or 2008, right?
19        A.      No, I think I stopped working in that time and
20    then I restart working in March 2010 when I had -- after I
21    had recovered from the previous -- from the 2006 accident.
22        Q.      And when you started working in 2010, were you
23    driving a yellow taxi or doing something else?
24        A.      Yeah, the same yellow taxi.  Yes.
25        Q.      And when you started working again in 2010
```

B. SINGH

Page 17

1   driving the yellow cab, were you doing that full time?

2        A.     Yes, ma'am.

3        Q.     And how long did you continue driving the yellow

4   cab after you restarted in 2010?

5        A.     Okay.  I stopped working in -- somewhere in

6   November 2011.

7        Q.     And when you stopped working in November of 2011,

8   why did you stop working?

9        A.     I had encountered another motor vehicle accident

10  in September 2010.

11       Q.     You were in an accident in September of 2010 and

12  continued working until November of 2011?

13       A.     Yes, ma'am.

14       Q.     When you stopped working in November of 2011, why

15  did you stop working at that point?

16       A.     I -- I -- because of September 2010 accident, I

17  had injuries to my lower back, right shoulder, neck and

18  left knee and at that -- at that time because I continue

19  driving on full time so there was a lot of pain in those

20  parts, yeah.  However, I was continually taking the

21  treatment at that time.  That's the reason I had to stop

22  working in November 2011.

23       Q.     When you say you were continually taking the

24  treatment, what are you referring to?

25       A.     I -- I -- I would be taking physical therapy,

B. SINGH

Page 18

1   lower back, neck, right shoulder, left knee and when the

2   therapy did not help, the -- the doctors asked me to -- for

3   the -- for the surgeries.

4       Q.    When did you start physical therapy for your

5   injuries relating to the 2010 accident?

6       A.    I think somewhere in September 2010, I started

7   physical therapy.

8       Q.    And do you remember where you were receiving

9   physical therapy starting in 2010 for those injuries?

10      A.    Yes, I had to go a different -- different places

11  for the physical therapy and to the different -- different

12  doctors for the treatment.

13      Q.    Let's start with physical therapy.

14      A.    Yes, whatever I remember, I can tell you.

15  Otherwise, I can put -- put in the transcript.  Okay.  The

16  -- the first place, I think, Healthmakers in Forest Hills,

17  New York.

18      Q.    That was for physical therapy?

19      A.    Yes, ma'am.

20      Q.    And how long did you go to Healthmakers for

21  physical therapy?

22      A.    I went there up to somewhere 2 -- 2 -- somewhere

23  to June 2011.

24      Q.    Did you ever go anywhere else for physical

25  therapy relating to the 2010 car accident?

B. SINGH

Page 19

 1      A.      Yes.

 2      Q.      Where was that?

 3      A.      That's Amdo physical place -- physical treatment

 4   place.   That's at 11605 Myrtle Avenue, Richmond Hill, New

 5   York, 11449.

 6      Q.      And when did you go there?

 7      A.      I'm not sure about the date, but somewhere in --

 8   somewhere in August 2012.

 9      Q.      Between June of 2011 and August of 2012, did you

10   go anywhere for physical therapy?

11      A.      Yes.

12      Q.      Let me back up.  You said you stopped going to

13   Healthmakers in June of 2011, right?

14      A.      Yeah, but I'm not that sure about the date.

15      Q.      Okay.  Was it sometime in 2011?

16      A.      Oh, yes.

17      Q.      And you said you didn't start going to Amdo

18   Physical Therapy until August of 2012, right?

19      A.      Yeah, before that I went to Able -- Able

20   Orthopedics.

21      Q.      So sometime between when you stopped going to

22   Healthmakers and when you started going to Amdo, you went

23   to Able Orthopedics; is that right?

24      A.      Yes.  Yes, ma'am.

25      Q.      Why did you stop going to Healthmakers?

B. SINGH

Page 20

1    A.    Because that is just a physical therapy office.

2  The -- the doctor from there, named Dr. James, Harold

3  referred me to the orthopedic for the -- my left knee and

4  right shoulder evaluation to Dr. Mehran Manouel at Able

5  Orthopedics.

6    Q.    And at some point, did you stop going to Able

7  Orthopedics or you continued going there?

8    A.    I -- I -- continually -- continually --

9  continually going there until -- until August -- I mean,

10 yes, I -- I continually going -- going there and then I --

11 after getting the treatment from there, I had to stop going

12 to Dr. Manouel.

13   Q.    So I'm going to rephrase.  You stopped seeing Dr.

14 Manouel at Able Orthopedics before you started going to

15 Amdo Physical Therapy?

16   A.    Yes.

17   Q.    And why did you stop seeing Dr.  Manouel?

18   A.    Okay.  Dr. Manouel did my left knee surgery in --

19 somewhere in June 2011.  At that time, I was continuing

20 going there and then he did my right shoulder and after he

21 did the left knee and then I start to see a lower back --

22 lower back doctor for the lower back.

23   Q.    Who was the lower back doctor you started to see?

24   A.    I think it is Dr. Jonathan -- -- from Brooklyn

25 Premier Orthopedics at 1414 Newkirk Avenue somewhere in

B. SINGH

Page 21

1    Brooklyn, New York.

2        Q.    Mr. Singh, I want to focus on the physical

3    therapy you were receiving so you said you were receiving

4    physical therapy from Able Orthopedics, right?

5        A.    Yes.

6        Q.    And at some point prior to August 2012 you

7    stopped, right?

8        A.    Yes.

9        Q.    And you started going to physical therapy to Amdo

10   Physical Therapy, right, in August 2012?

11       A.    Yes.

12       Q.    I just want to make sure I'm understanding.  Why

13   did you switch from Able Orthopedics to Amdo Physical

14   Therapy around August of 2012?

15       A.    Because I had a -- a lower back surgery -- lower

16   back discectomy for my lower back and that place is --

17   place is closest to my house so prefer to go at Amdo

18   Physical Therapy office.

19       Q.    Okay.  All right.  Mr. Singh, after you stopped

20   working in November of 2011, when was the next time you

21   were working again?

22       A.    Okay.  Because of all -- okay.  When I stopped in

23   November 2011, I start work in -- somewhere in 2016.  '16,

24   yes.

25       Q.    So between November of 2011 and sometime in 2016,

B. SINGH

Page 22

1   you were not working at all?

2        A.      No, I was not working.

3        Q.      During that time, were you collecting any sort of

4   benefits?

5        A.      Yes, I think I -- I was collecting Workers'

6   Compensation for the injury, yes.

7        Q.      Did you collect any other sort of benefits,

8   social security disability, for example?

9        A.      No, ma'am.

10       Q.      What about unemployment; during that period, did

11  you collect unemployment?

12       A.      No.  No, I don't receive unemployment.

13       Q.      When you went back to work in 2016, do you

14  remember what month that was?

15       A.      It could be -- I'm not -- it could be April of

16  2016.

17       Q.      And when you went back to work in April of 2016,

18  did you go back to work full time?

19       A.      Like a few days a week, but full time, yes.

20       Q.      When you say, "few days a week, but full time,"

21  what do you mean?

22       A.      That means in -- in -- in -- in April 2016, I

23  start driving for a private garage, private yellow taxi

24  garage and then I -- I used to go, like, three --

25  three/four days in a week like that.

B. SINGH

Page 23

1     Q.     How many hours a week were you working at that

2     time?

3     A.     When I start with yellow taxi, that was, like,

4     nine hours, ten hours.  Somewhere -- yes.  And then

5     somewhere in May 2016, I start driving Uber on full-time

6     job.

7     Q.     When you started driving for Uber, how many hours

8     per week were you driving?

9     A.     I was driving -- I was driving -- okay.  I think

10    driving at least eight to nine hours or ten hours a day so

11    at around 60/70 hours a week.

12    Q.     And how long did you continue driving for Uber?

13    A.     I continually driving Uber and then -- okay.  I

14    -- however, I was -- I was continue driving Uber and then I

15    switched to Lyft and then I continue driving Uber and Lyft

16    until December -- December 2000 -- December 31, 2018 or I

17    could say January 1st, 2019.

18    Q.     When did you start driving for Lyft?

19    A.     Somewhere in the middle of 2018.  I -- I don't

20    remember the exact month and date.

21    Q.     Was it after February of 2018?

22    A.     Yes, I still have to look in -- in the documents.

23    I think it is after, yeah.

24    Q.     So after the date of this incident, right?

25    A.     Yes.

B. SINGH

Page 24

1    Q.    Okay.  And you said --

2    A.    But I still have to check in the record for the

3    exact month and date I start.

4    Q.    Were you driving for Lyft as of the date of this

5    incident which was February 28th, 2018?

6    A.    Yes, I -- either I was driving Uber or Lyft

7    because I have -- I had both accounts at that time.

8    Q.    Okay.

9    A.    I'm not sure exactly if I had started Lyft -- for

10   the Lyft at that time, but I was still was driving with

11   Uber at the time and after the incident, yeah.

12   Q.    And you said that you stopped driving both Uber

13   and Lyft as of December 31st, 2018; is that right?

14   A.    Yes.

15   Q.    Why did you stop driving after December 31st,

16   2018?

17   A.    Okay.  Because of the -- because of the --

18   because of the -- that because of the injuries -- because

19   of the injuries I have.

20   Q.    Okay.  What injuries are you referring to?

21   A.    Lower back, right shoulder, neck and left

22   shoulder.

23   Q.    All right.  You stopped driving December 31st,

24   2018 because of injuries to your lower back, right

25   shoulder, left shoulder and neck?

B. SINGH

Page 25

```
 1      A.      Yes, ma'am.

 2      Q.      And is there any particular reason why you

 3  stopped driving as of that particular date?

 4      A.      Yes, because my -- because I -- I -- I was going

 5  -- because of the injuries I was -- eventually I was going

 6  to stop the work because of -- because of too many injuries

 7  and -- and then I was unable to renew my insurance because

 8  I had no -- I had -- I was unable so I won't be covered --

 9  covered by my expenditures.  My insurance going to expire

10  in -- in -- in that -- that -- that month.  If -- if it

11  would be -- if it would be going to expire for month or

12  two, I -- I will start working.

13      Q.      Why were you unable to renew your insurance?

14      A.      Because I -- I was not able to go to work at --

15  at -- at proper hours because of the injuries so there will

16  be no benefit to renew the insurance if I -- I was not able

17  to work.

18      Q.      I just want to make sure I understand.  Was your

19  insurance terminated or an application rejected or you

20  decided to let it lapse or something else?

21      A.      Yes, I -- I -- I -- because I was unable to drive

22  at my proper hours, I -- I stopped the -- I stopped paying

23  the insurance.

24      Q.      When you say you were unable to drive at the

25  proper hours, what do you mean by proper hours?
```

B. SINGH

                                                    Page 26

 1      A.      That means because of the injuries, my working

 2   hours gradually decreased until August -- until December

 3   31st, 2018.

 4      Q.      Since January 1st of 2019, have you worked at

 5   all?

 6      A.      No.  Oh, you mean I -- I stopped working with --

 7   with the driving because of my lower back, neck and

 8   shoulder pains, but I -- I -- I worked, like, one or two

 9   jobs after -- I did work, but that's from home.

10      Q.      Okay.  Since January 1st of 2019, what type of

11   work have you done?

12      A.      That is, like, as of -- I think -- I -- I would

13   fill out work permit for -- for my -- my friend in my

14   friend circles and green card applications and let's say

15   like that, yeah.

16      Q.      Is that work that you do full time, part time or

17   something else?

18      A.      A few hours a day; one or two hours for only.

19   That is not even full -- part time, not full time, not part

20   time, not even full part time.

21      Q.      How long have you been doing that type of work?

22      A.      I think -- I think somewhere in -- I'm not exact

23   remember.  Somewhere in February 2019 or January 2019.

24      Q.      Okay.  Mr. Singh, are you continuing to do that

25   type of work to date?

B. SINGH

Page 27

 1      A.     Yes, if -- if anybody -- yes, if -- if anyone

 2   call me because I don't -- I don't -- this is not, like, a

 3   professional job for me, you know.  If anybody from my

 4   friend circles call me that they want fill up any

 5   applications so I -- I -- I -- I help them.

 6      Q.     Mr. Singh, how much money per week do you earn

 7   doing that kind of work at present?

 8      A.     There -- there is a not proper and accurate --

 9   accurate money.  Sometime I would not receive any -- any

10   kind of job even -- even for whole month.

11      Q.     Mr. Singh, what was you income in 2019?

12      A.     I think 2019, it could be maybe nine -- eight,

13   seven or seven -- maybe less or seven -- 6,000, 8,000,

14   9,000, like that, but that's before the taxes everything.

15      Q.     But that's for the whole year?

16      A.     For the whole year, yeah.

17      Q.     And in 2018, what was your income?

18      A.     Yeah, when I was driving Uber and Lyft, I would

19   be making a good money.  I think it was 33,000, the total

20   net income -- gross income.

21      Q.     Do you remember what your annual income was in

22   2017?

23      A.     In 2000 -- yeah -- yeah, I think same, like, 32

24   -- 32,000.

25      Q.     Mr. Singh, were you in another car accident in

B. SINGH

Page 28

1    2017?

2        A.      Okay.   One -- one thing is here that in 2018, my

3    income has -- has -- has started decreasing, you know,

4    yeah.

5        Q.      Okay.   Were you in a car accident in 2017?

6        A.      Oh, yes.   There was an -- a side -- side -- side

7    accident from the -- from -- from the left, yeah, in April

8    2017.

9        Q.      Okay.   Did you sustain any injuries in that car

10   accident?

11       A.      In that one, I had left -- left shoulder pain and

12   the -- and the neck -- and the -- the neck pain, a little

13   bit of neck pain at that time.

14       Q.      Did you receive any treatment in connection with

15   that car accident?

16       A.      Yes, I have been receiving after the accident,

17   but I was continually working.   That -- but by the end of

18   2018, the -- the pain had increased.   The pain was bearable

19   by that time.

20       Q.      The injuries that you sustained in 2017, did they

21   ever resolve or did you just continue working through them?

22       A.      No, they -- they -- they were not resolved.   I

23   was continue working then.

24       Q.      Mr. Singh, you live at 130-18 Atlantic Avenue?

25       A.      Yes, ma'am, I do.

B. SINGH

Page 29

```
 1      Q.      And you say you live on the third floor?

 2      A.      Yes, ma'am.

 3      Q.      Is there more than one apartment on that floor or

 4   just one?

 5      A.      It's a third floor, that means apartments on

 6   third floor, apartments on second floor and apartments on

 7   first floor, yeah.

 8      Q.      Okay.  Who currently lives in that apartment with

 9   you?

10      A.      My -- my -- my wife.

11      Q.      Is there anyone else?

12      A.      And my -- my son and my -- my -- my little son.

13      Q.      You said your son and your little son; is that

14   two children or just one child?

15      A.      Two children, yes.

16      Q.      How old are your sons?

17      A.      My eldest son is 13 years old and my younger son

18   is two -- two years and -- and four months old.  My younger

19   son's two years and four months old.

20      Q.      Okay.  Other than those two sons who live with

21   you, do you have any other children?

22      A.      No.

23      Q.      Other than your wife and two sons, does anyone

24   else currently live in that apartment with you?

25      A.      Currently, no -- nobody else lives.  Nobody else
```

Case 23-24, Document 29, 04/19/2023, 3501821, Page36 of 197

B. SINGH

Page 30

```
 1   lives.

 2        Q.    Do you own or rent that apartment?

 3        A.    I rent that apartment.

 4        Q.    What's your monthly rent currently?

 5        A.    Currently, 1,800, but currently I'm paying a

 6   reduced rent.

 7        Q.    What is the reduced rent that you're paying?

 8        A.    Different -- I think 1,000, sometimes 700,

 9   sometimes 1,000.

10        Q.    How long have you been paying a reduced rent?

11        A.    Since the -- since March 2020.

12        Q.    In February of 2018, did anyone else live in that

13   apartment with you?

14        A.    Yes, one of my wife's cousin, name Manfrid Singh

15   and my father used to live, but my father was in India at

16   that -- in that -- that and my cousin Manfrid, he was not

17   -- he -- he was not on that day in the house.

18        Q.    Other than your cousin and your father and your

19   family you've already mentioned, on February 28th, 2018,

20   did anyone else live in your apartment?

21        A.    No.

22        Q.    What is your wife's name?

23        A.    Her first name Amandeep, A-M-A-N-D, double E, P,

24   and last name Kaur, K-A-U-R.

25        Q.    Does your wife work?
```

B. SINGH

Page 31

1      A.      No, she's just housewife.

2      Q.      And how long have you been married?

3      A.      Since May 2006.

4      Q.      Prior to your current marriage, were you married

5   to anyone else ever?

6      A.      No.

7      Q.      Mr. Singh, I want to talk about the incident.

8   Can you start by telling me why you brought this lawsuit?

9      A.      Yeah.  Okay.  So before the incident -- before

10  the incident even before the incident, I went outside and I

11  met one of my old friend and we had a -- one -- one or two

12  beers and then I -- like sometime in the -- in the -- in

13  the night before the incident, I came home and I already

14  bought a few -- few -- few beers and came straight back to

15  my house and I start drinking beers and my wife was --

16  realized that I -- I am doing something in the living room

17  and she came and she saying that I should have not been

18  drinking because I had a problem back -- back in 2008 and

19  -- so I -- why did I drink so -- and then in -- in hurry

20  she called the EMT so that -- I -- I -- I was drinking a

21  few beers and -- okay.  So want to hear the whole thing,

22  like, why do I bring the lawsuit?

23     Q.      Let me -- I'll ask the question.  So, Mr. Singh,

24  what time did you get home that night; do you remember?

25     A.      I remember -- I think somewhere -- somewhere in

B. SINGH

Page 32

1   the midnight or -- or after midnight.

2       Q.      You said you met up with a friend; where were you

3   with your friend before that?

4       A.      Somewhere in Richmond Hill.

5       Q.      Were you at someone's house, a bar, a restaurant,

6   something else?

7       A.      I think a restaurant.  Yes, could be restaurant.

8   Yes.

9       Q.      Was there a reason that you were with your friend

10  that night?

11      A.      No, there no reason.  I just accidently met him

12  when I went to get groceries.  I just accidently met him.

13      Q.      I'm sorry.  You said you went out to get

14  groceries and accidently met him?

15      A.      Yes.

16      Q.      Where did you go to get groceries?

17      A.      I'm not exact remember, but somewhere in the --

18  either could be Wayfair or the Indian store, but in -- it

19  was in Richmond Hill, yes.

20      Q.      And did you go grocery shopping and then meet

21  your friend or you ran into him before you went grocery

22  shopping or something else?

23      A.      Yeah, when I went to get the grocery and then I

24  met my friend.

25      Q.      Had you already gone grocery shopping when you

B. SINGH

```
                                                    Page 33
 1   ran into your friend?
 2       A.    Excuse me?
 3       Q.    Had you already gone grocery shopping when you
 4   met your friend?
 5       A.    Yes.
 6       Q.    Do you remember where you accidently met your
 7   friend?
 8       A.    Some -- not -- not far from my house.  Could be
 9   somewhere on Atlantic Avenue, I think.
10       Q.    What is your friend's name?
11       A.    His last name Singh.
12       Q.    And what's his first name?
13       A.    I think I call him the small name.  It is Rupel.
14       Q.    How do you know him?
15       A.    He just an old friend of mine.
16       Q.    Do you know him from work, from something else?
17       A.    No, I think I had -- I had worked for him in the
18   past, like, with the -- I help him with the immigration
19   that his work form, things like that.
20       Q.    Do you keep in touch with him now?
21       A.    No.  No, he does not live here.  I think he has
22   moved to California.
23       Q.    And you said you think you got home sometime
24   after midnight; is that right?
25       A.    Yes.
```

B. SINGH

Page 34

1       Q.      When you got home, was anyone in your house

2   awake?

3       A.      I think -- no, no one -- no one was awake.  No,

4   everybody -- my wife and kid was sleeping, yeah.

5       Q.      So you said you had purchased a couple of beers

6   on your way home; is that right?

7       A.      Yes.  Yeah, when I was -- yeah, when I was coming

8   home I was -- a few -- got a few beers, yes.  I bought a

9   few beers.

10      Q.      Do you remember how many beers you bought on the

11  way home?

12      A.      I think a -- a pack of six cans.

13      Q.      And you said that you were drinking the beer

14  after you went home?

15      A.      Yes, from the friend, I only -- I only -- only

16  had one beer because I had to drive to home, but that was

17  not far, yeah.  I had only one beer.

18      Q.      And then after you got home, how many beers did

19  you have?

20      A.      I hardly had consumed my fourth beer when my wife

21  realized that I had been drinking in the living room.

22      Q.      And what time did your wife come out and find you

23  in the living room?

24      A.      I think quarter -- I'm not sure of the time,

25  maybe quarter to 6 or 6:00, something like that.  Quarter

B. SINGH

Page 35

1    to 6 or 6, yeah.  6 a.m. in the morning.

2        Q.    So between midnight and 6:00 in the morning you

3    had four beers; is that right?

4        A.    Four beers, yeah.

5            MR. COHEN:  Objection.  Just to clarify, he

6            didn't testify that he was at home at midnight.

7            He said sometime after midnight.  He does not

8            remember when he got home.

9            MS. FADDIS:  Okay.

10       Q.    Mr. Singh, can you be more specific about when

11   you got home?

12       A.    Yeah, I think after midnight.  Yeah, so I would

13   say it could be 12:30, quarter to one or 1, like that.

14       Q.    Is it fair to say between midnight and 1:00 that

15   you got home?

16       A.    Yes.  Yeah.  Yeah.

17       Q.    Okay.  So the latest you think you got home was

18   about 1:00, right?

19       A.    Yes.

20       Q.    And you said your wife came out between quarter

21   to 6 and 6 a.m.; is that right?

22       A.    Yes.

23       Q.    So between about 1 a.m. and about 6 a.m. you had

24   four beers; is that fair?

25       A.    Yes, I was drinking gradually, yes.

B. SINGH

Page 36

1      Q.     Okay.  When your wife came out and found you in

2    the living room, at that point were you intoxicated?

3      A.     Yes, I -- I -- I -- I had consumed at least

4    three-and-a-half beer at -- by that time.

5      Q.     What did your wife say to you when she found you

6    in the living room?

7      A.     She was saying that you are -- you -- you are --

8    you -- you -- you -- you -- you are drunk and because you

9    drink the beer and you should have not drank the beer

10   because in the past you were alcoholic and you also had a

11   liver problem at that time and that's it.  That's what she

12   said.

13     Q.     Was your wife mad when she found you that you had

14   been drinking?

15     A.     No, she did -- she did not that mad, but she

16   said, Okay.  If you have drunk, that's fine so -- so now --

17   from what I want to do, I will call the -- she -- she said

18   she would call the emergency, the ambulance and she said

19   you have to go to the -- the hospital.

20     Q.     Did she say why she thought you needed to go to

21   the hospital?

22     A.     Yes, because she said you are -- you are drunk,

23   that's why you have to go to hospital.

24     Q.     Did you feel like you needed to go to the

25   hospital at that point?

B. SINGH

Page 37

1      A.      No.  No.

2      Q.      Okay.  Did you tell her that you didn't want to

3   go to the hospital?

4      A.      Yes, I tell -- I -- I told -- I told her that,

5   Okay.  I am -- I -- I'm going to stop the beer.  There are

6   two beer left.  You can throw it, whatever and let me go to

7   sleep.  She said, No.  She insisting to call the ambulance.

8   That's what she -- she did, yeah, and she only concerned

9   because -- because of my liver pains.  However, my liver's

10  fine.  It has recovered since 2003, you know, because I had

11  stop drinking, yeah.

12     Q.      When your wife insisted on calling 911, did that

13  make you mad?

14     A.      Mad in the sense that I was keep saying during

15  that that I -- I am not going to drink anymore.  Please do

16  not call the ambulance.  It should be fine, but she's

17  insisting we go -- that you -- you go to the doctor,

18  probably they'll keep you for two, three hours and then you

19  -- you will be okay then they will send you back home.

20     Q.      How long were you and your wife talking before

21  she called 911?

22     A.      We -- we nicely talk.  She -- she kept sitting in

23  front of me.  We not -- I was sitting on the -- on the sofa

24  before the EMT arrived so we were nicely talking.  That's

25  it, but she was saying I -- I will just sitting here until

B. SINGH

                                                        Page 38

1    you go to the hospital so I said, It's okay.  If you want

2    to call the EMT just call it and that's it.  I will go.  No

3    problem.

4        Q.    So before the EMTs arrived, you told your wife

5    you would go to the hospital?

6        A.    Yes, I said, If you insisting me -- if you

7    insisting that you not going to sleep and you want me to go

8    to hospital, I -- I -- yeah, I will go no problem because I

9    try to manage the things, but she insisted that -- for that

10   -- send me to the hospital.

11       Q.    And that conversation you're describing, that was

12   before the EMTs came to the apartment, right?

13       A.    Yeah.  Yeah, they was -- yeah.

14       Q.    How long after your wife found you did EMTs

15   arrive at the house?

16       A.    Excuse me?

17       Q.    How long after your wife called 911 did the EMTs,

18   the ambulance, come to your house?

19       A.    I think she -- she probably she would have called

20   around 6:20 or 6:30 and when she called the -- the EMT

21   workers were right away in front of the house.

22       Q.    And when the EMTs arrived, did they come into the

23   apartment?

24       A.    Yes.

25       Q.    Did someone let them into the apartment or did

B. SINGH

Page 39

1  they let themselves in or something else?

2      A.      I think my -- my son -- my eldest son went

3  downstairs to open the door.  I remember, yeah.  The -- the

4  door -- the front door, yeah.  I mean the -- yeah.

5      Q.      Was your eldest son awake when your wife found

6  you in the living room?

7      A.      I -- I had only one son at that time.  That son

8  -- that son you talking about?

9      Q.      Your son who opened the door, was he awake when

10  your wife found you in the living room?

11      A.      Yeah, he -- he -- he awake, yeah.

12      Q.      And was he with your wife when she found you in

13  the living room?

14      A.      No, my -- my wife didn't let him stay in the

15  living room.  She asked him to go to the sleeping room.

16      Q.      How, if you know, did your son come to be the one

17  to open the front door?

18      A.      Tell me something, how to open --

19      Q.      I'll rephrase it.  When your wife first found you

20  in the living room, your son was not with her, right?

21      A.      No.  No, he was sleeping.

22      Q.      At some point while you and your wife were

23  talking in the living room, did your son wake up?

24      A.      No, he wake up I think when the -- when the EMT

25  was about to come.

Case 23-24, Document 29, 04/19/2023, 3501821, Page46 of 197

B. SINGH

Page 40

```
 1      Q.      Okay.  Do you know what caused him to wake up?

 2      A.      Yeah, I think if -- there -- there could be two

 3   reason, either he woke up probably because he wanted to go

 4   to the bathroom or I think it was his school days because

 5   he -- if he goes -- he used to go to school so he -- he

 6   would wake up at 6:00 every morning in the school day,

 7   yeah.

 8      Q.      So at some point your son woke up and your wife

 9   told him to go back to his room; is that right?

10      A.      No, but after EMT arrived.  She only call him to

11   open the front door and then she told -- when he -- he came

12   out and opened the door and then she told to him that go in

13   -- in your room and get ready for the school if it was a

14   school day, I think.  I'm not sure it was school day then.

15      Q.      When your wife asked your son to open the front

16   door, was he with you in the living room or in his bedroom

17   or something else?

18      A.      Excuse me?

19      Q.      When your wife asked your son to go open the

20   front door, was he with you in the living room or in his

21   bedroom or somewhere else?

22      A.      He was in his bedroom.

23      Q.      Before your wife asked him to open the door, do

24   you know if he was awake?

25      A.      I think he should be awake.  It was about 6:00
```

B. SINGH

Page 41

1    and he's usually awake at 6:00 so she called -- while

2    sitting in the living room, she called him by his name and

3    he came out and he should be awake because he used to go to

4    school.

5        Q.    How old was he at the time?

6        A.    I think maybe 11 year he old.  Yes, 11, 11 plus.

7        Q.    Do you know why your wife asked your son to open

8    the door instead of doing it herself?

9        A.    Yeah, because she was -- she didn't -- she didn't

10   feel to go downstairs, yeah.

11       Q.    After your son let the EMTs in, they came up to

12   the apartment?

13       A.    Yes, ma'am.

14       Q.    And do you remember how many EMTs came?

15       A.    Yeah, there were two womens or girls.

16       Q.    And did you have a conversation with them?

17       A.    Yes, I had a conversation with them.

18       Q.    And what was that conversation?

19       A.    Okay.  The conversation was, like -- when they

20   came -- yeah, conversation was, like, they was start

21   explaining me to -- that you are drunk.  I said, Yes, I had

22   a few beers and this is my -- this is my house.  I'm not

23   doing anything wrong and that's it.  That kind of

24   conversation I had with them.

25       Q.    Did they tell you that they wanted to take you to

B. SINGH

Page 42

1    the hospital?

2        A.      Yes, they said your wife called us -- called --

3    call us, the EMT and -- and you are drunk and they'll need

4    to take you to the hospital.

5        Q.      And when they told you they wanted you to go the

6    hospital, you told them you weren't going in sum and

7    substance; is that fair?

8        A.      Yes.  I -- yes, I -- I -- I think that -- do I

9    look like bad drunk or do I -- do I -- am I doing anything

10   that is unusual, that's why you want to take me to the

11   hospital and they were -- she was preaching that, no, your

12   wife called.  Your wife wants you to go to the hospital

13   that's why we want to take you to the hospital and you had

14   -- you are -- you are drunk, that's all.

15       Q.      And your wife was concerned because you had a

16   liver condition, right?

17       A.      Yes, she -- I think she just had a -- had a --

18   had -- had kind of something, like -- like -- I think -- I

19   don't know why she was thinking the way that I should go to

20   the hospital.  However, I had told her -- I had given the

21   remaining beer to her and -- and I -- I had stopped

22   drinking, yes.

23       Q.      But she told you, your wife told you that she was

24   concerned about your liver condition, right?

25       A.      Yes.  Yeah.

B. SINGH

Page 43

```
1      Q.      And she told the EMTs that she was concerned
2    about your liver condition, right?
3      A.      Yes.
4      Q.      And so they said that they wanted to take you to
5    the hospital, right?
6      A.      Yes, ma'am.
7      Q.      Okay.  And you said earlier that before they
8    came, you told your wife you would go to the hospital,
9    right?
10     A.      Yes, sir -- yes, ma'am.  Yes, I said I -- I'd be
11   happy to go to the hospital.
12     Q.      Okay.  But you didn't agree to do that when the
13   EMTs got there, right?
14     A.      No, I -- I -- I -- I was angry, but I was -- keep
15   saying that I -- I am not doing anything.  I was not doing
16   anything.  I was keep saying, I'm not doing anything.  I
17   don't need to go to the hospital.  That's what I was keep
18   saying.
19     Q.      You said you were angry; how were you talking to
20   the EMTs?
21     A.      I -- how I was -- I was talking -- I was talking
22   nicely -- nicely to them.
23     Q.      Did you ever raise your voice towards them?
24     A.      Raise voice?  I think I -- I -- I was not
25   yelling, but I was -- I was -- I was -- I -- my -- my voice
```

B. SINGH

Page 44

1   was little -- little bit loud, but I was not in -- in like

2   -- like bad mood or in a yell -- yelling way, no.

3       Q.      While you were talking to the EMTs, where was

4   your wife?

5       A.      My wife?  I think she was in the -- in the -- in

6   the -- in the living room.

7       Q.      She was in the same room with you?

8       A.      Like in the living room.  Living room is very

9   open, you know, it's not like a room.  It's a living room.

10      Q.      Were you also in the living room?

11      A.      Yes.

12      Q.      Okay.  Did your wife say anything while you were

13  talking to the EMTs?

14      A.      Yeah, she was saying that I should -- I should go

15  to the hospital and they would check my liver and you will

16  be fine.  I said -- I was saying, there -- there's nothing

17  wrong with my liver right now.

18      Q.      Mr. Singh, what was the liver condition that you

19  had?

20      A.      I had Nash back in -- back in, I think, from the

21  record, but I don't know -- back in -- back in many years

22  ago.  Back in 2012, I think, yes and that's a

23  non-alcoholic.  That's -- that's nothing had to do with

24  alcohol, I think.

25      Q.      Okay.  What was the condition you said?

B. SINGH

Page 45

1      A.      Nash, non-alcoholic something like that.  Nash,

2   N-A-S-H.  It's a medical term.  I don't know what the full

3   form of it is.

4      Q.      But that's a condition that impairs your liver

5   function?

6      A.      Yeah, it usually happens when you have consumed

7   too much medications and sometime -- over the time it goes

8   away.

9      Q.      And in 2018, were you taking any medication

10   related to your liver function?

11      A.      Not -- not really.  I was taking only acid reflux

12   medication if it's -- liver function that.  That's the only

13   medication they told me to take, but I didn't have any

14   liver -- liver problem at that time.

15      Q.      Mr. Singh, how long were you talking to the EMTs

16   that morning?

17      A.      I -- I hardly spoke with them.  15 -- 15

18   minutes, like that.  15, 20 -- 10, 15, 20.

19      Q.      And during that time, you said that maybe you

20   spoke a little loudly, but you weren't yelling, right?

21      A.      Yeah, I -- but -- but I spoke little load, but in

22   a funny way, not in, like, that.  Not in like aggressive

23   mood or aggressive.  In a funny -- funny mood.  I might

24   have spoken loud, but in a funny -- funny -- funny way.

25      Q.      When you were talking to the EMTs, were you

B. SINGH

Page 46

1    sitting or standing or something else?

2        A.    Yes, at the -- at the -- at the whole time I was

3    sitting, but at -- at one point I -- I went up and I went

4    -- I did the gesture, like, dancing.  This is my house.  I

5    can dance -- even dance in my house.  It's my house.

6        Q.    At some point, did police also arrive?

7        A.    Yes, police also.

8        Q.    And do you know why the police arrived?

9        A.    Oh, that's the -- that's a big problem.  That's

10   made me -- that's made me really -- really -- really pissed

11   off because I had no idea why the police arrived and woman

12   the first is a necessity.  It is required by law if a

13   person who's -- who's drunk and doing something --

14   misbehaving like that, that's not bearable behavior, you

15   know and I was doing nothing.

16       Q.    Did you hear the EMTs call for the police to

17   come?

18       A.    No.

19       Q.    Would it surprise you to learn that the EMTs

20   requested the police to come?

21       A.    No, I was not -- I -- I -- I don't know who

22   called the -- who called the cops, I don't know.  I was

23   just sitting on my sofa and trying to listen to whatever

24   they -- the EMT was saying to me, yeah.  I think at some

25   point I heard that she -- she told me that if I'm not going

B. SINGH

Page 47

1   with them, probably they -- they would have to call the
2   cops, but I said -- and then probably I said, it's fine.
3   If you call the cops it's fine.  I'm just sitting on the
4   sofa, but they mention something about the -- about the
5   cops, I think.
6       Q.    When the police arrived, how many police officers
7   came?
8       A.    There was three police officers came.
9       Q.    And did you talk to them when they arrived?
10      A.    Yes, they were talking nicely to me.
11      Q.    Were you talking to all three police officers at
12  some point or was there one or two officers, in particular,
13  you talked to?
14      A.    I think the -- the little police officer, I think
15  his race -- he's a black male, the little guy.  He was --
16  he was -- he -- he talked to me the whole -- whole
17  conversation.
18      Q.    And what was the conversation you had with that
19  officer, if you remember?
20      A.    Yes, I think they talked, like, Okay.  Mr. Singh,
21  how are you and you know, you are -- you -- you had -- you
22  drunk, I said, yes, so we are going to take you to the
23  hospital.  There's no -- no -- we not going to file any
24  claim or things like that so I had -- yes, in response --
25  that's -- that's what they talking to me.

B. SINGH

Page 48

1      Q.     Did that officer tell you why you needed to go to

2   the hospital?

3      A.     Yes, they said, you -- you are -- you are drunk.

4   You have not done anything wrong, but we -- we are here --

5   we are called from here and now we will take you to the

6   hospital, but we will take you with the handcuffs on.  I

7   said -- yeah.

8      Q.     You said it was the black officer who told you

9   you were going in handcuffs?

10     A.     Yes.

11     Q.     And did he say why you were going to go to the

12  hospital in handcuffs?

13     A.     No, that's -- that's -- that's why I asked whey I

14  need to be handcuffs.  It's not a good thing, like, you

15  came even I didn't -- nobody call you and you taking me --

16  the son is going to look on and I don't know what he will

17  think about me.  I can -- I can walk, no problem.  I can go

18  with you, but they were insisting to take me with the

19  handcuffs.

20     Q.     Did any police officer, at any point, tell you

21  why they wanted to put handcuffs on you?

22     A.     No, they did not describe the reason.  They said,

23  they are -- they're taking me with handcuffs, but they only

24  taking me to the hospital.

25     Q.     The other two officers who were present, could

B. SINGH

Page 49

1   you describe them?

2       A.      There's one -- there was one lady police officer,

3   she was also a black female and the tall guy, I think --

4   the tall guy, he looks like Hispanic male, but from his

5   name, I realize he either could -- he either could be at

6   that time, if I don't know even he from India, but --

7   because that last name usually in -- in north part of India

8   or southern part.

9       Q.      The female police officer, did you have any

10  conversation with her inside the apartment?

11      A.      No, I -- I -- I think I didn't have any

12  conversation with the lady.

13      Q.      What about the taller officer; the taller male

14  officer, did you have any conversation with him inside the

15  apartment?

16      A.      I didn't have any with the -- with the taller

17  officer.

18      Q.      While the police officers were in the apartment,

19  where was your wife?

20      A.      Oh, yeah.  My wife was -- she was sitting just in

21  front of me where I was sitting on the chair in the living

22  room.

23      Q.      Did the police officers have any conversation

24  with your wife?

25      A.      I -- I -- I was -- I -- I think I remember that

B. SINGH

Page 50

1  my -- the -- the -- the -- the police officers, the last

2  name Cheema, I think, he had a conversation with my wife,

3  but in the -- in the -- in the living room, but at -- at a

4  corner, probably he was asking to her what happened, things

5  like that, but I was unable to hear what -- what were they

6  talking, but I saw they were talking to each other.

7      Q.     Did you ever ask your wife later what her

8  conversation with Officer Cheema was about?

9      A.     Later means?

10     Q.     Any time after the incident.

11     A.     Oh, yes.  I think -- yes, I -- I -- I -- I

12 probably -- I asked her and she said it was just he was

13 asking, like, what happened and did you -- did he -- did I

14 hurt my wife, that's -- that's kind of question she -- he

15 asked.

16     Q.     Do you know what she told him in response to his

17 questions?

18     A.     I think she later told me that -- yes, she said

19 -- yes, she said he -- he's not a -- he's not a -- he

20 didn't -- he's not doing anything.  He's not -- he's not --

21 he's not doing any -- any -- any criminal activity or like

22 that.  That I was not doing.

23     Q.     How long was your conversation with the shorter

24 officer?

25     A.     It could be for five, seven or ten minutes, I

B. SINGH

Page 51

1    think.  Yeah.

2        Q.      And at some point, did you agree to go to the

3    hospital?

4        A.      Yes, ma'am.

5        Q.      Okay.  And how did that happen?

6        A.      Okay.  How did that happen?  Yes.

7        Q.      I can rephrase the question.

8        A.      Yeah.

9        Q.      Why did you agree to go to the hospital?

10       A.      Yeah, because -- before -- however, I was agree

11   to go, but I was just -- I was saying that, please don't

12   take me with the handcuffs because of the neighborhood,

13   whatever they think.  Okay.  So I -- last -- the time I

14   asked my wife, she said, No, you have to go to the

15   hospital.  It's fine.  You're not drinking.  You are okay,

16   but you have to go to the hospital and then I realize that

17   I had -- I had to go to the hospital and that's fine so I

18   was agreed to go to the hospital.

19       Q.      You said you were angry, but you agreed to go?

20       A.      No, I didn't say I'm angry.

21       Q.      I'm sorry.  I miss heard you.  What did you say?

22       A.      I said then I was agree to go.  I was agreed --

23   agreed to go.

24       Q.      Understood.

25       A.      Yeah.

B. SINGH

Page 52

1    Q.     Understood.  You agreed to go and up until the

2    point where you agreed to go to the hospital, were you

3    still sitting on the sofa?

4    A.     Yes, I was getting dressed.

5    Q.     And after you got dressed, what did you do?

6    A.     Before they could -- they could -- they could

7    have tried to handcuff me, when I was ready -- when I was

8    get dressed and I asked for a glass of water from my wife.

9    Q.     Okay.  So you asked for a glass of water from

10   your wife and then what happened?

11   A.     Yeah, the same time I was -- I was -- I was -- I

12   was be given the handcuff and then I realize that my wife

13   is coming to get the water and I was, like -- okay.  And --

14   and the same time when he was saying the officer was going

15   to handcuff me, at the same moment, my wife had brought the

16   glass of water and I say, Okay.  Just wait.  Wait that's

17   what I was -- that's what I was saying and before I could

18   say anything else, that I need to get the glass of water,

19   the -- the big officer thrown me down forcefully onto my

20   right side.

21   Q.     You said, wait, wait; did you say anything else?

22   A.     No.

23   Q.     And as you were describing that, you had your

24   arms sort of behind your back; do you remember putting your

25   arms behind your back to be handcuffed?

B. SINGH

Page 53

1    A.    Yes.

2    Q.    And then you said you saw your wife bringing

3  water so you moved your hands?

4    A.    Yes, I -- I -- I moved my hand and -- and say I

5  want that.  Okay.  Just wait.  Wait.

6    Q.    And how did you move your hands at that point?

7    A.    I nicely -- I think I -- I was, like, this.

8  (Indicating.)  I nicely moved my hand.

9    Q.    Did you bring your hands in front of you or

10  something else?

11    A.    Yes, I -- I -- I -- I -- I moved my hand to my --

12  my chest -- to my chest, like, that.  (Indicating.)

13    Q.    And you said the big officer threw you to the

14  ground, right?

15    A.    Yes, ma'am.

16    Q.    Right before that happened so when you put your

17  hands in front of your chest, where were the other two

18  police officers?

19    A.    Okay.  The -- the lady police officer was

20  standing by holding the -- the main door and the -- the

21  little officer was also standing along with -- along with

22  the -- along with the -- like parallel to her near the

23  door.

24    Q.    And the big officer, that's Officer Cheema?

25    A.    Yeah, he was just in -- in the -- middle -- in --

B. SINGH

Page 54

1    in middle of the living room, but very -- he was close to

2    me.  Actually, he was trying to handcuff me, yes.

3        Q.    And where were the EMTs at the moment where you

4    pulled your hands to your chest?

5        A.    I think both EMTs were standing in the living

6    room closest to my kitchen.

7        Q.    Okay.  And where was your wife when you pulled

8    you hands --

9        A.    Yes, she was also in -- in the same -- same place

10   in the living room near by the kitchen.

11       Q.    Was there anyone else in the apartment at that

12   time?

13       A.    Yes, there was my -- my brother, my little

14   brother walked in the apartment at that time.

15       Q.    And what's your brother's name?

16       A.    His first name Lathwinder, L-A-T-H-W-I-N-D-E-R

17   and last name Singh, S-I-N-G-H.

18       Q.    Had your brother been in the apartment all night

19   or did he arrive at some point?

20       A.    No, actually because of -- my wife -- I think --

21   yes, I think I called my brother.

22       Q.    When did you call your brother?

23       A.    I have to check from my call record, somewhere --

24   somewhere like -- sometime like -- sometime, like, hour or

25   45 minutes ago, before the EMT workers came, sometime.

B. SINGH

Page 55

1    Q.     Was it before or after your wife --

2    A.     Before.

3    Q.     Let me finish my question.  Was it before or

4  after your wife found you in the living room?

5    A.     No, before.  I think I -- I had called him

6  before.  Before, like, ten or five -- I think after --

7  after -- maybe after five minute when my wife found me that

8  I'm drink -- I was drinking in the living room.

9    Q.     So you said your wife found you between 5:45 and

10  6 a.m., right?

11    A.     Yes.

12    Q.     But sometime before that, you called your

13  brother?

14    A.     I'm not sure, either before or after, but the

15  same time I call either five minutes before or -- or five

16  or ten minutes later, my wife found me drinking in the

17  living room.

18    Q.     Why did you call your brother at that hour?

19    A.     Okay.  So I think I called after my wife --

20  because I had realized that my -- my -- my wife found me

21  drinking so I told -- because I told my brother, okay, bro,

22  you also sometime -- you also sometime drink, right, he

23  said, yes.  Okay.  I said I had two beer left.  You can

24  come and get those beers and that's it.  That's why I

25  called him.

B. SINGH

Page 56

1      Q.      This is around 6:00 in the morning?

2      A.      Yes, it could be before -- 10 or 15 minutes

3   before.

4      Q.      But you called your brother to ask him to come

5   take beer from you around 6:00 in morning?

6      A.      Yes.

7      Q.      And he agreed to come to your house to pick up

8   two beers from you around 6:00 morning?

9      A.      Yeah, he said don't drink and don't do anything.

10  I said, no, I am not going to -- he asked me, are you doing

11  anything?  Are you trying to -- you know hard time to the

12  -- the sister-in-law.  I said, No, I'm not -- I'm not doing

13  anything and he said, Okay.  You know -- you know her so

14  please stop drinking.  If you have any extra, I can come

15  and get -- get those beers.

16     Q.      What time did your brother arrive at your

17  apartment that morning?

18     A.      He -- I think he didn't want to come upstairs,

19  actually.  He was waiting downstairs, but when the EMT

20  arrived he -- he -- he -- after the EMT arrived, I think

21  that he was here in the -- after EMT arrived probably he

22  told the wife, why my wife called the EMT because -- and

23  then at that time he was here.  After the EMT arrived --

24  after -- five minutes after the EMT arrived he was

25  upstairs.

B. SINGH

                                                    Page 57

1        Q.      So your brother was in the apartment while the

2    EMTs were there and before the police arrived; is that

3    right?

4        A.      Yes.

5        Q.      Did the EMTs speak to your brother at any point?

6        A.      Excuse me.

7        Q.      Did the EMTs speak to your brother at any point?

8        A.      No, I -- I -- I -- I -- I don't know about that.

9        Q.      Was your brother in the living room with everyone

10   else while you were talking to the EMTs?

11       A.      Yes, at -- at -- at some point he was in the

12   living room.

13       Q.      At any point, did your brother tell the EMTs that

14   he didn't think that you needed to go to the hospital?

15       A.      No, I think he was saying to me that I should

16   have not been drink the beers and if the EMTs or the cops

17   saying me to go to the hospital, I should be -- I should be

18   -- agree to go.  I said, okay.

19               MS. FADDIS:  Joe, can we take a five minute

20          break?

21               MR. COHEN:  Yes, ten minutes.

22               MS. FADDIS:  Ten minutes is fine.

23               (Whereupon, a short recess was taken.)

24       Q.      Okay.  Mr. Singh, before we took our break we

25   were talking about your brother coming to the apartment; do

B. SINGH

```
                                                        Page 58
 1   you remember that?

 2        A.    Yes, ma'am.

 3        Q.    Okay.  And you said at some point your brother

 4   had told you to go to the hospital; is that right?

 5        A.    Yes, in -- in -- somewhere in the conversation he

 6   --

 7        Q.    Okay.  Do you remember how long before you

 8   actually exited the apartment your brother told you to go

 9   to the hospital?

10        A.    Could be five, seven minutes earlier I was taken

11   to the hospital.

12        Q.    And you said when he told you to go to the

13   hospital you said, okay; is that right?

14        A.    I said, okay, yeah, but he -- yes, I said okay,

15   yup.

16        Q.    Does that mean that at that point you had decided

17   that you were going to go to the hospital?

18        A.    Yes.

19        Q.    All right.  And was that the point where you

20   started getting dressed to leave the house?

21        A.    After that, yes.

22        Q.    While you were getting dressed, did you speak to

23   any of the police officers who were present?

24        A.    Yes, I -- I was not specifically talking to any

25   of the police officer, but I was acting like -- talking,
```

B. SINGH

Page 59

```
 1   like, socially that, Okay, Officer, you also drink and
 2   nobody take you to the hospital, but -- for any reason or
 3   nobody was taking you in handcuffs to the reason, you --
 4   you guys drink, you guys smoke, but I mean socially, not
 5   specifically the officers, everybody, you know.  I mean to
 6   say about everybody.
 7       Q.     And did any of the police officers respond, in
 8   any way, as you were saying that?
 9       A.     Yeah, they were going, yeah, yeah, yeah, in the
10   way, like, they were agreeing on my statement at -- at a
11   funny -- a funny way, like, yeah, yeah.  Yeah, you're
12   right, yeah, yeah, like that.
13       Q.     Did you have any conversation with your wife
14   during that period where you were getting dressed?
15       A.     Yes, there was no conversation.  Wife was not
16   saying anything, but I was saying that -- I was saying, by
17   -- by calling her name, Bobbi, this is not right.  You --
18   you are sending me to the hospital with handcuffs on.  This
19   is not -- this is not right.  I -- I -- even I had not done
20   anything -- but she was -- she was quite on that -- on that
21   thing.  Didn't say anything.
22       Q.     When you said that, did your wife respond in any
23   way?
24       A.     No, she -- she -- I think at some point she said,
25   it's okay.  You should go hospital.  You'll be fine.  Don't
```

Case 23-24, Document 29, 04/19/2023, 3501821, Page66 of 197

B. SINGH

Page 60

```
 1   worry.
 2        Q.      And while you were getting dressed, did you have
 3   any conversation with your brother?
 4        A.      There's some conversation, but at -- at some
 5   point before I was taken five or ten minutes before, he
 6   came -- he came into the living room and was saying that,
 7   why -- he -- he was trying to say that I -- I -- I had a --
 8   problem to the officers and I told hold him, this is a --
 9   this is not -- not your -- your business, just go inside
10   the room and he -- he -- and then he was pushed by the --
11   by -- by the -- by the tall officer, the Cheema officer
12   towards the -- towards the room, yeah.  And that's all the
13   conversation I had with them -- my brother.
14        Q.      And while you were getting dressed, did you have
15   any conversation with the EMTs?
16        A.      No, at -- at that time I had no conversation with
17   the EMT after the police arrived, at all.
18        Q.      You said after the police arrived you didn't have
19   anymore conversation with the EMTs?
20        A.      Yeah -- no.
21        Q.      Mr. Singh, how tall are you?
22        A.      My official height is 5'7".
23        Q.      And how much do you weigh?
24        A.      Right now I weigh 184 or 85, 184, 85 pound.
25        Q.      How much did you weigh in February of 2018?
```

B. SINGH

Page 61

| | | |
|---|---|---|
| 1 | A. | Might be 190. |
| 2 | Q. | How tall is your wife? |
| 3 | A. | I think she is 5'2" or 5'3".  Could be 5'2" or |
| 4 | 5'3". | |
| 5 | Q. | Do you know how much she weighs? |
| 6 | A. | Right now, I think she's 16 -- 170.  Could be |
| 7 | 170, yeah. | |
| 8 | Q. | Is that about how much she weighed in -- |
| 9 | A. | Yeah. |
| 10 | Q. | Okay.  So you said, going back to the incident, |
| 11 | after you pulled your hands to your chest, Officer Cheema | |
| 12 | threw you to the ground; is that right? | |
| 13 | A. | Yes, ma'am. |
| 14 | Q. | Could you describe how he did that? |
| 15 | A. | How he did that?  Okay.  First of all, it |
| 16 | happened in -- in a moment -- within seconds.  Within one | |
| 17 | or two seconds.  When I was okay to handcuff and then I | |
| 18 | said, five second, wait.  Wait.  It could take one second | |
| 19 | to say wait, wait.  Just after saying the wait, wait, I was | |
| 20 | in the -- in the grab of Mr. Cheema and had been thrown | |
| 21 | down. | |
| 22 | Q. | Where did you feel him grab you? |
| 23 | A. | He grabbed me -- I'm unable to pick up my -- my |
| 24 | left shoulder, but I'm going to say from the -- from the | |
| 25 | back of -- of my -- with the -- with the cops both hands as | |

B. SINGH

```
                                                        Page 62
 1    -- as you do when you drive a car.  You put your seat belt
 2    on, right, so your seat belt goes from your left shoulder
 3    to the right hip so like that way and that way he grabbed
 4    me and that's how he grab -- he holded me, yeah.
 5        Q.    So I just want to make sure I'm understanding.
 6    Did he put his hands, one on your left shoulder and one on
 7    your right hip or something else?
 8        A.    He probably brought his both hands to back of my
 9    -- from -- from my back up to my belly and he holded me,
10    like, diagonally from, like, my left shoulder to my -- my
11    -- my -- my -- my right stomach from the -- from my back,
12    from my behind.  That's the way he --
13        Q.    So both of his arms came around to the front of
14    your body?
15        A.    Yes, but he was still behind me.  I was unable to
16    see him, like, you know, in that position.
17        Q.    Understood.  And his arms came around your body
18    and then what happened?
19        A.    And within less than a second I -- I had -- I had
20    been thrown on the -- on the ground, like, an angle on my
21    right side -- on my right side.
22        Q.    And how did your body make contact with the
23    ground?
24        A.    Actually, my whole body contacted with the --
25    with the ground, but at a tilt of -- at few angles tilt of
```

B. SINGH

Page 63

1   right side so that means my body was thrown down, like,

2   whole my body, but my left side was -- had -- had -- had a

3   space of one inch I should say so that means -- if a things

4   like touching to the ground and from one side, one inch is

5   up, that was my left side, one inch is up, in that

6   direction I was thrown down.  That means, I would say on

7   the right side.  I was thrown down, like, mostly to the --

8   on the right side.

9       Q.      What part of your body hit the ground first?

10      A.      I think -- it's hard to remember, but I think my

11  head.  My -- my full --

12              MR. COHEN:  Repeat yourself.  Can you repeat

13              the question.

14              (Whereupon, the referred-to answer was read

15              back by the reporter.)

16      A.      My right foot had -- along -- at the same time

17  with my right shoulder and then the stomach, but my foot

18  had touched ground first and the same time the right

19  shoulder and the right arm hit the ground.

20      Q.      And what, if anything, did you feel when your

21  head hit the ground?

22      A.      I felt -- I think I -- I was wearing the

23  eyeglasses and my eyeglasses was also broken and I also had

24  the broken pinch of the eyeglasses to my -- to my right

25  eye.

B. SINGH

Page 64

1    Q.    Other than breaking your glasses, what did you

2    feel when your head hit the ground, if anything?

3    A.    Okay.  When -- what I felt, I got blackout for at

4    least, I could say, 10 to -- at least 10 seconds.  I -- I

5    -- I was blackout.  I remember -- I even -- I didn't

6    remember when they picked me up and how did they get me to

7    -- to the ambulance.  I -- I don't exactly remember because

8    after the 10-second blackout, I got little conscious.  I

9    remember I was -- I -- I remember that I was taken down,

10   but, like, semi-conscious.  I was -- I was semi-conscious.

11   Q.    What, if anything, did you feel when your right

12   shoulder hit the ground?

13   A.    Yes, I -- I felt a sharp pain to my -- my right

14   shoulder.

15   Q.    And where did you feel that sharp pain?

16   A.    To the -- to the -- to the right shoulder.

17   Q.    Was it in the front of your shoulder, the back,

18   inside, something else?

19   A.    Yeah.  Yeah, inside -- yeah, the -- the side of

20   -- side of the right shoulder and what else you said?

21   Q.    I'm just asking you to describe where, with

22   regard to your shoulder, you felt that sharp pain?

23   A.    Okay.  Okay.  Okay.  So that -- that -- the front

24   right side or the side right side of my shoulder.

25   Q.    Okay.

B. SINGH

Page 65

1      A.      Right side of my right -- right shoulder.  The

2    right side of my right shoulder.

3      Q.      Okay.

4      A.      Where the arm meets, shoulder.

5      Q.      Sorry.  You said it was, like, the front of your

6    body -- the front of your shoulder and the outside -- the

7    side of your shoulder?

8      A.      Yeah, the -- the right side of the shoulder and

9    lightly front of the shoulder felt the -- felt the pain.

10     Q.      Is that the part of your shoulder that hit the

11   ground?

12     A.      Yes.  Yes, ma'am.

13     Q.      Okay.  Other than the hitting your head and the

14   sharp pain in your right shoulder, did you feel any other

15   pain when you were thrown to the ground?

16     A.      Yes, before I got blackout that was for long --

17   for ten minutes long, when I was thrown down, when I

18   touched the ground, I felt lower back pain, okay, and for

19   the ten seconds there was no pain, but when I was lifted

20   up, when they were trying to lift it up, I felt a very

21   lower back pain, very sharp lower back pain.

22     Q.      Okay.  Any other pains that you felt when you

23   were thrown to the ground?

24     A.      Yes, there was a pain in my -- my hand, but I

25   think that could be because of the handcuffs.

B. SINGH

Page 66

1    Q.    When did you feel the pain if your hands?

2    A.    While I was taken downstairs and because I told

3    you as I was semi-conscious, but I still remember my -- I

4    felt the officer -- the hand -- one of the officers that I

5    don't know who did that, the handcuffs were being tightened

6    and I was requesting, don't -- don't tighten the handcuffs.

7    Don't tighten the handcuffs.

8    Q.    When did you feel those handcuffs being

9    tightened?

10   A.    When I was being taken downstairs to the

11   ambulance.

12   Q.    Do you know who was walking behind you when you

13   were going down the stairs?

14   A.    I -- if I -- I'm not remember, but I think from

15   -- to my -- to my left -- this is left.  (Indicating.)  I

16   think either to my left or right side, one of the big

17   officers, but the main officer was behind me.  The big

18   officer could be from the -- from the -- from the left side

19   or the right side, I'm not -- both the male officers are

20   behind me holding from my -- my -- from my arm and also --

21   I think I also was fallen down while I was taken downstairs

22   either on the first floor or -- either on the third floor

23   or either on the second floor, I was fallen down.  I was

24   pushed to -- to -- to go down.  I was pushed.

25   Q.    Do you know who pushed you?

B. SINGH

Page 67

```
1        A.      No, I -- I -- I don't -- either of the officers.
2   I think could be the -- the -- the Cheema.
3        Q.      Did you see him push you?
4        A.      No.
5        Q.      Did you see Cheema --
6        A.      I -- no, but I was -- okay.  I -- I was -- I was
7   pushed down.
8        Q.      Okay.  You said you weren't sure if it was on the
9   third floor or the first floor?
10       A.      To the third floor -- either from -- from -- from
11  my -- my -- my beginning point to going downstairs on that
12  floor or from the beginning point of the second floor.
13  Could be third or second floor, yeah.
14       Q.      But you don't remember?
15       A.      I don't remember, yes, but I was thrown down,
16  yeah.
17       Q.      What happened when you were thrown down on the
18  stairs?
19       A.      I fell right here, (indicating), back and
20  shoulder pain.
21       Q.      What shoulder hurt at that point?
22       A.      Mostly the right shoulder, ma'am.
23       Q.      You say, "mostly," was it just the right shoulder
24  or was it something else?
25       A.      Oh, yeah, mostly right shoulder and the lower
```

B. SINGH

Page 68

1    back.

2        Q.      Okay.  And then how did you come to be standing

3    again after you were thrown down the stairs?

4        A.      I think I was again pulled up by the -- by the --

5    by the cops.

6        Q.      When you were lifted up, how were you lifted up?

7        A.      Okay.  Like -- like when -- like -- like -- like

8    I was almost on knee when I was thrown down, on my both

9    knees and then thrown from -- when I was on both knees I

10   was lift up by the officer, but only from my arms, yeah.

11       Q.      Was it one officer or two officers or more; do

12   you remember?

13       A.      I -- I am not -- I think for by the both

14   officers, yeah.

15       Q.      And do you remember where on your arms they were

16   holding you?

17       A.      Yeah, they were holding me from -- from -- from

18   the middle of the -- from the -- from arm and the

19   shoulders, that part of the arm.

20       Q.      You're describing, like, your upper arm?

21       A.      Yeah, upper arm, from both upper arms I was

22   holded.

23       Q.      Did you experience any pain when they lifted you

24   up by the arms?

25       A.      Yes, I -- I felt -- I felt pain, yes.

B. SINGH

                                                            Page 69

1       Q.      Did you tell either of the officers at that point

2   that you were in pain?

3       A.      Yes.

4       Q.      Who did you tell?

5       A.      No, I just -- I just -- I was just saying that,

6   don't hold me so tight.  I -- I -- I am feeling pain.  I'm

7   -- I'm having pain.

8       Q.      When you say you felt pain because they were

9   holding you tightly or something else?

10      A.      Yeah, there was already the pain, but they also

11  holding me tightly, yeah.

12      Q.      I just want to back up briefly.  When you were

13  taken to the ground in the apartment, how did you come to

14  be standing again?

15      A.      Okay.  When I was in the apartment right?  Okay.

16  I was -- as I told you, I was -- according to -- at -- at

17  that time -- part the time, I was unconscious -- blackout

18  for 10 seconds and I think I was lifted up by both of the

19  male officers.

20      Q.      Okay.  You think or do you remember?

21      A.      No, I -- I -- I don't -- at that -- at that time

22  of point, I didn't -- I -- I didn't remember.

23      Q.      Were you handcuffed while you were on the ground

24  or after you were standing?

25      A.      I think I was handcuffed while I was on the

Case 1:19-cv-00632-EK-ST   Document 48-6   Filed 11/29/21   Page 70 of 191 PageID #: 467

B. SINGH

Page 70

1   ground.

2        Q.    Do you remember or that's a guess?

3        A.    No, I -- I do not remember at -- at that time,

4   but I know that I was handcuffed after I was thrown down.

5        Q.    Okay.  Other than what you've described so being

6   thrown to the ground in the apartment, being pushed in the

7   stairwell, at any point, did any of the officers push, hit,

8   kick, strike or use any other kind of force against you?

9        A.    Yes, I was -- I was -- I was brought down like --

10  like an animal because I remember -- why I remember -- I

11  remember at the same time because I -- I -- I was in a lot

12  of pain.  If you are drunk and you are -- yeah, I was in a

13  lot of pain, that's why I remember that.

14       Q.    At what point did that happen?

15       A.    I -- I start feeling that things when I was out

16  of the -- out of the -- out of my front door of my -- my

17  apartment.

18       Q.    So Mr. Singh, I want to make sure my question is

19  clear.  What I'm asking is, and I'll rephrase it.

20             You testified that Officer Cheema threw you to

21  the ground inside the apartment, right?

22       A.    Yes.

23       Q.    And then you testified that one of the officers

24  tightened your handcuffs on your wrists, right?

25       A.    Yes, ma'am.

B. SINGH

Page 71

1     Q.     You also testified that one of the officers

2     pushed you down while you were walking down the stairs,

3     right?

4     A.     Yes.

5     Q.     Okay.  And that when you were taken to the ground

6     in the apartment and stairs, the officers lifted you up,

7     right?

8     A.     Yeah.

9     Q.     Okay.  Other than that, what I've just described,

10    what I've just recapped, at any point, did any of the three

11    police officers use any force against you?

12    A.     No, not -- not -- no, after that, they -- they

13    did not.

14    Q.     Okay.  When you said a minute ago that you

15    started feeling things when you got outside, what did you

16    mean by that?

17    A.     Yeah, because I was semi -- semi-conscious, but I

18    -- I still can feel the pain of -- like that.  That's what

19    I mean.

20    Q.     When you say you were semi-conscious, was that

21    from the drinking or from something else?

22    A.     No, I was absolutely fine, ma'am, before I --

23    before I was thrown down to the ground.

24    Q.     Okay.  What happened when you got outside of the

25    building?

B. SINGH

Page 72

```
 1      A.      What happened?
 2      Q.      What's the next thing that happened after you
 3   went outside the building?
 4      A.      I -- I -- I do not exactly remember because as I
 5   was saying to you, I was semi-conscious.  I think I was
 6   taken into the ambulance that was standing -- that should
 7   be standing in front of the house.
 8      Q.      Did any of the police officers go in the
 9   ambulance with you?
10      A.      No, I don't remember that.
11      Q.      Okay.
12              MS. FADDIS:  Joe, this is a good place to
13              break and take this half hour lunch break we're
14              going to take.
15              MR. COHEN:  You have to be back at 1:30.
16              Okay?
17              THE WITNESS:  Okay, sir.
18              (Whereupon, a short recess was taken.)
19      Q.      Mr. Singh, before we broke for lunch, we were
20   approaching the portion of the incident where you got in
21   the ambulance; do you remember that?
22      A.      Yes, ma'am.
23      Q.      And you said you didn't remember any police
24   officers going in the ambulance with you?
25      A.      I think -- I don't remember.  I think there's not
```

B. SINGH

Page 73

1    police officers in the ambulance with me.

2        Q.    Okay.  And the EMTs, did one of them ride in the

3    back of the ambulance with you?

4        A.    Yes.

5        Q.    Did you have any conversation with that EMT in

6    the back of the ambulance on the way to the hospital?

7        A.    No.

8        Q.    Did you say anything to her about what happened?

9        A.    I think I did not say anything.

10       Q.    Did she say anything to you on the way to the

11   hospital?

12       A.    No.

13       Q.    When you got the hospital, were the police there?

14       A.    Excuse me?

15       Q.    When you got to the hospital, were the police

16   there?

17       A.    Yes, I think -- I -- I remember I was taken into

18   the emergency room by the cops.

19       Q.    Okay.  Do you remember which officer or officers

20   took you into the emergency room?

21       A.    I think the both officers, both of them.

22       Q.    When you say, "the both," are you referring to

23   both male officers or two different officers?

24       A.    Yeah.  Yeah, both male officer.

25       Q.    And when you say they took you inside, did they

B. SINGH

Page 74

1   physically have a hold of you, did they walk with you or

2   something else?

3       A.      Yes, for a -- for a few minutes they had a

4   physical hold of me and -- yeah, they both had a physical

5   hold of -- hold of me for a few minutes, yes.

6       Q.      And those few minutes, was that inside the

7   hospital, outside, something else?

8       A.      No, inside -- inside the hospital.

9       Q.      What was going on during those few minutes while

10  they had a hold of you?

11      A.      I think the -- the emergency workers were trying

12  to get a proper bed for myself during that time.

13      Q.      And how long was it before you were placed in a

14  bed?

15      A.      I'm not sure.  It happened within 10 minutes or

16  15 minutes or 20 minutes, but it's more than -- could be

17  around 10 or more than 10 minutes.

18      Q.      Did your wife also go with you to the hospital?

19      A.      No, she did not.

20      Q.      What about your brother; did he go with you to

21  the hospital?

22      A.      No.

23      Q.      When you were put in a bed, did the police

24  officers stay with you or something else?

25      A.      Yeah, the police officers stayed -- stayed with

B. SINGH

Page 75

1   me, I think, five -- could be five, seven or ten minutes

2   after I was put in the bed.

3       Q.      And did they say anything to you before they

4   left?

5       A.      No, they did not say anything to me before they

6   left.

7       Q.      Did you know why they left when they did?

8       A.      I think they left after the -- completing the

9   preliminary process, like, when you bring someone into the

10  hospital.  After doing that -- after -- after they are done

11  with that they left.

12      Q.      When you first were taken into the emergency

13  room, did you speak to any medical personnel?

14      A.      I -- I -- when I first -- I -- I don't think so I

15  -- I had spoken to any person.

16      Q.      At any point while you were at the hospital, did

17  you speak to medical personnel?

18      A.      Yes, there was a -- a lady who were -- who were

19  -- who was doing everything on me, like, putting the IV or

20  that -- to that lady, I -- I spoke.  To that lady I talked.

21      Q.      Was she a nurse or do you know what she was?

22      A.      Yeah, she was -- I think she was a nurse, yeah.

23      Q.      Do you know what you talked to her about?

24      A.      Yeah, I think -- yes, I -- I -- I talk probably

25  same guy that I -- I am -- I am okay.  I'm fine.  Yeah.  I

B. SINGH

Page 76

1   mean, I'm okay means I'm -- I'm okay, yeah.

2       Q.      Did you tell her anything about what had happened

3   that morning with your wife or anything else?

4       A.      I don't remember.  I -- I might have told her,

5   but I don't remember.

6       Q.      Did you ever see any of the three police officers

7   talk to that nurse?

8       A.      Did I ever see?  Yes, I -- I -- I was able to --

9   I was -- I was -- I was able to see that they talked to

10  that nurse, yes.

11      Q.      Which of the police officers spoke to the nurse?

12      A.      I -- I am not sure.  I think.

13      Q.      Okay.  Were you able to overhear any part of that

14  conversation?

15      A.      No, I was not able to hear that conversation.

16      Q.      Could you see how long that conversation lasted?

17      A.      I saw them talking to that nurse, but I don't

18  think -- could be three minutes, two minutes.

19      Q.      Other than that nurse, did you see any of the

20  three police officers talk to any other medical personnel

21  at the hospital that day?

22      A.      No.

23      Q.      What happened after the police officers left?

24      A.      What happened?  I think I was given a solution

25  through the IV that -- that -- that helps you fall asleep.

B. SINGH

Page 77

1      Q.      Do you know what was in that solution?

2      A.      No, I think -- I remember I asked her -- to the

3   -- to the -- to the nurse who was helping me and she said

4   it -- it is kind of a medicine that -- that will help you

5   to sleep and that's it.

6      Q.      Other than that IV solution you got, did you

7   receive any other medical treatment that day?

8      A.      No, after that solution, I don't remember

9   whatever I -- I was given to.

10     Q.      You said that you were already feeling pain in

11  your right shoulder, lower back and head before you went to

12  the hospital, right?

13     A.      Yes.

14     Q.      Did you tell anyone at the hospital that you were

15  experiencing pain in your head, right shoulder or lower

16  back?

17     A.      Yes, I -- I described when I wake -- when I woke

18  up the next -- I mean same -- same day in the afternoon.  I

19  woke up from the affect of the medication that was -- that

20  I was given to around -- around 2:00.  I don't remember the

21  exact time, but around 2:00, not before 2, 2:00 or 2, yeah

22  then I was told that, Mr. Singh, you are fine and you can

23  go to home.  We are preparing your documents.  I said I

24  have a pain in my -- my shoulder and in my headache.  I

25  mean on the forehead and they said you -- you have a -- you

B. SINGH

Page 78

1   a pain in the forehead, but you -- you were given the

2   medication.  Now, you are okay.  You can go home.  I said,

3   Are you sure I am okay.  Don't want to treat me further.

4   She said, No, if you have complaint talk to your primary

5   care doctor.  And they took my signature and they left the

6   room.

7       Q.     Did you tell anyone that you had pain in your

8   lower back?

9       A.     At that point, I didn't say the lower back, but I

10  -- I complained about the right shoulder pain and the --

11  and the whole body -- body ache.

12      Q.     Okay.  Mr. Singh, you had surgery on your right

13  shoulder in 2014, right?

14      A.     Yes, ma'am.

15      Q.     And Jamaica Hospital was aware of that surgery on

16  the day of this incident, right?

17      A.     Jamaica Hospital should be aware because my

18  primary doctor is from Jamaica Hospital.

19      Q.     But you told them that your shoulder was in pain

20  and they told you you were fine to go home; that's what

21  you're saying?

22      A.     Yes, they said you -- you have -- yes, you have

23  -- yes, they said that -- that thing, yes.

24      Q.     Okay.  What time did you go home?

25      A.     I think between 2:30 and 3:00.  I'm not sure, but

B. SINGH

Page 79

1    should be between 2:30 and 3:00.

2        Q.    I'm sorry.  You said that the police officers

3    left between five and ten minutes after you were put in a

4    bed, right?

5        A.    Not -- yeah, exact -- yeah, five or ten, yes.  I

6    was put on the bed, yeah.  Yes.

7        Q.    How long was that after you arrived at the

8    hospital?

9        A.    How long what?

10       Q.    How long after you arrived at the hospital did

11   the police officers leave?

12       A.    I think at least between 20, 25 minutes.

13       Q.    So within 25 minutes of arriving at the hospital,

14   the police officers had left?

15       A.    Yes, after the preliminary process.

16       Q.    Okay.  At what point were your handcuffs removed?

17       A.    At what point?  Yes, at -- at -- when -- because

18   I requested them that I wanted to -- I want to -- I wanted

19   to go to the bathroom and I requested them, but they were

20   not doing that, but then I -- I -- I -- I had to -- I had

21   to tell them, please -- please open my handcuff.  I want to

22   go to bathroom, but they -- they could go with me and after

23   a few requests, they -- they let me go to -- to the

24   bathroom.

25       Q.    Was that before or after you were placed in a

B. SINGH

Page 80

1   bed?

2      A.      I think that when I was placed on the bed.  I --

3   I had handcuffs on with the -- with the -- with the --

4   attaching to the bed.

5      Q.      All right.  You said you had handcuffs attached

6   to the bed?

7      A.      Yes.

8      Q.      Okay.  All right.  Mr. Singh, when you left the

9   hospital, where did you go?

10      A.      I went straight back to my home.

11      Q.      When you got home, was anyone there?

12      A.      Yeah, my wife was there.

13      Q.      Did you have a conversation with your wife when

14   you got home about what had happened?

15      A.      Okay.  Let me mind that.  I think it -- at the

16   timing when my -- my son comes off from the school,

17   probably she had gone to -- when I enter the house, I think

18   there's nobody at the house, not my wife, not my son.

19   Probably my wife went -- yes, she went -- she had gone to

20   the -- to the -- to pick up my son from PS-55.  It's close

21   to my house and -- my house and yeah.

22      Q.      Okay.  When your wife did come home, did you have

23   any conversation with her about what happened that morning?

24      A.      Yes, I had a conversation with her.

25      Q.      What did that conversation entail if you

B. SINGH

                                                    Page 81

1    remember?

2        A.      That conversation -- first of all, I asked her

3    who called the cops.  She said the EMTs were just call the

4    cops and she did not call the cops and I asked her why.

5    She said she don't know, but they call the cops.  She did

6    not call the cops.

7        Q.      Were you upset at that point that the police had

8    been called?

9        A.      Yes, I upset only because -- because -- I upset

10   because I had -- I had -- I had injuries, that's why I was

11   upset.  I got injuries from that, yes.

12       Q.      And, again, those injuries were to your head,

13   right shoulder, lower back and neck?

14       A.      Yes, ma'am -- not -- not -- no neck.  There's no

15   injuries to neck I think.  There was a little pain, but

16   there's special pain in like -- it was the right shoulder,

17   my headache, sore head and lower back.

18       Q.      Okay.  When you got home from the hospital, was

19   your shoulder still in pain?

20       A.      Yes, ma'am.

21       Q.      And after you left the hospital that day, did you

22   seek any medical attention for your right shoulder?

23       A.      No, I only use the pain medications at home and

24   the pain ointments.

25       Q.      Okay.  All right.  Mr. Singh, let's take your

B. SINGH

                                                          Page 82

 1   injuries one by one.  Your lower back pain, this incident

 2   was not the first time you experienced lower back pain,

 3   right?

 4        A.    Oh, yes.

 5        Q.    Yes, meaning before this incident you had

 6   experienced lower back pain; is that right?

 7        A.    Before -- before -- before this injury, I had --

 8   I had experience the lower back pain.

 9        Q.    And what treatments had you received for your

10   lower back pain before this incident?

11        A.    Okay.  From the 2010 accident, I took treatment

12   at least five years by my lower back, left knee and right

13   shoulder and neck.

14        Q.    Okay.  Focusing on your back still, what specific

15   treatment did you receive for your lower back after your

16   2010 car accident?

17        A.    Okay.  So in the beginning physical therapy, heat

18   and cold pack and lower back injections and a -- a lower

19   back surgery.

20        Q.    That's that only surgery you had to your back?

21        A.    Yes, ma'am, before this incident.

22        Q.    Since this incident, have you had additional back

23   surgery?

24        A.    No, not yet.

25        Q.    All right.  Are you anticipating needing surgery

B. SINGH

Page 83

1   to your back?

2       A.      Yes, I -- since March, I have been out of

3   treatment due to Corona and I had suffering a lot of -- a

4   lot of back pain so probably I will -- I -- I may need

5   another surgery.

6       Q.      Has any doctor told you that you are going to

7   need additional back surgery?

8       A.      Yes, the -- the doctor who's currently treating

9   my lower back because of this incident.

10      Q.      Who is that?

11      A.      Dr. Jacob Lasalle.

12              MS. FADDIS:  Just note for the record, I

13              don't think that we've been provided that name

14              before so the extent we haven't, I request a

15              release for any medical records, injuries claimed

16              in relation to this incident.

17              MR. COHEN:  What --

18              MS. FADDIS:  Jacob Lasalle.

19              MR. COHEN:  Does he say what organization he

20              would be with?

21              THE WITNESS:  Hudson -- Husdon Spine and

22              Medicine.

23              MR. COHEN:  I think we provided a Hudson

24              Spine and Medicine authorization.

25              MS. FADDIS:  All right.  I'll go back and

B. SINGH

Page 84

1          check it.  I don't know if we've received any
2          records from them, but I'll follow up.
3                  MR. COHEN:  Okay.  I'm pretty sure we did.
4          I'll double-check.
5                  MS. FADDIS:  I do recall a release for
6          Hudson Spine.  I don't know if we received it so
7          I'll follow-up with them.
8                  MR. COHEN:  Okay.
9      Q.     Okay.  Mr. Singh, you testified earlier that you
10  were also involved in a car accident in 2006, right?
11     A.     Yes, ma'am.
12     Q.     And you experienced lower back pain following
13  that car accident?
14     A.     I -- I had experienced the -- a lower back pain
15  due to that accident also.
16     Q.     And then you were involved in a car accident in
17  2010, right.
18     A.     Yes, ma'am.
19     Q.     And you experienced lower back pain following
20  that car accident, right?
21     A.     Yes, ma'am.
22     Q.     And that's following that 2010 accident you
23  received, you said, five year of treatment, right?
24     A.     Yes, ma'am.
25     Q.     And then you were involved in another car

B. SINGH

Page 85

1    accident in 2017, right?

2        A.    Yes, ma'am.

3        Q.    Okay.  Other than those three incidents that I've

4    listed and the incident we're here to discuss, have you

5    experienced any other injuries that caused you lower back

6    pain?

7        A.    No.

8        Q.    Other than those three accidents I listed, have

9    you ever been involved in any other car accidents?

10       A.    Yes, there was another motor vehicle accident

11   happen back in October 5th, 2018.

12       Q.    All right.  Did you sustain any injuries in that

13   car accident?

14       A.    No.  No, they were just body ache and that's it.

15   There's no specific injuries.

16       Q.    What were the circumstances of that 2018 car

17   accident?

18       A.    Yeah, I was making a left turn while another

19   vehicle coming -- he was starting to make a left and he

20   suddenly hit my vehicle.

21       Q.    How did the other car hit you?

22       A.    Excuse me?

23       Q.    How did that other car hit you?

24       A.    Yeah, when I -- I was trying to make the left

25   turn, the other car hit the -- the right side of tire of my

B. SINGH

                                                        Page 86

 1    vehicle.

 2        Q.      The front?

 3        A.      No, the back -- back tire of my right side.

 4        Q.      Was that car coming towards you perpendicularly

 5    or was it turning next to you or something else?

 6        A.      That was not coming perpendicularly, but that was

 7    -- that car was in -- when the car entered, it was

 8    perpendicularly, but that was stopping -- stopping on the

 9    -- on the left lane.  That -- that is, like, that car want

10    to make a left turn, but when -- when she, just came out of

11    his line.  There was another vehicle in front of him, came

12    out of -- in that lane and when I was trying to make a left

13    turn, she perpendicularly hit the right rear tire of my

14    car.

15        Q.      Was the car that struck you driving in a lane

16    next to you or was it in on-coming traffic?

17        A.      Yeah, on -- on -- on-coming traffic, but she --

18    yeah, she was on-coming traffic, but she was -- that car

19    was stopped in the left lane, from the two lanes in the

20    left, that car was stopped because while I was making a

21    left turn, she came of his lane from -- from left lane to

22    right lane and hit my right tire -- right side rear tire.

23        Q.      Was there an accident report filed for that

24    accident?

25        A.      Excuse me?

B. SINGH

Page 87

```
 1      Q.      Was there an accident report filed for that
 2   accident?
 3      A.      Yes, the police arrived, yup.
 4      Q.      Do you have the accident report number?
 5      A.      Accident report number?  I think I should have
 6   the documents, yes.
 7      Q.      Were you driving for work at the time of the
 8   accident?
 9      A.      No, I was off from work on -- on -- in that day.
10   After that -- after the accident, I would go for work, but
11   I -- I could go for work after that happened because I
12   worked the night shift.
13      Q.      What car were you driving?
14      A.      I was driving my Nissan Altima, 2015.
15      Q.      Did you file any Workers' Compensation claims in
16   connection with that accident?
17      A.      No, no need to.
18      Q.      Did you file a no-fault claim for any injuries?
19      A.      No, I did not.
20      Q.      And did you receive any medical treatment in
21   connection with that car accident?
22      A.      No, actually I -- I -- I -- I -- I mentioned to
23   Dr. Bucani that I recently have this accident.  He said --
24   he examined me and he found no injuries at that point.
25   That means he say you already have injuries, but with the
```

B. SINGH

Page 88

1   new accident there's no nothing -- new things came up.  He

2   send me for the X-rays.  He send me for the MRI and he did

3   not found -- he did not found anything new because of this

4   accident.  However, I was not complain, but I just wanted

5   to make sure that's why I told him -- decide to tell Dr.

6   Bucani, that he -- yup.

7       Q.    When did Dr. Bucani send you for MRIs after that

8   accident?

9       A.    Somewhere in maybe November, somewhere in

10  November.  I have to check the documentations because I

11  already under treatment for the 2018 accident with Dr.

12  Bucani so I mentioned to him about this accident and he

13  wanted to make sure is there everything -- everything's

14  okay.  You know, this is doctor --

15      Q.    Mr. Singh, what's the condition or the state of

16  your lower back pain as you sit here today?

17      A.    Ma'am, as I mentioned you, I am not getting any

18  special medical treatment other than pain ointment and

19  medications from my doctors due to Corona pandemic.

20      Q.    I understand.  I'm asking can you describe --

21      A.    Yes.  Yes, that's why as of today I have a lot of

22  -- a lot of back pain and a lot of -- lot of -- you said --

23  only back pain, right?

24      Q.    I just want to talk about the back pain right

25  now.

B. SINGH

Page 89

1      A.      Yeah.  Yes, I -- I have severe back pain.

2      Q.      And I want to talk about your shoulder.  You

3  injured your right shoulder in the 2010 car accident?

4      A.      Yes, ma'am.

5      Q.      Okay.  And you underwent arthroscopic surgery on

6  that shoulder to repair a rotator cuff tear in 2014?

7      A.      Yes, ma'am.

8      Q.      Okay.  After 2014, what, if any treatment, did

9  you receive for your right shoulder until 2018?

10     A.      No, I did not do any -- any -- any -- any

11  specific treatment for the -- for the right shoulder.

12  However, due to the effect of surgery, you know, anything

13  -- sometimes because I was -- kept -- I was -- I -- I was

14  working so I had sometimes complaints of having the pain in

15  the right shoulder, but there's no specific injury to my

16  right shoulder after the surgery.

17     Q.      Were you prescribed any physical therapy after

18  your surgery to help your recovery?

19     A.      Well, yes, ma'am.  I was -- I -- physical therapy

20  and I had physical therapy, but at least, I think, six --

21  eight to ten months.

22     Q.      Okay.  And did you attend all of the physical

23  therapy you were supposed to attend post-surgery?

24     A.      Did I what, ma'am?

25     Q.      Did you attend all of the physical therapy that

B. SINGH

```
                                                      Page 90
 1   was prescribed for you?
 2       A.      Oh, yes, I did, ma'am.
 3       Q.      Where did you get that physical therapy?
 4       A.      I think at -- at the -- at Amdo physical therapy
 5   office.
 6               MR. COHEN:  Hannah, can you just be clear
 7               that you're referring to the first surgery he had
 8               on his right shoulder?
 9               MS. FADDIS:  Yes.
10       Q.      Yes, I'm talking about any physical therapy you
11   received after your 2014 surgery.  All right.  And you said
12   that that physical therapy after the 2014 surgery lasted
13   eight to ten months?
14       A.      Yes, the -- the -- the -- and I also attend a few
15   sessions for the -- for the -- for the 2014 surgery for the
16   right shoulder at Able Orthopedics with the doctor who did
17   the surgery, Dr. Mehran Manouel's office.
18       Q.      And in 2015, were you seeing a Dr. Reddi?
19       A.      Yes, that -- that -- yeah, I -- I saw -- yes, Dr.
20   Reddi.
21       Q.      Okay.  And how did you come to see Dr. Reddi in
22   2015?
23       A.      Okay.  That doctor is usually arranged for the
24   Workers' Comp recipient so -- I was a Worker's Comp
25   recipient so -- hello?
```

B. SINGH

                                                    Page 91

1       Q.      You were seeing Dr. Reddi in 2015 in connection

2    with your Workers' Compensation claim for your 2010 car

3    accident, right?

4       A.      Yes.

5       Q.      Okay.  And so you were seeing Dr.  Reddi about

6    the injuries that you had sustained in the 2010 accident,

7    right?

8       A.      Yes.

9       Q.      Okay.  And after your surgery in 2014, you

10   continued to tell Dr. Reddi that you were experiencing

11   shoulder pain in 2015, right?

12      A.      I -- I -- I used to say a little bit that I -- I

13   have a little bit pain even after the surgery.

14      Q.      Okay.  Well, you told Dr. Reddi on several

15   occasions that you had shoulder pain, right?

16      A.      I said I have a little bit pain.

17      Q.      Okay.

18      A.      When I drive, when I do something, I feels pain,

19   that's what I was -- I was -- I -- I was saying to the --

20   the Dr. Reddi.

21      Q.      Okay.  And you underwent an MRI in 2016, right?

22      A.      Underwent in 2016?  You mean December 2016?

23      Q.      I don't remember the exact month, but sometime in

24   2016?

25      A.      Yes.

B. SINGH

Page 92

1    Q.    Okay.  And that MRI in 2016 indicated that your

2  right rotator cuff was torn, right?

3    A.    Okay.  But the question is why I was sent to --

4  for that -- for MRI for that at that time.

5    Q.    Mr. Singh, the specific question is, did you

6  receive an MRI in 2016 that showed you had a tear to your

7  right rotator cuff?

8    A.    In the 2016, in the -- in the MRI I think it say

9  that.

10    Q.    Okay.  All right.  Mr. Singh, after the date of

11  this incident, you went back to Jamaica Hospital on March

12  3rd, is that right, of 2018?

13    A.    March 3rd?  Yes, I think March 3rd, yes or March

14  5th -- March 3rd, yes.  March 3rd.

15    Q.    Okay.  You were at Jamaica Hospital for a

16  psychiatric appointment, correct?

17    A.    I -- I -- I was in the emergency room, also, I

18  think, March 3rd or --

19    Q.    But Mr. Singh, you went to the hospital for a

20  psychiatric appointment, right?

21    A.    Yeah, if I had appointment then probably I -- I

22  went there if I had appointment.  I don't remember if I had

23  the appointment in the psychiatric department at that time.

24    Q.    Okay.  So you don't remember going to the

25  emergency room after you finished your psychiatric

B. SINGH

Page 93

1   appointment, right?

2       A.      I think I went -- what I exactly remember, I went

3   to the emergency room.  That's -- I -- I specifically

4   remember on March 3rd.

5       Q.      Why did you go to the emergency room on March

6   3rd, 2018?

7       A.      Because I had already severe lower back and right

8   shoulder pain and also little bit neck pain.

9       Q.      Mr. Singh, why didn't you go to any of your other

10  orthopedists or physical therapists when you experienced

11  that pain?

12      A.      Yeah, because my primary doctors belongs to the

13  same -- same hospital.  That's why I thought it's -- it's

14  -- it's a -- it's -- it's better and I -- I was in a lot of

15  pain by then and that's the closest hospital, that's why I

16  went so instead of going to my other orthopedics or --

17      Q.      Who was your primary doctor at that time?

18      A.      Dr. Dalibov who was -- something like that.  She

19  named Dalibov, I remember the Dalibov.  His last name or

20  first name I don't know because his name is Dalibov

21  something.  Dr. Dalboe, D-A-L-O-B-E.

22      Q.      I'm sorry.  Can you spell that name again.

23      A.      Dr. Dalibov, D-A-L-I-B-O-V.

24      Q.      Okay.  And that's the doctor's first name or last

25  name?

B. SINGH

Page 94

1      A.      I don't know.  He have other name, Dr. Dalibov

2  something so Dalibov should be last name.

3      Q.      And Dr. Dalibov is a male or a female doctor?

4      A.      It's a male doctor.

5      Q.      And you said he's associated with Jamaica

6  Hospital?

7      A.      Yes, ma'am.

8      Q.      Where is his office?

9      A.      His office in the -- something --

10  (indiscernible.)  Jamaica Expressway, the main building.

11      Q.      And is he with a particular practice or an office

12  name?

13      A.      Yeah, he's the -- he's -- he's -- he's one of the

14  primary -- general -- general primary care provider in that

15  -- that facility, in the main building.

16      Q.      Does that facility or office have a name?

17      A.      A name?  Is -- that part of the Jamaica Hospital.

18      Q.      And how long has Dr. Dalibov been your primary

19  doctor?

20      A.      Dr. Dalibov remained as my primary care doctor

21  how long?  I think 2008 -- after 2008 until -- I think

22  around 10 -- 10 years, 10 or 11 years.

23      Q.      So you said from 2008 until 2018 or '19; is that

24  right?

25      A.      2019.

B. SINGH

Page 95

1      Q.      And why did you leave that practice in 2019?

2      A.      Okay.  Because during -- during that time, I was

3   scheduled for another surgery for my right shoulder by

4   Richard Salvi so to get the medical clearance he sent me to

5   Dr. Nora's office and over their he did some -- some blood

6   work and found that I got a little bit of diabetic level at

7   the borderline, 6.0 something so -- and one of the

8   cardiologist also found that my heart is shrinking because

9   I am not taking my hypertension medications so I described

10  her that I was given hypertension medicine back in 2016,

11  but Dr. Dalibov who was my primary care doctor at that

12  time, told me do not take it every day so I got pissed off

13  on Dr. Dalibov that he did not do the right thing.  He had

14  been prescribing me, but he -- he did not ask me to take it

15  every day, but doctor -- cardiologist said you have been

16  taking every day and other thing he did never found that my

17  -- my sugar level so that's why my -- my -- I change my

18  mind to get -- get a new primary care because Dr. Ienoea.

19     Q.      Can you spell that doctor's name?

20     A.      I-E-N-O-E-A.  I don't remember is last or first

21  name.  That's -- I only know his name Dr. Ienoea, Dr.

22  Ienoea.

23     Q.      And that's a female doctor or a male doctor?

24     A.      Yeah, that's a female -- female, yeah.

25     Q.      I'm sorry.  And what office does she work out of?

B. SINGH

Page 96

```
 1       A.      She -- as -- as I know I met her in the EMU, EMU

 2   in Woodhaven -- corner of the Woodhaven and Myrtle Avenue.

 3       Q.      And is she now your primary care physician?

 4       A.      She was my primary care physician until March or

 5   April or May.  I don't remember because when the Cornoa

 6   things happened, like, we were unable to see our primary

 7   care providers, right, so she was even unable to pick up

 8   her calls, her office was unable so at that time, could be

 9   March, April, May, I changed my doctor to Dr. -- Dr.

10   Manbrett Singh.

11       Q.      And Dr. Singh, where does Dr.  Singh work out of?

12       A.      He practice in -- okay.  I think 117-01 101

13   Avenue in Southsbury, New York 11419.

14       Q.      And does he have his own practice or is he part

15   of a larger office?

16       A.      No, he has -- he -- he -- he does his own

17   practice from his office.

18       Q.      Okay.  Backing up, you went to Jamaica Hospital

19   on March 3rd, 2018, right?

20               MR. COHEN:  Hannah, I don't have that date.

21           I have the date that he went on March 5th, 2018.

22               MS. FADDIS:  Maybe I have the date wrong.

23           One second.

24       A.      Yes, that's what I -- I was previously

25   explaining.  I think I went on March 5th.
```

B. SINGH

Page 97

```
 1    Q.      I think you're right.  I think I misspoke.
 2                 MR. COHEN:  There is some records from March
 3            2nd, but it doesn't look -- I don't -- those
 4            records don't indicate that he was there.  It
 5            looks like the resident was preparing his
 6            treatment plan back in --
 7                 MS. FADDIS:  I think I misspoke.  I think it
 8            was March 5th.
 9    A.      I -- I might been there in the psychiatric maybe
10        on March 2nd.  That's what I think because --
11                 MR. COHEN:  It's not clear from the records
12            if he actually appeared on March 2nd in the
13            psychiatric --
14                 THE WITNESS:  Yes, that's it.
15                 MS. FADDIS:  Okay.
16                 MR. COHEN:  Because March 5th he signed the
17            treatment plan for the psychiatric and that when
18            -- it appears he showed up and then he went to
19            the emergency room.  That's what I have from what
20            I can piece together from the records.
21                 MS. FADDIS:  I think that sounds mostly
22            correct.
23    Q.      Mr. Singh, on March 5th, 2018, what, if any,
24        treatment did you receive for your right shoulder?
25    A.      I think -- I was -- they -- they took the X-rays.
```

B. SINGH

Page 98

1    They gave me something -- I think pain killers too, maybe
2    Tylenol and then they did the X-rays and -- to make sure
3    there's no fracture and -- and then they found in the
4    medical folder that surprises me on -- from the emergency
5    room, it's a -- a muscle spasm, something, that's causing
6    the pain at that time and then they decide --
7         Q.    Okay.  And then when was the next time you sought
8    treatment for your right shoulder?
9         A.    Yes, after that, I -- after few days, I think I
10   tried to -- I -- I tried that -- the -- the Amdo physical
11   therapy office, but when I went there and I told them do
12   you accept the health insurance because I will be -- I
13   would be covered only with the health insurance because of
14   assault case -- because assault case so they said they
15   could accept it and then I decided to go to the -- to the
16   Actions Sports and Medicines from where I started the
17   treatment on my lower back and right shoulder.
18        Q.    All right.  Mr. Singh, when you first went to the
19   hospital, can you describe what your right shoulder felt
20   like?
21        A.    It has started feeling pain, my right shoulder.
22        Q.    On a scale of 1 to 10 when you first stopped
23   treatment at Action, what was the pain in your shoulder?
24        A.    I think -- if I remember, eight or nine.  I will
25   go with nine.

B. SINGH

Page 99

1      Q.      Okay.  And you were prescribed physical therapy

2   for your right shoulder; is that right?

3      A.      Yes.

4      Q.      Did you receive that physical therapy at Action

5   or somewhere else?

6      A.      I think I start receiving the -- the physical

7   therapy at Action Sports.

8      Q.      How long did you receive physical therapy at

9   Action?

10     A.      I received for -- for many months.  The whole

11  2018 -- yeah, the whole year 2018, almost whole year after

12  that incident.

13     Q.      And at some point you were referred for surgery

14  for your right shoulder?

15     A.      Yes.

16     Q.      When was that, if you remember?

17     A.      By the end of -- the whole year '18.  I think

18  somewhere in the middle of the -- somewhere in the --

19  somewhere by the end of the -- the 2019.

20     Q.      Okay.  And that surgery didn't happen until

21  August of 2019, right?

22     A.      Yes.

23     Q.      Do you know why the surgery wasn't scheduled

24  until August 2019?

25     A.      Yes, because the Dr. Sanders who did the surgery,

B. SINGH

Page 100

1    he wanted to give -- he wanted to give me some more time

2    for the physical therapy.

3        Q.    Okay.  And ultimately he determined that physical

4    therapy wasn't helping you; is that right?

5        A.    Yes, the physical therapy was not helping.

6    That's why Dr. -- he -- he decide to do that -- that he did

7    the surgery in the right shoulder.

8        Q.    From the time you first started receiving

9    physical therapy until the time you underwent surgery, was

10   the pain in your shoulder consistent, did it change?

11       A.    It changed in -- in the -- in the between during

12   the time of the physical therapy, but with activities or

13   with the driving of things, it -- it -- it got the pain.

14       Q.    How often were you driving in 2019?

15       A.    Okay.  As I stopped working, that means I

16   completely on best rest since 2019, but sometime I -- I

17   used to drive, yeah, to get the groceries or things like

18   that.

19       Q.    I'm sorry.  You said you were on bed rest

20   starting in January of 2019?

21       A.    Yes.

22       Q.    Was that ordered --

23       A.    Along with the medical treatment, yeah.

24       Q.    Sir, I didn't -- let me ask the question.  Was

25   bed rest ordered for you by a doctor?

B. SINGH

Page 101

1     A.     I -- I complain to -- to the -- to the -- the

2     doctors about that it -- it's better if you -- if you have

3     -- if you're feeling -- with the physical therapy, if

4     you're feeling very severe back pain or should pains or

5     neck pains then -- I'm talking about -- send out additional

6     opinions.  Okay.  So you should -- you should -- you should

7     be at complete bed rest and see how it works.

8         Q.     Did any physical doctor --

9         A.     So -- so -- no.  Okay.  Okay.

10        Q.     Mr. Singh, it's really hard when we overtalk each

11     other so let me ask the question.  Okay.

12            Did any specific doctor ever order you to be on

13     bed rest?

14        A.     Any specific doctor?  I'm not sure if they have

15     written in their notes, but they were overlapping on

16     whatever I would tell them.

17        Q.     Okay.  Between January 2019 and August 2019, did

18     you receive anymore physical therapy for your right

19     shoulder?

20        A.     From when to when?

21        Q.     From January to August of 2019.

22        A.     From January 2019, did I receive any -- any

23     physical therapy you said?

24        Q.     For your right shoulder.

25        A.     Yes.

B. SINGH

Page 102

1    Q.    How frequently were you receiving physical

2    therapy in January to August of 2019?

3    A.    I think two -- because this -- this -- this was

4    being ordered by my health insurance, sometime four session

5    a month, like, once in a week or two times in a week so --

6    yeah, because it's -- they are very strick.  They don't

7    give, like, Workers' Comp or physical therapy, you know,

8    they just -- they -- only -- four -- four times a month,

9    sometimes six time a month, it -- I usually get physical

10   therapy for lower back and right shoulder.

11   Q.    All right.  So Mr. Singh, you underwent your

12   surgery in August 2019, right?  Yes?

13   A.    Can you repeat that?

14   Q.    You underwent surgery for your right shoulder,

15   again, in August of 2019?

16   A.    Yes, ma'am.

17   Q.    And after that 2019 surgery, you also went

18   through a course of physical therapy for your right

19   shoulder?

20   A.    Yes, ma'am.

21   Q.    And how long did that course of physical therapy

22   after your 2019 surgery last?

23   A.    I think it was -- I think at least five to six

24   months until March -- from September 2019 till somewhere

25   the end of February 2020 or March -- somewhere end of

B. SINGH

Page 103

1   February 2020.

2       Q.      Did you complete that course of physical therapy

3   or was it cut off?

4       A.      No.  No, because of the Corona pandemic, I had to

5   cut off in March.  That causes the pain.  I think, that's

6   why.

7       Q.      As you sit her today, are you experiencing pain

8   in your right shoulder?

9       A.      Yes, ma'am.  I have -- I have severe, severe pain

10  in my right shoulder right now.

11      Q.      Can you describe the pain in your right shoulder

12  as you sit here today?

13      A.      Yes, I have -- describe you mean?

14      Q.      Yes.

15      A.      Okay.  I am -- I am unable to lift up my -- my --

16  my right arm.  (Witness raises right arm.)  I have been

17  experiencing this pain since last two weeks, but gradually.

18  However, I am using ointment, but I am unable to lift this

19  -- this is same, like, I had another surgery feeling like

20  that.

21      Q.      Sorry.  What do you mean by that?

22      A.      That means there's a lot of pain.  However, I --

23  I -- I am not -- I'm not driving.  I'm not doing anything.

24  Even that I'm doing anything on the -- on the -- on the

25  paperwork.  For last two weeks, I didn't do anything.  I

B. SINGH

Page 104

1   don't know.

2       Q.      What happened two weeks ago?

3       A.      Two weeks ago?  Nothing -- nothing specifically

4   happened, ma'am.

5       Q.      Okay.  Up until two weeks ago, how did your

6   shoulder feel?

7       A.      I think it -- it gradually start feeling pain and

8   now the pain is so -- so severe that I'm unable to lift up

9   my arm.

10      Q.      The pain that you're currently experiencing, when

11  did it start?

12      A.      The pain I'm currently experiencing, I think -- I

13  think about two days, two days -- last night, since last

14  night.

15      Q.      Does the pain in your right shoulder come and go

16  or is it always there?

17      A.      Yeah, it's -- it's -- it comes and goes, comes

18  and goes, but today I am experience a lot of -- a lot of

19  pain.

20      Q.      Understood.

21      A.      It might go -- it might go -- if I use ointment

22  or pain medication, it might go.

23      Q.      When you were going through your physical therapy

24  up until March of this year, was the pain in your shoulder

25  usually less than it is now?

B. SINGH

Page 105

1      A.      It was usually less, but there was -- because

2   it's only been six months from the surgery, there was a

3   pain, but it's very less pain as of now, it was very less

4   pain and I had to stay away from my -- my -- my therapy

5   that's because -- because -- yeah.

6      Q.      So the pain in your right shoulder has gotten

7   worse since March of 2020?

8      A.      I should say that, yeah.  Since then I have been

9   experiencing, yes.  Yes.

10     Q.      In March of this year, when you were still

11  undergoing your physical therapy, were you limited in what

12  you could do with your right arm?

13     A.      I think after surgery as I gradually start

14  feeling relief.  I was -- I was okay.  I was -- I was -- I

15  was doing -- I was doing -- I was doing almost okay, but

16  there was a restrictions whatever I would do that -- such

17  as don't lift -- hold that -- with one hand or any grocery

18  package with any of one hand that means that I was

19  restricted especially with right shoulder because I met Dr.

20  -- he said, your pain will be okay as the time goes by so

21  -- but there is restrictions.  However, I was doing

22  everything, like, little bit driving and you know.

23     Q.      Okay.

24     A.      Yeah.

25     Q.      Mr. Singh, you have a prior lawsuit related to

B. SINGH

Page 106

1    the 2010 car accident, right?

2        A.    Yes.

3        Q.    Okay.  Is that still pending?

4        A.    Yes, ma'am.

5        Q.    Okay.  Without going into anything that you may

6    have discussed with your attorneys, did you have an

7    understanding as to where that lawsuit is in the course of

8    the litigation?

9        A.    I think before the -- before March 2020, my -- my

10   -- my case was waiting to be put in the trial calendar, but

11   it has been postponed or my attorney for that case has been

12   waiting in the -- for the court to be open again.  That's

13   what he told me.

14       Q.    Okay.  And again, I don't want to go into

15   anything specific about conversations you had with your

16   lawyers.

17       A.    Yeah.  Yeah.

18       Q.    So Mr. Singh, in that lawsuit for the 2010 car

19   accident, you're claiming injuries to your lower back,

20   right?

21       A.    In 2010?  Yes.

22       Q.    And you're claiming ongoing injuries, that is

23   injuries that continue to today?

24       A.    No, I had a deposition for that case back in May

25   2019, could be May or June.

B. SINGH

Page 107

1      Q.      And you're also claiming injuries to your right

2   shoulder in that lawsuit, right?

3      A.      No, not any more.  In that -- that -- that

4   deposition I -- I said -- I said I -- I have recovered as I

5   had recovered from -- from the 2010 injuries.  However, I

6   had pain treatment, two surgeries because of that 2010

7   accident.  That's what I -- I am claiming on that case.

8      Q.      So when you told the doctor in 2015 in connection

9   with your Workers' Comp claim for the 2010 accident that

10  you were still experiencing pain in your right shoulder,

11  was that not true?

12     A.      That was --

13             MR. COHEN:  Objection.  He said that in 2019

14             he was no longer -- he had told them that he had

15             gotten better from the treatment.

16             MS. FADDIS:  I'll ask a couple of more

17             foundation questions.

18     Q.      Mr. Singh, you said that you have testified in

19  your other lawsuit that as a result of this treatment for

20  your 2010 injuries, your right shoulder was feeling better

21  before the incident that we're here for today; is that

22  fair?

23     A.      Yes.

24     Q.      And the treatment you're referring to was the

25  treatment that included physical therapy and then the 2014

B. SINGH

Page 108

```
 1    surgery relating to the 2010 accident, right?
 2        A.    Yes.
 3        Q.    Okay.  Your testimony is that following your 2014
 4    surgery your right shoulder was better; is that fair?
 5              MR. COHEN:  The mischaracterization because
 6              -- no after the 2014 surgery -- after the 2014
 7              surgery he then had physical therapy because he
 8              still continued to have pain and he told Dr.
 9              Reddi in 2016.  Our incident doesn't happen until
10              2018 so there's a two-year block --
11              MS. FADDIS:  Counsel, you have to stop
12              testifying for him.
13              MR. COHEN:  There's a two-year block in
14              which that the pain could have subsided before
15              this incident happened.
16              MS. FADDIS:  Okay.  I'm trying to understand
17              his testimony so what --
18              MR. COHEN:  But just don't mischaracterize
19              it though.
20              MS. FADDIS:  I'm really not trying to.  I
21              want to know what he's trying to tell me.
22              MR. COHEN:  Okay.
23        Q.    So, Mr. Singh, I'll just ask it more clearly.  At
24    what point did the injuries to your right shoulder from
25    your 2010 car accident resolve; when did those feel better?
```

B. SINGH

Page 109

1    A.     I think by the end of -- by the -- by the -- by

2    the -- by the middle of 2015.

3    Q.     Okay.  All right.  Mr. Singh, you have produced,

4    in this lawsuit, a couple of videos that you took on

5    --withdrawn.

6           You had a home security system in your apartment?

7    A.     It's a -- it's a -- it's a -- that's owned by --

8    by home -- home security, yes.

9    Q.     Okay.  You have a video camera security system

10   inside your apartment?

11   A.     Yes, ma'am.

12   Q.     Okay.  How many cameras are on that system?

13   A.     There -- there -- there was only two -- two

14   cameras.  Right now, there's three cameras on, but at that

15   time, there's only two cameras on -- on that security

16   system.

17   Q.     And one of those cameras was in the living room

18   facing towards the front door, right?

19   A.     Yes, ma'am.

20   Q.     Where was the other camera in 2018?

21   A.     Actually, that is -- that's -- the camera was

22   bought only for the driveway things, you know, for the

23   driving, to watch the cars because there's a lot of other

24   families in the same apartment and I have some issues with

25   the cars so -- but I don't want to complain because we live

B. SINGH

Page 110

1    together in the same building so I put the security camera

2    -- my own set the security camera and specifically they

3    look if anything happens to your car.  That's some people

4    they do something, you know.

5        Q.    I understand.  I don't want to keep us here all

6    day and I'm trying to --

7        A.    Okay.  Okay.

8        Q.    Let me ask the question.  So how many cameras did

9    you have on your security system inside your apartment on

10   February 28th, 2018?

11       A.    Just one.

12       Q.    Okay.  And what you're trying to say is you had

13   another camera on that date outside?

14       A.    Outside, yes.

15       Q.    Okay.  All right.  And now you said you have

16   three cameras on that system?

17       A.    Did I what?

18       Q.    As of today, there are three cameras on that

19   system?

20       A.    Yes.

21       Q.    Okay.  Mr. Singh, when did you install that video

22   security system?

23       A.    I think -- yeah, in -- in the -- in the -- in

24   February 2018.

25       Q.    Okay.  How long before this incident did you

B. SINGH

Page 111

1    install that system?

2        A.     In the same month; could be -- could be 15 days

3    or --

4        Q.     Where did you purchase that system?

5        A.     I think at the micro center.

6        Q.     Did you install it yourself or did someone

7    install it for you?

8        A.     No, I -- I did install myself.

9        Q.     And the two cameras you had on the system, what

10   kind of device did they connect to to store the video they

11   recorded?

12       A.     That is a -- the device that comes along with the

13   cameras, that's --

14       Q.     Do you know what it is; is it a hard drive or

15   something else?

16       A.     Yeah.  Yeah, a -- a hard -- hard drive installed

17   inside that device.

18       Q.     And was the hard drive connected to a monitor

19   where you could view the video?

20       A.     Yes.

21       Q.     Was that monitor just for the security or was it

22   a monitor used for other things too?

23       A.     That monitor is -- excuse me?

24       Q.     Was the monitor connected to that system just for

25   the security system or was it for other things as well?

B. SINGH

Page 112

1    A.    Other things means that that monitor is used as a

2    TV.  It's used as a -- as a monitor and it's attached for

3    the TV, to watch the movies and -- on -- on that monitor

4    along with the -- yeah.

5    Q.    Okay.  So in order to go and view video on that

6    system, how do you access video that's stored inside that

7    system?

8    A.    It isn't like that.  If I -- if I -- if I will

9    observe any unusual incident in the -- in the -- in the --

10   in the back -- in the driveway, I would play that video and

11   forward and backward.  By doing that, I was trying to see

12   when and where happened, unusual happens you can observe,

13   right, so if it happens, I can make a video of that.

14   Q.    Okay.  Are you aware of any way to get the video

15   out of that system other than taking a video with your

16   phone?

17   A.    No, it is very complicate.

18   Q.    Does that system come with an instruction manual?

19   A.    It comes with instruction manual, but it's hard

20   to -- to follow that things.

21   Q.    Okay.

22   A.    So the only this is, like, if anything happens,

23   you just take a video from your phone or do -- yeah, like

24   that.

25   Q.    How long does that system store video?

B. SINGH

Page 113

1      A.      How long?

2      Q.      Yes.

3      A.      I think for 14 days.

4      Q.      And after every 14 days, does it automatically

5   delete?

6      A.      Yes.

7      Q.      And is there any way that you know of to recover

8   deleted video from that system?

9      A.      Do I know?

10     Q.      As far as you know, is there any way to recover

11  video that has been deleted from that system?

12     A.      No.  Can you repeat the question?

13     Q.      Sure.  Is there any way to get back video that's

14  been deleted from that system?

15     A.      No, I think there -- there is -- there's no way.

16  Can I tell you something else?

17     Q.      Sure.

18     A.      Okay.  I recorded from the phone because I unable

19  to record on -- on any -- any -- any flash driver or

20  things.  That's, like, complicated so I -- I already

21  recorded on my phone and when I -- I was asked to take that

22  on the -- on -- on -- on something, I was instructed by one

23  of my -- by my friend and unfortunately it was deleted.  It

24  was deleted because I don't know -- I press format or

25  something like that.  I don't know what was format, but it

B. SINGH

Page 114

1   was deleted.  That was the cause.  That's why I -- I -- I

2   really don't know, but I already had made on the phone.

3        Q.     Okay.  I just want to understand.  You're saying

4   that you accidentally deleted the video --

5        A.     Yes.

6        Q.     -- from February 28?

7        A.     Yes.  Not from February 28.  I tried record it on

8   my device.  I tried to do it on my -- my -- to record the

9   whole video, but unfortunately the whole -- whole -- whole

10  14 day video was deleted so I don't know what was format.

11  Now, I knew.

12       Q.     And included in that 14 day video was the video

13  from February 28?

14       A.     Yeah.  Okay.  If it is recorded something for --

15  I think -- now, I knew if it's recorded on February 28

16  because only the February 28 video is remain for the next

17  14 days so that way it will remain up to January 13th so

18  the 20th will be deleted after January 2013.  That's it.

19       Q.     I want to make sure I'm asking the right

20  question.  When you said that you accidentally formatted

21  the device and deleted 14 days of video, are you talking

22  about video that included video from February 28th, 2018 or

23  are you talking about a different time?

24       A.     No, the whole -- the whole thing was -- was --

25  was deleted, yes.

B. SINGH

Page 115

1    Q.    I don't want to keep asking the same question,

2    but I just want to make sure I understand the answer.

3    You're talking about a time that you accidentally formatted

4    the entire device, right, and deleted all the video that

5    was stored on it?

6    A.    Yeah, which is only so far 14 days.  Whatever is

7    there for 14 days from the day I delete -- I -- I

8    accidentally deleted that was ultimately deleted.

9    Q.    Okay.  And I just want to understand that you're

10   talking about the video that was deleted, covered this date

11   of this incident, right; that's what you're describing?

12   A.    Yeah.  Yes, ma'am.

13   Q.    That's all.  All right.

14         MR. COHEN:  And just so we're clear, Mr.

15         Singh, that happened within 14 days of the

16         incident happening, right?

17         THE WITNESS:  Yes, sir.  Should I tell you

18         something because then I --

19         MR. COHEN:  No, that's good.  Is that within

20         the 14 days?

21         THE WITNESS:  Yes, sir.

22         MR. COHEN:  Yes.

23   Q.    Okay.  All right.  Mr. Singh, did that security

24   system -- does it record sound?

25   A.    As of today, I still don't know how to put sound

Case 23-24, Document 29, 04/19/2023, 3501821, Page122 of 197
**[JA-308]**

B. SINGH

                                           Page 116

1    on it, ma'am.  It has a sound, yes.  It has a sounds.

2         Q.     Okay.  It does record sound?

3         A.     It -- it -- it -- it says in -- in the manual, it

4    has audio, video, this that, but when you try to operator

5    it, it's hard to do that.

6         Q.     Okay.  Do you know if it is recording sound and

7    you just don't know how to play it back or you don't know

8    if it's recording sound at all or something else?

9         A.     I think in the manual it says that recording

10   sound and audio.  It's related to audio and even -- even

11   after that -- even before that, I try to put the audio, but

12   it never shows the audios.

13        Q.     Okay.  Mr. Singh, you recorded two videos related

14   to this incident; is that right?

15        A.     Yes, I did.  Yeah, two video.

16        Q.     Using your phone, right?

17        A.     Yes, using my previous phone.

18        Q.     Okay.  When you say your previous phone, what

19   phone did you record those videos on?

20        A.     Yeah, that's my Galaxy 8 plus.  Galaxy 8 plus,

21   yeah.

22        Q.     And you don't have the phone anymore?

23        A.     No, I -- I do have that phone.

24        Q.     Okay.  Do you use that phone or you just have it?

25        A.     No, my son use that phone.

B. SINGH

Page 117

1    Q.    And you took two clips of the video from the date

2    of this incident using that phone, right?

3    A.    Yes, I took -- took two videos, I think, yes.

4    Two videos, yeah.

5    Q.    One of those videos --

6    A.    I -- I -- I -- I -- I am not sure.  I think I --

7    I only took the -- I took the -- the two -- one video with

8    -- with the -- ten minutes -- I think --

9    Q.    Did you take a video off of your security system

10   that showed the EMTs coming into your apartment?

11   A.    Yes.

12   Q.    Okay.  Did you also take a video off of that

13   security system using your phone of the police officers in

14   the apartment?

15   A.    Yes, ma'am.

16   Q.    Okay.  Other than those two videos, did you

17   record any other portion of the security footage from

18   February 28th, 2018?

19   A.    No, I did not.  I don't need to.  I did not.

20   Q.    Okay.  Is there a reason why you only recorded

21   those two clips?

22   A.    The reason is obvious, I think.

23   Q.    Well, what is the obvious reason to you?

24   A.    That -- that -- the -- the same reason that I was

25   assaulted by the cops.

B. SINGH

Page 118

1      Q.     Well, you didn't record any part of your wife

2  coming in to talk to you before the police came, right?

3      A.     No, I didn't need to do that.

4      Q.     Okay.  And you didn't record the interaction from

5  the entire time EMS was there until you were taken out of

6  the apartment, right?

7      A.     Not -- not -- not the entire time, yeah.

8      Q.     The rest of that video would have shown you

9  talking to the EMTs, right?

10     A.     Yes.

11     Q.     And that would have been around the time that

12 they called the police to come to your apartment, right?

13     A.     Yes.

14     Q.     All right.

15     A.     All right.  I'm -- I'm sorry.

16     Q.     Mr. Singh, I'm going to try and play it for you.

17 I want to watch this video.  Just one of them.  We're not

18 going to watch both.

19              MS. FADDIS:  So this is going to be --

20              MR. COHEN:  Before you start, I want to ask

21          you a question.  You have the video with him and

22          the EMTs, do you not?

23              MS. FADDIS:  Yes.

24              MR. COHEN:  So I didn't understand your last

25          question that there was no video of him talking

B. SINGH

Page 119

```
1        to the EMTs?
2                MS. FADDIS:  No, there's a portion of that
3        interaction that's missing.
4                MR. COHEN:  Okay.
5                MS. FADDIS:  Yes.
6                MR. COHEN:  But there's a large portion of
7        him talking to the EMTs.  Your last question
8        suggested there was no portion of him talking to
9        the EMTs.  That's all.
10               MS. FADDIS:  I didn't mean to leave that
11       impression.  I'm fine with the correction for the
12       record.  I think he testified that there was one
13       video of the EMTs in the apartment and there was
14       another video of the police in the apartment.
15               MR. COHEN:  That's correct.
16               MS. FADDIS:  But a period in between that
17       there's no video of.
18               MR. COHEN:  Right.
19               MS. FADDIS:  Okay.  All right.  So this is
20       pre-marked Defendants' Exhibit.
21               (VIDEO WAS PLAYED.)
22   Q.      Okay.  Mr. Singh, can you see the screen that is
23   a still shot of the video that you took?
24   A.      Yes.
25   Q.      Can you see that in front of you?
```

B. SINGH

Page 120

1      A.      Yes.

2      Q.      Okay.  Mr. Singh, I didn't ask you earlier, but

3   are you on an iPhone or are you on a smartphone?

4      A.      Do I have a smartphone at that time?

5      Q.      No.  No.  Are you on this video using a phone?

6      A.      In this video am I -- if I am using a phone?

7      Q.      No.  Mr. Singh, today, are you participating in

8   this deposition using a phone?

9      A.      Yes, ma'am.

10      Q.      Okay.  This video in front of you, is that image

11   large enough for you to see what's shown or is it too

12   small?

13      A.      Yeah, if you can large a little bit.

14      Q.      Well, I can't make your phone any bigger so --

15      A.      Okay.  That -- yeah, I -- I can do it, yes.  I

16   can log it.  Okay.  What happened?

17      Q.      I want you to tell me if you're having any

18   trouble seeing what we're showing you, though, okay,

19   because you're on a small device.

20      A.      Okay.

21      Q.      Okay.  All right.  Mr. Singh, now, we're at the

22   zero minute marker of this video which runs about five

23   minutes and 53 seconds and in the dead center of the video

24   there's an individual -- an individual wearing glasses and

25   a black jacket or in a dark jacket; do you see that person?

B. SINGH

Page 121

1    A.      Yes.

2    Q.      Do you know who that is?

3    A.      I think that's the same officer, Officer Cheema.

4  I -- I can't -- I don't know at that time about him, but

5  now I can tell you that he -- he was Officer Cheema, yeah.

6    Q.      Okay.  And the individual directly to the right

7  of Officer Cheema in the shirt that says, Gap, on it; do

8  you see that person?

9    A.      Yes, ma'am.

10   Q.      Is that your brother?

11   A.      Yes, he's my brother.

12   Q.      Okay.  And then the individual to the left of

13  Officer Cheema, do you know who that is?

14   A.      No, I think he's another black male officer who

15  came along with the other officer --

16   Q.      Okay.

17   A.      -- to my apartment, yeah.  I don't know.  I don't

18  know.  I never saw him before.

19   Q.      Okay.  And I just want to direct your attention

20  to the far left side of the screen where there's a list and

21  it's a little hard to see, but there's seven items in this

22  list; do you see that the top one is highlighted?

23   A.      Yes.

24   Q.      Actually, I apologize.  Maybe there are eight.

25  They're marked as channels; do you see that?

B. SINGH

Page 122

1       A.      Yeah.

2       Q.      Do those refer to cameras that are connected to

3   your security system?

4       A.      They -- they will always show that -- they --

5   they -- they always be the tenants because no matter how

6   many cameras are connected with that device, but these

7   channels -- all -- all eight channels included in that

8   device.

9       Q.      Okay.  Now, you see at the top of the imagine

10  there appear to be wires --

11      A.      Yeah.

12      Q.      -- connected to the ceiling of the apartment; do

13  you see that?

14      A.      Yeah.

15      Q.      Are those connected to the security system?

16      A.      Those are connected to the -- that was connected

17  to the -- but that was disconnected.  That camera was also

18  in the living room, but that was disconnected.  That was

19  not associated with that -- with that -- with the device.

20      Q.      Okay.  I'm just talking about the wires; are

21  these wires connected to the security system?

22      A.      One of -- yes, one of -- yes.  Yes, one is with

23  the -- the outside camera and one is with the inside

24  camera.

25      Q.      Okay.  Now, this is going to be hard for you to

B. SINGH

                                                        Page 123

1    see, but I don't know if you can see my arrow in the center

2    -- about center of the photograph, you move a little bit up

3    sort of directly over Officer Cheema's head, there's a

4    white box with a dark center; do you see that?

5         A.      Yeah.

6         Q.      Is that another camera mounted on the wall?

7         A.      No, that's not a camera.

8         Q.      What is that?

9         A.      What is that?

10        Q.      If you know.

11        A.      No.  No, that is not a camera.  That is something

12   -- something -- a handle of the door.  That's -- these are

13   very old doors.  Hello?

14        Q.      So I just want to make sure you're looking where

15   I'm looking so if you look --

16        A.      Yes, I know -- I know all the ways down on the

17   left side, there's a -- there's a -- it looks like --

18   things on the -- on the -- over there, but that is not a --

19   that is not a camera.  That used to be a handle.

20        Q.      Okay.  I'm going to see if I can maybe -- just

21   make sure -- I'm looking right here, do you see the yellow

22   circle I just drew?

23        A.      Yeah.  Yeah, that's what I'm talking about.  Yes.

24        Q.      Okay.  That's a part of the door?

25        A.      Yeah, that a part of door, yes.

B. SINGH

Page 124

```
 1      Q.      Okay.  Let's go ahead and watch this.

 2                      (VIDEO WAS PLAYED.)

 3      Q.      Okay.  Mr. Singh, I'm paused at 21 seconds and

 4   from the zero second mark until the 21 second mark, do you

 5   see --

 6      A.      Can you -- can you go back and then -- because I

 7   was just rubbing on my hand.  I was not looking.  Can you

 8   go back?

 9      Q.      Sure.  We'll do it again.  So just, again, we're

10   at the zero minute mark.  We're going to play it from here.

11   I'm going to pause it at 21 seconds.

12                      (VIDEO WAS PLAYED.)

13      Q.      Okay.  We'll pause at 22 seconds.  Mr. Singh, do

14   you see that Officer Cheema has moved closer to you in the

15   video in the 22 seconds we just watched?

16      A.      Yes, ma'am.

17      Q.      Does it appear that he was talking to you?

18      A.      It appears that the -- the officers who are

19   talking to me, but I'm not sure what he's talking to me --

20   he's talking to me -- he was talking to me.

21      Q.      You don't remember having any conversation with

22   Officer Cheema, right?

23      A.      No, but I don't remember that, but he -- he

24   talked to me for -- for -- for -- but he didn't talk to me

25   that much, but he talked once or twice he talked to me.
```

B. SINGH

Page 125

1   That's what I remember.

2       Q.      Do you remember anything about what he said to

3   you or what you said to him?

4       A.      He did not spoke that much, but the other officer

5   talked to me a lot.

6       Q.      Okay.

7               (VIDEO WAS PLAYED.)

8       Q.      Okay.  So we paused again at 37 seconds.  Mr.

9   Singh, did your wife just come in from the left side of the

10  video?

11      A.      No, can you go back and then repeat that thing

12  again?

13      Q.      Yes.  Okay.  So we're at 21.  We'll play it at

14  35.

15              (VIDEO WAS PLAYED.)

16      Q.      Okay.  All right.  Mr. Singh, I'm going to pause

17  at 32 seconds.

18      A.      Yeah.  Yeah, got it.

19      Q.      Is this your wife who's just come in on the left

20  side of the video?

21      A.      Yes, ma'am.

22      Q.      Okay.  And is she handing you clothes?

23      A.      Yes, she -- she trying to give me clothes.  Yes.

24      Q.      Okay.  I'm going to play it again.

25              (VIDEO WAS PLAYED.)

B. SINGH

Page 126

1    Q.    Okay.  Pausing at 41, did you just see Officer

2    Cheema walk over and put his hands on your brother?

3    A.    Yes.

4    Q.    Is that the moment you described earlier where

5    you said he told your brother to leave?

6    A.    Yes.

7    Q.    Okay.  And are you getting dressed right now?

8    A.    I think I was about to dress, yes.

9    Q.    Okay.

10   A.    At this point.

11   Q.    Okay.  I'm going to play it from 41.

12            (VIDEO WAS PLAYED.)

13   Q.    Okay.  Mr. Singh, we're paused again at 2 minutes

14   and 32 seconds, are you still putting your clothes on at

15   this point?

16   A.    Yes, ma'am because I have over clothes because of

17   the cold.

18   Q.    Okay.  It looks like, at this point, you're

19   talking to someone; do you know who you're talking to?

20   A.    If I'm talking, I think I'm talking to my wife

21   who was standing in the living room close to the kitchen.

22   Q.    You're not talking to this --

23   A.    No.

24   Q.    -- woman standing behind you?

25   A.    No.  No, I -- I didn't needed to.  I'm not

B. SINGH

```
                                                    Page 127
 1   talking to the woman.
 2       Q.      That woman to the right side of the screen, it
 3   looks like she has a little bit of blonde hair, that's one
 4   of the EMTs, right?
 5       A.      Yes, ma'am.
 6       Q.      Okay.  I'm going to play it from 2:13.
 7                    (VIDEO WAS PLAYED.)
 8       Q.      Mr. Singh, at 2:36, it looks like a child just
 9   walked through the living room towards the other side of
10   the apartment, is that your son?
11       A.      Yes, he's my oldest son.
12       Q.      Okay.  At 2:51, it looks like one of the police
13   officers was having a conversation with your brother just
14   then; do you see that?
15       A.      Actually, ma'am, where?
16       Q.      I'll go back.
17                    (VIDEO WAS PLAYED.)
18       Q.      All right.  So I'm showing you at 2:39, you see
19   your brother standing at the end of the hallway in the
20   background of the video?
21       A.      Yes.
22       Q.      Okay.  And then you see the shorter, black, male
23   officer standing towards the front of the video?
24       A.      Yeah.
25       Q.      Okay.  So we're going to play it from here.
```

B. SINGH

Page 128

1              (VIDEO WAS PLAYED.)

2      Q.     Okay.  Stop at 2:52.  Did you see an interaction

3  between the officer and your brother?

4      A.     Yes.

5      Q.     Do you remember what they were talking about?

6      A.     No, I think they just was -- they were just

7  saying him to go inside the room because sometime they

8  don't allow anybody in this location.

9      Q.     I want to play it from 2:55.

10             (VIDEO WAS PLAYED.)

11     Q.     Okay.  At 3:24, we're watching you.  It looks

12  like you're still trying to put clothes and shoes on; is

13  that fair?

14     A.     Yes, ma'am.

15     Q.     And at this point, were you having trouble

16  standing up?

17     A.     Do I have -- no, I didn't have, but whenever you

18  put your shoes on, you -- you have to hold something in

19  order to -- to hold shoes by using your finger.

20     Q.     Okay.  Playing from 3:24.

21             (VIDEO WAS PLAYED.)

22     Q.     Mr. Singh, I've paused at 4:02.  You see yourself

23  standing in the middle of the video with the three officers

24  around you?

25     A.     Yes, ma'am.

B. SINGH

Page 129

1    Q.    And it looks like you're talking to them, right?

2    A.    Yes, ma'am.

3    Q.    You're moving your hands like you're talking to

4    them, right?

5    A.    Yes.

6    Q.    Do you know what you were saying at that point?

7    A.    Yeah, I was saying that this is unfair, that you

8    guys take me to the hospital.  You guys also drink or

9    smokes, but it's not fair.  That's -- that's what I'm

10   saying.

11   Q.    Okay.

12   A.    But if you want to take me, that's fine.

13   Q.    Okay.  I'm going to play it from 4:02.

14             (VIDEO WAS PLAYED.)

15   Q.    Okay.  At 4:10 your wife just came back into the

16   frame, right?

17   A.    Yes.

18   Q.    And she handed something to one of the officers,

19   handed it to you; is that fair?

20   A.    Excuse me?  What is your question?

21   Q.    She handed something over, do you see that?

22   A.    I think eyeglasses.  I think she handed me my

23   eyeglasses.  I cannot see, but I think.

24   Q.    Okay.  4:10.

25             (VIDEO WAS PLAYED.)

B. SINGH

Page 130

1    Q.    Okay.  So it's 4:31, the female officer has just

2  opened the front door to the house, right?

3    A.    Yes, ma'am.

4    Q.    And it looks like you're speaking to Officer

5  Cheema at this point; do you see that?

6    A.    Yeah, it looks like -- it look like -- it looks

7  like that.

8    Q.    And do you remember anything about this exchange

9  right here?

10    A.    No, I don't remember.

11    Q.    Okay.

12    A.    Because there's not a big conversation.  It could

13  -- could be a word, two words, something like that.

14    Q.    All right.  I'm going to play from 4:31.

15               (VIDEO WAS PLAYED.)

16    Q.    I'm going to pause at 4:49.  You're still talking

17  to the officers at this point?

18    A.    Yes, I was talking to the -- to the -- to the --

19  all --

20    Q.    You're making some sort of gesture with your

21  hand; do you see that?

22    A.    Yeah.  Yeah.  Yeah.

23    Q.    What is that?

24    A.    That -- that's the same thing that you guys

25  drink, you guys smoke --

B. SINGH

                                                    Page 131

     1        Q.      Okay.

     2        A.      -- but nobody takes you to the hospital for that,

     3     unless you had done anything wrong.

     4        Q.      The gesture you're making with your finger to

     5     your lips, that's what you're talking about?

     6        A.      Yes, that's a smoking.  That's -- that's smoke --

     7     smoke.

     8        Q.      Okay.  From 4:44 --

     9        A.      When I'm saying that you guys drink, you guys

    10     smoke, nobody take you to the hospital.

    11        Q.      All right.  From 4:50, I'm going to keep going.

    12                (VIDEO WAS PLAYED.)

    13        Q.      Okay.  Now, Mr. Singh, I pause at 5:06.  This is

    14     the moment where Officer Cheema grabs you from behind?

    15        A.      Yes, ma'am.

    16        Q.      Okay.  And earlier you said that you moved your

    17     hands because your wife was trying to -- you were trying to

    18     get a cup of water from your wife?

    19        A.      Yes, ma'am.

    20        Q.      Okay.

    21        A.      But at the same time I had seen her to getting me

    22     the glass of water.

    23        Q.      Okay.  Did you see that right before Officer

    24     Cheema grabbed you though, you actually stepped towards the

    25     door away from your wife?

B. SINGH

```
                                                  Page 132
  1      A.      No, I moved forward in order not to handcuff me
  2   yet.  Let me get the water.
  3      Q.      Okay.
  4      A.      I did not try to move towards the door.  I just
  5   move forward.
  6      Q.      Okay.  I'm going to play it from 5:06.
  7                   (VIDEO WAS PLAYED.)
  8      Q.      Okay.  From 5:06 TO 5:24, that was the period
  9   where Officer Cheema took you to the ground and then you
 10   were lifted back up; is that fair?
 11      A.      Yes, ma'am.
 12      Q.      Okay.
 13      A.      Both of the officers, yes.
 14      Q.      So at 5:24, both of the male officers are lifting
 15   you back up, right?
 16      A.      Yes, ma'am.
 17      Q.      Okay.  Okay.  Do you see at 5:32 you look like
 18   you stick your right leg back into the apartment as you're
 19   walking out the front door; do you see that?
 20      A.      Yes, ma'am.
 21      Q.      Do you know what you were doing there?
 22      A.      Probably I was saying let me get the water at
 23   least.
 24      Q.      Right.  Does it look like you're pulling away
 25   from the officers at that point?
```

B. SINGH

Page 133

```
 1      A.      Pulling away?

 2      Q.      Yes.

 3      A.      No, my -- my -- my -- my left leg is still over

 4  there and my other body part is still along with the door

 5  so I kind of pulling over.  I just pull over my right leg

 6  to ask --

 7      Q.      All right.  I'm going to play it from 5:32.

 8                      (VIDEO WAS PLAYED.)

 9      Q.      I stopped at 5:47.  And you see your brother has

10  come back into the room?

11      A.      Yes, ma'am.

12      Q.      Does he appear to be on the phone?

13      A.      Yes, ma'am.

14      Q.      Do you know who he was talking to?

15      A.      I think probably -- probably might be talking to

16  his wife or his friends.

17      Q.      All right.  You don't know --

18      A.      I -- I don't bother myself to asking him.

19      Q.      That's fine.  I just want to know if you know.

20  Okay.  And at this point, you have gone out the door with

21  the officers, right?

22      A.      Yes, ma'am.

23      Q.      And then your wife also came out to the front

24  because she went out the door too?

25      A.      Yes.
```

B. SINGH

```
                                              Page 134
 1      Q.      Okay.  And then it looks like the EMTs followed
 2   your wife out?
 3      A.      Yes, ma'am.
 4      Q.      Did your wife come downstairs while you were
 5   being put in the ambulance?
 6      A.      Yes, I don't remember at that time, but I -- now,
 7   I know that she went all the way downstairs.
 8      Q.      All right.  Let's play the last few seconds.
 9              (VIDEO WAS PLAYED.)
10      Q.      All right.  Mr. Singh, is there a reason you
11   didn't record the portion of this video where the officers
12   enter your apartment?
13      A.      Excuse me?
14      Q.      The video we just watched, when it begins, all
15   three of the police officers are already in your apartment,
16   correct?
17      A.      Yes, but I have the video from when they entered
18   in the apartment.
19      Q.      Okay.  Is that part of the video with the EMTs?
20      A.      Yes.
21      Q.      Okay.  Mr. Singh, I want to show you a couple of
22   photographs that were produced.  Bear with me one second.
23              (Whereupon, PHOTOGRAPHS were marked as
24              Defendants' Exhibit E, for identification.)
25      Q.      Okay.  Mr. Singh, can you see the image that I'm
```

B. SINGH

Page 135

1   showing you?

2        A.     Yes, ma'am.

3        Q.     Okay.  Let's just make it as big as I can because

4   I know you're on a small screen.  Okay.  Do you see that?

5        A.     Okay.  Now, I'm seeing one picture, right?

6        Q.     Yes, just one.  Okay.  So this is page 1 of a PDF

7               Containing nine photographs that were produced by

8   your counsel to us in this lawsuit; is this a picture of

9   you?

10       A.     Yes, ma'am.

11       Q.     Okay.  And when was this photograph taken?

12       A.     I took this photograph so when -- after I was

13  discharged and after I arrive home.

14       Q.     This is the date of the incident?

15       A.     Yes, ma'am.

16       Q.     Okay.  And is there a bruise on your head; what's

17  the mark on your forehead?

18       A.     There -- there -- there was -- there was a

19  bruises on the left side of -- in the forehead and the

20  marks are -- those are my childhood mark even before I came

21  to United States, childhood marks.

22       Q.     I just want to make sure we're talking about the

23  same thing.

24               I'm looking at what is the right side of your

25  forehead and your temple those reddish marks.

B. SINGH

Page 136

```
1      A.      Those are the bruises of the incident -- from the
2   incident.
3      Q.      All right.  Okay.  Page 2 of the same set of
4   photographs.  This is a photograph also of your face; is
5   that right?
6      A.      Yes, ma'am.
7      Q.      Okay.  And other than the marks that we saw on
8   the right side of your forehead, do the photographs show
9   any other injures?
10     A.      Excuse me?
11     Q.      So in the first photograph we saw the red marks
12  on your forehead and your right temple, you said were
13  bruises --
14     A.      Yeah.
15     Q.      -- right?
16     A.      Yeah.
17     Q.      Okay.  In this photograph, your head's turned, we
18  can see a little bit of that bruise, right?
19     A.      Yes.
20     Q.      Okay.  Are there any other injuries in this
21  photograph?
22     A.      I don't think so any other injuries in this
23  photographs.
24     Q.      Okay.  Page 3 is another photograph of you,
25  right?
```

Case 1:19-cv-00632-EK-ST   Document 48-6   Filed 11/29/21   Page 137 of 191 PageID #: 534

B. SINGH

```
                                                  Page 137
 1      A.     Yes.
 2      Q.     Okay.  Does this photograph show any injuries to
 3   your face?
 4      A.     Okay.  It -- it doesn't show, but it shows a
 5   little swelling on the left -- above the left -- the right
 6   eye, I think it's swelling.
 7      Q.     Okay.  So that's in the same area we saw the
 8   bruises before?
 9      A.     Yes.
10      Q.     Okay.  So other than that injury that we saw --
11      A.     No.  No.
12      Q.     Okay.
13      A.     No.
14      Q.     All right.  This is page 4.  This is a photograph
15   of you again, right?
16      A.     Yes, ma'am.
17      Q.     And this is the right side of your face?
18      A.     Yes, ma'am.
19      Q.     Okay.  Does it show the same bruises that we saw
20   before?
21      A.     Yes, ma'am.
22      Q.     Okay.  I'm going to go to page 5.  Okay.  Page 5
23   shows the same injuries as page 4?
24      A.     Yes.
25      Q.     Okay.  Other than the bruises and the swelling we
```

B. SINGH

Page 138

1    saw before, are there any other injuries shown in this

2    photograph?

3       A.     No.

4       Q.     Okay.   Page 6, this is a photograph of you.   It

5    looks like you're in the hospital; is that right?

6       A.     Yes, ma'am.

7       Q.     Was it taken on March 5th when you went to the

8    hospital?

9       A.     Yes, ma'am.

10      Q.     And I didn't ask this before, but all the

11   photographs we've looked at you took yourself, right?

12      A.     Yes, ma'am.

13      Q.     Okay.   Page 6, there appears to be a mark on your

14   forehead around the same location as where the bruise was

15   previously; do you see that?

16      A.     Yes, ma'am.

17      Q.     What is that?

18      A.     Excuse me?

19      Q.     What is that mark; is that a bruise or is that

20   something else?

21      A.     Can you point to the mark?

22      Q.     Sure.   So right on your right forehead above your

23   right eye.

24      A.     Uh-hum.

25      Q.     What's that mark?

B. SINGH

Page 139

```
 1      A.      Can you use arrow to that mark?
 2      Q.      Yes, I just drew a yellow circle around it; do
 3   you see that?
 4      A.      Yeah.
 5      Q.      Okay.  What is the mark inside the yellow circle?
 6      A.      Oh, those marks are healing from that -- from --
 7   from the forehead injury.
 8      Q.      Okay.  So other than the bruise, was there
 9   another injury to your forehead?
10      A.      No, that's the same injury that -- that's getting
11   healed.
12      Q.      Let me ask it a different way.  Does that look
13   like a scab?
14      A.      Scab?  What's that mean?
15      Q.      Like there was an injury to the skin not just a
16   bruise underneath the skin; does it look like that to you?
17      A.      Ma'am, if you indicating any marks on my
18   forehead, you can -- you can point.  I can see the mark.
19   That's what -- that's my childhood mark.
20      Q.      Okay.  I'm not sure I'm following.  Let me ask a
21   different question.  Mr. Singh, can you see the yellow
22   circle on this photograph?
23      A.      Yes.
24      Q.      Okay.  Inside the yellow circle, there is a mark
25   that's almost in the shape as the letter I; do you see
```

B. SINGH

Page 140

1    that?

2         A.     Yes.  Okay.

3         Q.     Okay.  Is that part of the injury you sustained

4    in this incident or is that something else?

5         A.     No, that's the -- the marks of the injuries

6    sustained in this incident.

7         Q.     Okay.  What I'm trying to understand is, is that

8    a bruise or is that some sort of cut or abrasion or

9    something else to your skin that's healing?

10        A.     Yes.

11        Q.     Can you explain which it is?

12        A.     Which it is?  It is a -- it is a -- the bruise

13   that I got on that day on February 28th so it -- it start

14   gets healing, you know, by the March 5th so that's start

15   getting healing.

16        Q.     Okay.

17        A.     Do you see any other mark on my eye?  That's what

18   you're talking about?

19        Q.     No, that's what -- I'm talking about what I

20   showed you.  Okay.

21        A.     Yeah, these are the same bruises that are getting

22   healed.  That -- that are healed, you know.

23               MR. COHEN:  Hannah, do you have a lot more

24        left?

25               MS. FADDIS:  I hope not.  I'm trying to get

B. SINGH

Page 141

```
 1              there.
 2      Q.     Okay.  So just saying this is page 7.
 3              MR. COHEN:  We're going to have to take
 4              another, like, 20-minute break at 4:00 because
 5              I've got other things going on.
 6              MS. FADDIS:  Yes.  Yes, I'm going to try to
 7              be done, hopefully, by 4 so let's see if we can
 8              get there.
 9      Q.     All right.  Mr. Singh, this page 7 is essentially
10      the same photograph we just saw, right, of the marks on
11      your face?
12      A.     Yes, ma'am.
13      Q.     Okay.  And page 8, also a photograph that you
14      show for the same healing injury?
15      A.     Yes, ma'am.
16      Q.     Okay.  And then page 9, another photograph you
17      took of your face; is that fair?
18      A.     Yes, ma'am.
19      Q.     When did you take this photograph?
20      A.     I think the same -- same day, on March 5th, 2018.
21      Q.     So the photograph on page 9 was taken the same
22      day as, if we go back, the photograph on page 8?
23      A.     Okay.  I think this was taken on March 5th and
24      the other one maybe one day later or two day later.
25      Q.     And the one on page 9 was taken --
```

B. SINGH

Page 142

1     A.     Yes, and have a record of everything that I took

2     the pictures --

3     Q.     Okay.  Mr. Singh, again, looking at the mark on

4     your forehead, do you see that the skin inside that mark is

5     a lighter color than the rest of your face?

6     A.     Actually, that -- the mark on the forehead, the

7     skin color on the forehead is lighter than that.

8     Q.     Yes, Mr. Singh, what I'm trying to understand is,

9     does this look like a bruise to you or a scrape?

10    A.     It's -- it's a -- it's a bruise that was -- that

11    was -- that's being healed.

12    Q.     Okay.  A bruise meaning there was bleeding under

13    your skin and it changed color?

14    A.     No, the -- the bruise meaning that -- in the

15    first photo that I took, that is the first three photos

16    that I took on March 5th -- not -- not on March 5th, the --

17    the same day the accident happened, that's what I call

18    bruises.

19    Q.     Okay.

20    A.     There's no blood.  There's bruises, right?

21    Q.     So this injury, whatever we're going to call it,

22    you sustained when you say your head hit the floor when

23    Officer Cheema took you down, right?

24    A.     Yes, ma'am.

25    Q.     Okay.  Prior to the police coming to your

B. SINGH

Page 143

1   apartment that day, had you fallen down at any point that

2   night?

3       A.    No.

4       Q.    Okay.  What were you doing between 1 a.m. and 6

5   a.m.?

6       A.    I was just drinking the beers.

7       Q.    So between 1 a.m. and 6 a.m. you were drinking

8   four beers doing nothing else?

9       A.    Yes, I -- I -- I was consuming the four beer.  I

10  continued and I was consuming, but I didn't do anything

11  else.

12      Q.    You were in your apartment; is that right?

13      A.    Yes.

14      Q.    Were you watching TV, reading a book; were you

15  doing anything else?

16      A.    I -- I think I was talking to one of my relatives

17  in India on the phone, I think, yup.

18      Q.    Do you know who that was?

19      A.    I'm pretty sure my aunt.  It could be my aunt,

20  but I was -- I'm sure I was not watching any -- any TV.

21      Q.    And you're sure that you didn't get home later

22  than 1 a.m.?

23      A.    It could be.  That's why I'm tell you I don't

24  remember.

25      Q.    And you don't remember where you had beers with

[JA-336]

B. SINGH

Page 144

1   your friend earlier that night, right?

2       A.      I don't remember exact place.  It could be -- it

3   was in Richmond Hill, that's what I remember.

4       Q.      The floors in your apartment, are they wood or

5   carpet or something else?

6       A.      They have a -- a carpet.

7       Q.      All right.  Mr. Singh, other than the physical

8   injuries you've already discussed today, did you sustain

9   any other physical injuries as a result of this incident?

10      A.      I have complaining of pains in my both hands

11  other than injuries.

12      Q.      Did you ever get any medical treatment for the

13  pain in your hands?

14      A.      No, the pain goes -- went away by itself.

15      Q.      When did it go away?

16      A.      Four, five days, I think.

17      Q.      When you say --

18      A.      If I -- there -- there -- there was -- there was

19  a complaint of the -- of the wrist -- of the -- of the --

20  of the -- the -- I think of the right hand, but there's

21  nothing -- nothing specially wrong and that was from the

22  cuffs.

23      Q.      When you say you complained about those injuries,

24  who did you complain to?

25      A.      I did not complain to anybody.

B. SINGH

Page 145

1    Q.    Okay.

2    A.    But I complained, I think, in the emergency room

3  about that, I had a pain.

4    Q.    Other than the injuries you discussed including

5  the pain in your hand, did you sustain any other physical

6  injuries as a result of this incident?

7    A.    No.

8    Q.    Did you sustain any financial injuries as a

9  result of this incident?

10    A.    Oh, yes.

11    Q.    Okay.  What are those financial injuries?

12    A.    Because those -- these injuries I -- gradually, I

13  had to decrease my hours because of the pain and then by --

14  by the end of the -- the -- by the end of the year, you

15  know, I had to completely quit the job because of the

16  injuries.  I'm unable to work my proper hours so that's my

17  financial loss.

18    Q.    Mr. Singh, in your other lawsuit from your 2010

19  accident, are you also claiming a loss of income covering

20  the same period as for this incident?

21    A.    I have another -- yeah, Workers' Comp from the

22  2017.  I received Workers' Comp for two months.

23    Q.    I'm sorry.  You do have a Workers' Comp claim

24  from the 2017 accident?

25    A.    Yes, but not anymore.

B. SINGH

Page 146

```
 1      Q.     Okay.  So we talked about that earlier, right?
 2      A.     Excuse me?  Yeah, the same one.
 3      Q.     Okay.  Mr. Singh, correct me if I'm wrong.  When
 4   you testified about this earlier, you said that at the time
 5   of the 2017 accident, you weren't working; is that correct?
 6      A.     No, I was working.
 7      Q.     Did I mishear you?  Did you say you were on your
 8   way to work?
 9      A.     You -- I think you talking about the October 5th,
10   2018 accident.
11      Q.     No, you're right.  You're right.  Okay.  All
12   right.
13             Other than a loss of income, are you claiming any
14   other financial injuries in this case?
15      A.     Other financial loss?  I think -- like if --
16   because of this injury, I had to go to the doctors in
17   Manhattan or Queens, I pay from my pocket for the MetroCard
18   and if I drive with my car, I have to pay for the gasoline.
19      Q.     Okay.  Other than travel expenses and loss of
20   income --
21      A.     Yeah.
22      Q.     -- are you --
23      A.     Other than -- there's a -- there's a few copays
24   on the pain medications.
25      Q.     Are you claiming any psychological injuries as a
```

B. SINGH

Page 147

1  result of this case?

2      A.     I -- I am not, but I -- I am not complaining, but

3  -- but I always complain to my psychiatrist, like, if I am

4  upset or more depressed before the appointment, I explain

5  this is all because of my new injuries, this -- of the

6  assault case that has brought me back into not working

7  places or -- actually to having another surgeries to get

8  better so that's -- that's kind of complaint I always do to

9  my -- my psychiatrist.

10     Q.     Okay.

11     A.     And I have -- okay.  Go ahead.  Any

12  psychological?  Yes, should I tell that I -- I have -- I do

13  have erectile disfunction problem, but I -- I -- I cannot

14  do as I -- as much I -- I used to with my wife and that's

15  like before this incident, 2018 so that's the -- that's the

16  -- I -- I know.

17     Q.     Okay.  Mr. Singh, you mentioned one prior

18  deposition in the lawsuit from the 2010 car accident; have

19  you ever had any other depositions taken?

20     A.     I was taken a few depositions back between 2010

21  and 2015 and then the last -- for that accident, taken in

22  May 2019 and -- yeah.

23     Q.     The depositions between 2010 and 2015, how many

24  times were you deposed?

25     A.     I deposed for each -- after each surgery, that

B. SINGH

                                                      Page 148

1   means for the last knee 2011 and then for the lower back in

2   2012 and then somewhere in 2014 for the right shoulder.

3       Q.      Have you ever testified in court?

4       A.      Excuse me?

5       Q.      Have you ever testified in court?

6       A.      No, not yet.

7       Q.      Okay.

8       A.      In that case.

9       Q.      Okay.  Other than the lawsuit for the 2010

10  accident and this lawsuit, have you brought any other

11  lawsuits?

12      A.      2010 and then for the left shoulder is 2017.

13  Other than this one, there's only two.

14      Q.      Okay.  Have you ever sued the City of New York

15  before?

16      A.      No, never.

17      Q.      Okay.  Mr. Singh, did you meet with your attorney

18  to prepare for this deposition?

19      A.      Did I meet my attorney?

20      Q.      Did you meet with your attorney to prepare for

21  this deposition?

22      A.      No, I -- I did not meet.

23              MR. COHEN:  We --

24      A.      I did not meet, but let me wait for the next

25  question or should I say that we talked on the phone --

B. SINGH

Page 149

```
 1      Q.      That's fine.

 2                   MR. COHEN:  We didn't meet in person.

 3      A.      Yeah, we didn't meet in person.

 4      Q.      That's fine.  How long did you speak on the

 5   phone?

 6      A.      The phone, I think we had a video conversation

 7   for roughly maybe 20, 25 minutes, could have been, maybe

 8   less than 30 minutes, yeah.

 9      Q.      Did you review any documents to prepare for your

10   deposition today?

11      A.      Did I review?

12      Q.      Any documents to prepare for your deposition

13   today?

14      A.      No, I -- I don't need to review anything.  I have

15   everything remember.

16      Q.      Did you watch any videos or look at any

17   photographs to prepare for your deposition today?

18      A.      Yes, I -- I -- I watch the video once.  That's

19   it.

20      Q.      Okay.  All right.  Mr. Singh, do you have any

21   social media accounts?

22      A.      Yes, I do have.

23      Q.      What platforms do you have accounts on?

24      A.      I have a Facebook.

25      Q.      What's your user name on Facebook?
```

B. SINGH

Page 150

1     A.     My user name?  I have to remember I think so my

2   user name?  Hello?

3               MR. COHEN:  What's your name on the Facebook

4          account?

5     A.     Balwinder Singh.

6     Q.     Do you have any other social media accounts?

7     A.     I -- I do have Instagram, but -- but hardly I

8   use.  I -- I don't use Instagram.

9     Q.     What's your user name on Instagram?

10    A.     It's like a letters -- I can provide you from --

11  from looking on the -- on the account.

12    Q.     Sure.  We'll leave a blank in the transcript.

13    A.     Yes.

14               INSERT:  _____.

15    Q.     Okay.  Mr. Singh, do you have an email address

16  that's spelled, B-L-O-E-B-A-V-Y-K-R-N-A?

17    A.     Yes, ma'am.  That's my email address.

18    Q.     That's your email address?

19    A.     Yes, ma'am.

20    Q.     Do you know someone by the name of Harpal Singh,

21  H-A-R-P-A-L?

22    A.     Yes.

23    Q.     Who is that?

24    A.     He's my father.

25    Q.     Okay.  Mr. Singh, have you ever been arrested

B. SINGH

                                                          Page 151

1    before?

2        A.    Yes, I have an incident in -- back in 2012 with

3    the -- with my brother with last name the same?

4        Q.    Have you ever been convicted of a crime?

5        A.    I -- I -- I might be back in 2002, but I -- I --

6    not any -- but not for any serious crime, just drinking on

7    the streets or things like that.

8        Q.    Mr. Singh, did you post anything on Facebook

9    about this incident?

10       A.    No, I did not.

11       Q.    Did you post anything on Instagram about this

12   incident?

13       A.    No, ma'am.

14       Q.    I'm just checking my notes.  I think I'm done.

15             Mr. Singh, on the date of this incident --

16       A.    Okay.  I'm just putting -- I'm charging one of my

17   ear buds.  Okay?

18       Q.    Okay.  Can you hear me?

19       A.    Yeah, I can hear you.

20       Q.    Okay.  On the date of this incident, you were

21   taking a number of prescription medications; is that right?

22       A.    I was taking -- yeah, I was taking the -- the

23   medications, yes.

24       Q.    Okay.  Were you prescribed Neurontin?

25       A.    Yes, I think I -- I -- I had been taking

B. SINGH

Page 152

1    Neurontin because of the low -- of the left -- the shoulder
2    and neck pain, yeah.
3        Q.    And you were taking a drug called Senakot?
4        A.    Senakot, yes, for constipation.
5        Q.    Okay.  You were taking Welbutrin?
6        A.    Yeah, that's for the -- for the mood, I think.
7        Q.    Okay.  And you were taking also a drug called
8    Ergocalciferol, E-R-G-O-C-A-L-C-I-F-E-R-O-L; is that right?
9        A.    Ergocalciferol, I don't -- I -- I -- it could be
10   another generic name of the medications probably.  I'll --
11   I'll check in my -- my prescriptions, yeah.
12       Q.    Well, do you recall taking at the time, any
13   supplements related to your liver condition?
14       A.    Any supplements?  I think by my liver after the
15   -- because I have a fatty liver thing, you know, on -- on
16   and off so I was put on vitamin E, like, once a day because
17   I'm not sure if I was taking at that time.  I still have
18   that bottles and sometimes I take it.
19       Q.    Okay.
20       A.    Sometimes I forget, so, but I -- I -- I have been
21   -- I had been taking that vitamin E on and off.
22       Q.    You were also prescribe Cerical at the time?
23       A.    Oh, yes.  Cerical 200, I think --
24       Q.    And were you taking, specifically, your
25   Welburtrin and Cerical as prescribed?

B. SINGH

Page 153

```
 1      A.      Yes, as prescribed.  Yes.
 2      Q.      Mr. Singh, at any point were you searched by the
 3   police officers?
 4      A.      At any point?  No, I -- I dressed up before them
 5   so.
 6      Q.      And other than the date of this incident, have
 7   you had any other contact with any of the three police
 8   officers who were there that day?
 9      A.      No, I -- after that, I never had any contact with
10   those police officers.
11      Q.      At any point, was your behavior towards you wife
12   that day aggressive?
13      A.      At any point?  There -- there was no aggressive,
14   but when I came home, as I previously described, because of
15   my injuries that -- here on -- on that day, the injuries
16   that I had from my 2010 accident and -- and I was pissed
17   off because I -- I feel like that I have to go again to the
18   same suffering and pain again so I was little pissed off
19   that's actually, you know, but I didn't do anything towards
20   her.
21      Q.      What about before the police officers arrived,
22   was your behavior towards your wife ever aggressive?
23      A.      No, my behavior -- my behavior was okay.
24      Q.      What about towards the EMTs; was your behavior
25   towards them ever aggressive?
```

B. SINGH

Page 154

1      A.    No, that's -- I think there was a little funny
2  behavior towards them not bad.
3      Q.    What about towards the police officers; was your
4  behavior towards them ever aggressive?
5      A.    No.
6      Q.    What about at the hospital; was your behavior
7  towards anyone at the hospital aggressive?
8      A.    I -- I -- I was a little pissed off again when
9  they handcuffed me and I was requesting them please let me
10 go to the bathroom.  Let me go to the bathroom.  If you
11 requesting -- you know, so that -- that means they were
12 treating me as a criminal.  That's why I -- I -- I might
13 behave a little aggressive in the hospital, yeah.
14     Q.    Did anyone explain to you why you were being
15 handcuffed in the hospital?
16     A.    Excuse me?
17     Q.    Did anyone explain to you why you were being
18 handcuffed in the hospital?
19     A.    No, they -- no one explained to me.  That's --
20 that's why it was hard for me to understood that's why I've
21 been being treated like that.
22     Q.    Mr. Singh, when you speak to your wife, do you
23 speak to her in English or another language?
24     A.    During the -- during -- before the -- before I
25 was taken to the hospital, right?

B. SINGH

Page 155

1      Q.      Just generally.  Generally, do you speak to your

2  wife in English or another language?

3      A.      Oh, generally, yes, I speak with my wife in

4  Punjabi language and in English as well.

5      Q.      Okay.  On the date of the incident while the

6  police were in your house, did you say anything to your

7  wife in Punjabi?

8      A.      Yes, I was talking to -- I was saying something

9  -- something in Punjabi, yes.

10     Q.      What did you say to her in Punjabi?

11     A.      Yes, what I was saying that -- the -- I called

12  her by her name, Bobbi, you -- you called up ambulance for

13  nothing.  You called the cops for nothing and -- because I

14  thought she called them so I'm talking about what I talk --

15  that she's not -- you're not -- you're not doing good to

16  me.  That's -- that's what I talk to her in Punjabi.

17     Q.      Did you say anything else to her?

18     A.      I -- I -- I -- I might have said it -- it's --

19  it's not -- it's not a good thing that you did to me, not

20  good.

21     Q.      When you said that, was it threatening in any

22  way?

23     A.      No, that's not a threat.

24     Q.      All right.  Mr. Singh, is there anything that

25  you've told me today that you would like to correct at this

B. SINGH

Page 156

```
1   point?
2      A.     Do I want to correct at any point?  I -- I think
3   I have to find in the -- it might me -- I have to memorize
4   again my memory so, right now -- right now -- I'm sorry.
5   Go ahead.
6      Q.     As far as you know, has everything you've told me
7   today been complete?
8      A.     Yeah, I think it's -- it is whatever I told you
9   complete.
10     Q.     All right.  We are done for the day.
11             MS. FADDIS:  Gerald, I don't have anything
12             else.  I don't know if you have anything.
13     A.     Yeah, I just want to tell you -- sorry.
14             MR. COHEN:  Go ahead.
15     A.     Sorry.  One second, yeah.
16             MR. COHEN:  Go ahead.
17     A.     Yeah, I kept myself away from -- because of the
18   current pandemic because of treatment, but I'm -- I'm going
19   to restart by this week again because I -- the pain in
20   bearable.
21             MR. COHEN:  Okay.
22     A.     Yeah, I care not to go to Manhattan, but I know I
23   have to go to -- because this is pain and --
24             MR. COHEN:  All right.  Mr. Singh, I think
25             we're good.  I don't need --
```

B. SINGH

```
                                                    Page 157

1              THE WITNESS:  Okay.

2              (Whereupon, at 4:02 P.M., the Examination of

3         this witness was concluded.)

4

5                   o            o            o            o

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

B. SINGH

Page 158

1                    D E C L A R A T I O N

2

3          I hereby certify that having been first duly

4     sworn to testify to the truth, I gave the above testimony.

5

6              I FURTHER CERTIFY that the foregoing transcript

7     is a true and correct transcript of the testimony given by

8     me at the time and place specified hereinbefore.

9

10

11

                              _____

12                              BALWINDER SINGH

13

14

15    Subscribed and sworn to before me

16    this _____ day of _____ 20____.

17

18

      _____

19      NOTARY PUBLIC

20

21

22

23

24

25

B. SINGH

```
                                                         Page 159
1                      E X H I B I T S

2

3    DEFENDANTS' EXHIBITS:

4

5    EXHIBIT       EXHIBIT

6    LETTER        DESCRIPTION                        PAGE

7    Exh E        PHOTOGRAPHS                        134

8

9                  (Exhibits retained by Counsel.)

10

11

12                       I N D E X

13

14   EXAMINATION BY                                  PAGE

15   MS. FADDIS                                       5

16

17   INFORMATION AND/OR DOCUMENTS                    PAGE

18   2006 Accident Records.                          16

19   Records from Dr. Lasalle.                       83

20   Instagram user name.                           150

21

22

23

24

25
```

B. SINGH

```
                                                              Page 160

 1                    C E R T I F I C A T E

 2

 3      STATE OF NEW YORK          )

                                   :  SS.:

 4      COUNTY OF WESTCHESTER      )

 5

 6             I, SANDRA TROIANI, a Notary Public for and

 7      within the State of New York, do hereby certify:

 8             That the witness whose examination is

 9      hereinbefore set forth was duly sworn and that such

10      examination is a true record of the testimony given by that

11      witness.

12             I further certify that I am not related to any

13      of the parties to this action by blood or by marriage and

14      that I am in no way interested in the outcome of this

15      matter.

16             IN WITNESS WHEREOF, I have hereunto set my hand

17      this 23rd day of October 2020.

18

19

20             _____

                         SANDRA TROIANI

21

22

23

24

25
```

```
                                                        Page 161
 1                          ERRATA SHEET
                     VERITEXT/NEW YORK REPORTING, LLC
 2
       CASE NAME: SINGH, BALWINDER v. City Of New York, Et Al.
 3     DATE OF DEPOSITION: 10/5/2020
       WITNESSES' NAME: Balwinder Singh
 4
 5     PAGE   LINE (S)        CHANGE              REASON
       ____|_____|_____|_____
 6
       ____|_____|_____|_____
 7
       ____|_____|_____|_____
 8
       ____|_____|_____|_____
 9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                    _____
                                      Balwinder Singh
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS ____ DAY OF _____, 20__.
23
24
       _____            _____
25     (NOTARY PUBLIC)                 MY COMMISSION EXPIRES:
```

**[& - 2:36]**                                                                 Page 1

| & | | | |
|---|---|---|---|
| **&**   2:3,13 3:13 | **150**   159:20 | **2008**   15:20 16:18 | 88:11 89:9 92:12 |
| **0** | **16**   21:23 61:6 | 31:18 94:21,21,23 | 93:6 94:23 96:19 |
| **06**   15:1 | 159:18 | **2010**   16:20,22,25 | 96:21 97:23 99:11 |
| **07**   15:1,21 | **17**   11:22,22 | 17:4,10,11,16 18:5 | 99:11 108:10 |
| **1** | **170**   61:6,7 | 18:6,9,25 82:11,16 | 109:20 110:10,24 |
| **1**   3:13 35:13,23 | **18**   11:22,23 99:17 | 84:17,22 89:3 | 114:22 117:18 |
| 98:22 135:6 143:4 | **1800**   2:4 | 91:2,6 106:1,18,21 | 141:20 146:10 |
| 143:7,22 | **184**   60:24,24 | 107:5,6,9,20 108:1 | 147:15 |
| **1,000**   30:8,9 | **19**   1:5 94:23 | 108:25 145:18 | **2019**   23:17 26:4,10 |
| **1,800**   30:5 | **190**   61:1 | 147:18,20,23 | 26:23,23 27:11,12 |
| **1-10**   1:7 | **1979**   10:10 | 148:9,12 153:16 | 94:25 95:1 99:19 |
| **10**   45:18 56:2 64:4 | **1990**   12:3 | **2011**   17:6,7,12,14 | 99:21,24 100:14 |
| 64:4,8 69:18 | **1997**   12:4,8 | 17:22 18:23 19:9 | 100:16,20 101:17 |
| 74:15,17,17 94:22 | **1999**   12:19,20 | 19:13,15 20:19 | 101:17,21,22 |
| 94:22,22 98:22 | **1:00**   35:14,18 | 21:20,23,25 148:1 | 102:2,12,15,17,22 |
| **10/5/2020**   161:3 | **1:30**   72:15 | **2012**   19:8,9,18 | 102:24 106:25 |
| **100**   2:9 | **1st**   23:17 26:4,10 | 21:6,10,14 44:22 | 107:13 147:22 |
| **10007**   2:9 | **2** | 148:2 151:2 | **2019-008905**   2:10 |
| **101**   96:12 | **2**   18:22,22 77:21 | **2013**   114:18 | **2020**   1:11 4:4 |
| **10279**   2:4 | 77:21 126:13 | **2014**   78:13 89:6,8 | 30:11 102:25 |
| **10:36**   1:12 4:5 | 136:3 | 90:11,12,15 91:9 | 103:1 105:7 106:9 |
| **11**   41:6 94:22 | **20**   45:18,18 74:16 | 107:25 108:3,6,6 | 160:17 |
| **11419**   1:17 4:16 | 79:12 141:4 149:7 | 148:2 | **20th**   114:18 |
| 96:13 | 158:16 161:22 | **2015**   87:14 90:18 | **21**   124:3,4,11 |
| **11449**   19:5 | **20-1932**   2:11 | 90:22 91:1,11 | 125:13 |
| **11605**   19:4 | **200**   11:18,19 | 107:8 109:2 | **22**   124:13,15 |
| **117-01**   96:12 | 152:23 | 147:21,23 | **233**   2:4 |
| **12:30**   35:13 | **2000**   12:19,20,23 | **2016**   21:23,25 | **23rd**   160:17 |
| **13**   29:17 | 12:24 13:4,9,12,15 | 22:13,16,17,22 | **24**   8:8,25 9:4 |
| **130-18**   1:16 4:15 | 23:16 27:23 | 23:5 91:21,22,22 | **24563**   160:19 |
| 6:25 28:24 | **2002**   151:5 | 91:24 92:1,6,8 | **25**   79:12,13 149:7 |
| **134**   159:7 | **2003**   13:10,12,16 | 95:10 108:9 | **28**   114:6,7,13,15 |
| **13th**   114:17 | 13:24 14:3,15 | **2017**   27:22 28:1,5 | 114:16 |
| **14**   113:3,4 114:10 | 37:10 | 28:8,20 85:1 | **28th**   24:5 30:19 |
| 114:12,17,21 | **2004**   11:7 13:17 | 145:22,24 146:5 | 110:10 114:22 |
| 115:6,7,15,20 | 14:1,19,21,25 | 148:12 | 117:18 140:13 |
| **1414**   20:25 | **2005**   15:1 | **2018**   23:16,19,21 | **2:00**   77:20,21,21 |
| **15**   45:17,17,18,18 | **2006**   16:8,21 31:3 | 24:5,13,16,24 26:3 | **2:13**   127:6 |
| 56:2 74:16 111:2 | 84:10 159:18 | 27:17 28:2,18 | **2:30**   78:25 79:1 |
| | **2007**   15:3,4,7,11 | 30:12,19 45:9 | **2:36**   127:8 |
| | 16:18 | 60:25 85:11,16 | |

[2:39 - allow]                                                                                     Page 2

| | | | |
|---|---|---|---|
| **2:39** 127:18 | **5'3** 61:3,4 | **950196** 1:6 | **accurately** 8:1,19 |
| **2:51** 127:12 | **5'7** 60:22 | **a** | **ache** 78:11 85:14 |
| **2:52** 128:2 | **53** 120:23 | **a.m.** 1:12 4:5 35:1 | **acid** 45:11 |
| **2:55** 128:9 | **55** 80:20 | 35:21,23,23 55:10 | **acting** 58:25 |
| **2nd** 97:3,10,12 | **5:06** 131:13 132:6 | 143:4,5,7,7,22 | **action** 1:4 98:23 |
| **3** | 132:8 | **ability** 8:18 | 99:4,7,9 160:13 |
| **3** 136:24 | **5:24** 132:8,14 | **able** 6:14,19 19:19 | **actions** 98:16 |
| **30** 3:12 149:8 | **5:32** 132:17 133:7 | 19:19,23 20:4,6,14 | **activities** 100:12 |
| **31** 23:16 | **5:45** 55:9 | 21:4,13 25:14,16 | **activity** 50:21 |
| **31st** 24:13,15,23 | **5:47** 133:9 | 76:8,9,13,15 90:16 | **additional** 82:22 |
| 26:3 | **5th** 85:11 92:14 | **abrasion** 140:8 | 83:7 101:5 |
| **32** 27:23 125:17 | 96:21,25 97:8,16 | **absolutely** 71:22 | **address** 150:15,17 |
| 126:14 | 97:23 138:7 | **accept** 98:12,15 | 150:18 |
| **32,000** 27:24 | 140:14 141:20,23 | **access** 112:6 | **administer** 3:9 |
| **33,000** 27:19 | 142:16,16 146:9 | **accident** 15:8,12 | **affect** 8:18,20 |
| **35** 125:14 | **6** | 16:8,8,21 17:9,11 | 77:19 |
| **37** 125:8 | **6** 34:25 35:1,1,1,21 | 17:16 18:5,25 | **afternoon** 77:18 |
| **3900** 10:17 | 35:21,23 55:10 | 27:25 28:5,7,10,15 | **aggressive** 45:22 |
| **3:00** 78:25 79:1 | 138:4,13 143:4,7 | 28:16 82:11,16 | 45:23 153:12,13 |
| **3:24** 128:11,20 | **6,000** 27:13 | 84:10,13,15,16,20 | 153:22,25 154:4,7 |
| **3rd** 92:12,13,13,14 | **6.0** 95:7 | 84:22 85:1,10,13 | 154:13 |
| 92:14,18 93:4,6 | **60/70** 23:11 | 85:17 86:23,24 | **ago** 44:22 54:25 |
| 96:19 | **632** 1:5 | 87:1,2,4,5,8,10,16 | 71:14 104:2,3,5 |
| **4** | **6:20** 38:20 | 87:21,23 88:1,4,8 | **agree** 43:12 51:2,9 |
| **4** 137:14,23 141:7 | **6:30** 38:20 | 88:11,12 89:3 | 51:10,22 57:18 |
| **41** 126:1,11 | **7** | 91:3,6 106:1,19 | **agreed** 3:4,15 |
| **45** 54:25 | **7** 141:2,9 | 107:7,9 108:1,25 | 51:18,19,22,23 |
| **4:00** 141:4 | **700** 30:8 | 142:17 145:19,24 | 52:1,2 56:7 |
| **4:02** 128:22 | **8** | 146:5,10 147:18 | **agreeing** 59:10 |
| 129:13 157:2 | **8** 116:20,20 141:13 | 147:21 148:10 | **ahead** 8:13 124:1 |
| **4:10** 129:15,24 | 141:22 | 153:16 159:18 | 147:11 156:5,14 |
| **4:31** 130:1,14 | **8,000** 27:13 | **accidentally** 114:4 | 156:16 |
| **4:44** 131:8 | **83** 159:19 | 114:20 115:3,8 | **al** 161:2 |
| **4:49** 130:16 | **85** 60:24,24 | **accidently** 32:11 | **alcohol** 44:24 |
| **4:50** 131:11 | **9** | 32:12,14 33:6 | **alcoholic** 9:4 |
| **5** | **9** 141:16,21,25 | **accidents** 85:8,9 | 13:13 36:10 44:23 |
| **5** 1:11 4:4 137:22 | **9,000** 27:14 | **account** 150:4,11 | 45:1 |
| 137:22 159:15 | **911** 37:12,21 38:17 | **accounts** 24:7 | **alcoholism** 13:22 |
| **5'2** 61:3,3 | | 149:21,23 150:6 | **allergy** 8:10 |
| | | **accurate** 9:7 27:8 | **allow** 128:8 |
| | | 27:9 | |

Case 1:19-cv-00632-EK-ST   Document 48-6   Filed 11/29/21   Page 164 of 191 PageID #: 561

[altima - back] Page 3

altima  87:14
amandeep  30:23
ambulance  36:18
   37:7,16 38:18
   64:7 66:11 72:6,9
   72:21,24 73:1,3,6
   134:5 155:12
amdo  19:3,17,22
   20:15 21:9,13,17
   90:4 98:10
angle  62:20
angles  62:25
angry  43:14,19
   51:19,20
animal  70:10
annual  27:21
answer  5:2,18,25
   6:9 12:15 16:3
   63:14 115:2
anticipating  82:25
anybody  27:1,3
   128:8 144:25
anymore  37:15
   60:19 101:18
   116:22 145:25
apartment  7:5
   29:3,8,24 30:2,3
   30:13,20 38:12,23
   38:25 41:12 49:10
   49:15,18 54:11,14
   54:18 56:17 57:1
   57:25 58:8 69:13
   69:15 70:6,17,21
   71:6 109:6,10,24
   110:9 117:10,14
   118:6,12 119:13
   119:14 121:17
   122:12 127:10
   132:18 134:12,15
   134:18 143:1,12
   144:4

apartments  29:5,6
   29:6
apologize  121:24
appear  122:10
   124:17 133:12
appeared  97:12
appears  97:18
   124:18 138:13
application  25:19
applications  26:14
   27:5
appointment
   92:16,20,21,22,23
   93:1 147:4
approaching
   72:20
approximately  4:5
april  22:15,17,22
   28:7 96:5,9
area  137:7
ariana  11:15
arm  63:19 65:4
   66:20 68:18,19,20
   68:21 103:16,16
   104:9 105:12
arms  52:24,25
   62:13,17 68:10,15
   68:21,24
arranged  90:23
arrested  150:25
arrive  12:7 38:15
   46:6 54:19 56:16
   135:13
arrived  11:24
   37:24 38:4,22
   40:10 46:8,11
   47:6,9 56:20,20,21
   56:23,24 57:2
   60:17,18 79:7,10
   87:3 153:21

arriving  79:13
arrow  123:1 139:1
arthroscopic  89:5
asked  12:6 18:2
   39:15 40:15,19,23
   41:7 48:13 50:12
   50:15 51:14 52:8
   52:9 56:10 77:2
   81:2,4 113:21
asking  7:17,17,19
   16:2 50:4,13
   64:21 70:19 88:20
   114:19 115:1
   133:18
asleep  76:25
assault  98:14,14
   147:6
assaulted  117:25
associated  94:5
   122:19
assume  6:1
atlantic  1:16 4:15
   6:25 28:24 33:9
attached  80:5
   112:2
attaching  80:4
attend  89:22,23,25
   90:14
attention  81:22
   121:19
attorney  2:13 4:17
   6:7,13 106:11
   148:17,19,20
attorneys  2:3,8
   106:6
audio  116:4,10,10
   116:11
audios  116:12
august  19:8,9,18
   20:9 21:6,10,14
   26:2 99:21,24

101:17,21 102:2
   102:12,15
aunt  143:19,19
authorization
   83:24
authorized  3:8
auto  15:8
automatically
   113:4
avenue  1:16 4:15
   6:25 19:4 20:25
   28:24 33:9 96:2
   96:13
awake  34:2,3 39:5
   39:9,11 40:24,25
   41:1,3
aware  78:15,17
   112:14

b

b  4:1 9:15 10:1
   93:21,23 150:16
   150:16 159:1
back  15:10 16:18
   17:17 18:1 19:12
   20:21,22,22,23
   21:15,16,16 22:13
   22:17,18 24:21,24
   26:7 31:14,18,18
   37:19 40:9 44:20
   44:20,21,21,22
   52:24,25 61:10,25
   62:8,9,11 63:15
   64:17 65:18,21,21
   67:19 68:1 69:12
   73:3,6
   77:11,16 78:8,9
   80:10 81:13,17
   82:1,2,6,8,10,12
   82:14,15,18,19,20
   82:22 83:1,4,7,9
   83:25 84:12,14,19

[back - called]                                                              Page 4

85:5,11 86:3,3
88:16,22,23,24
89:1 92:11 93:7
95:10 97:6 98:17
101:4 102:10
106:19,24 112:10
113:13 116:7
124:6,8 125:11
127:16 129:15
132:10,15,18
133:10 141:22
147:6,20 148:1
151:2,5
**background**
127:20
**backing**  96:18
**backward**  112:11
**bad**  42:9 44:2
154:2
**balwinder**  1:2,15
4:6,13 9:14 150:5
158:12 161:2,3,21
**bar**  32:5
**bathroom**  40:4
79:19,22,24
154:10,10
**bear**  134:22
**bearable**  28:18
46:14 156:20
**bed**  74:12,14,23
75:2 79:4,6 80:1,2
80:4,6 100:19,25
101:7,13
**bedroom**  40:16,21
40:22
**beer**  34:13,16,17
34:20 36:4,9,9
37:5,6 42:21
55:23 56:5 143:9
**beers**  31:12,14,15
31:21 34:5,8,9,10

34:18 35:3,4,24
41:22 55:24 56:8
56:15 57:16 143:6
143:8,25
**beginning**  15:20
67:11,12 82:17
**begins**  134:14
**behave**  154:13
**behavior**  46:14
153:11,22,23,23
153:24 154:2,4,6
**belly**  62:9
**belongs**  93:12
**belt**  62:1,2
**benefit**  25:16
**benefits**  22:4,7
**best**  100:16
**better**  93:14 101:2
107:15,20 108:4
108:25 147:8
**beverages**  9:4
**big**  46:9 52:19
53:13,24 66:16,17
130:12 135:3
**bigger**  120:14
**birth**  10:8,10,18
10:19,21
**bit**  28:13 44:1
91:12,13,16 93:8
95:6 105:22
120:13 123:2
127:3 136:18
**bittu**  10:1
**black**  14:6 47:15
48:8 49:3 120:25
121:14 127:22
**blackout**  64:3,5,8
65:16 69:17
**blank**  150:12
**bleeding**  142:12

**block**  108:10,13
**blonde**  127:3
**blood**  95:5 142:20
160:13
**bobbi**  59:17
155:12
**body**  62:14,17,22
62:24 63:1,2,9
65:6 78:11,11
85:14 133:4
**book**  143:14
**borderline**  95:7
**bother**  133:18
**bottles**  152:18
**bought**  31:14 34:8
34:10 109:22
**box**  123:4
**break**  6:6,9 57:20
57:24 72:13,13
141:4
**breaking**  64:1
**briefly**  69:12
**bring**  31:22 53:9
75:9
**bringing**  53:2
**bro**  55:21
**broadway**  2:4
**broke**  72:19
**broken**  63:23,24
**bronx**  12:4,10
**brooklyn**  20:24
21:1
**brother**  54:13,14
54:18,21,22 55:13
55:18,21 56:4,16
57:1,5,7,9,13,25
58:3,8 60:3,13
74:20 121:10,11
126:2,5 127:13,19
128:3 133:9 151:3

**brother's**  54:15
**brought**  4:20 31:8
52:15 62:8 70:9
147:6 148:10
**bruise**  135:16
136:18 138:14,19
139:8,16 140:8,12
142:9,10,12,14
**bruises**  135:19
136:1,13 137:8,19
137:25 140:21
142:18,20
**bucani**  87:23 88:6
88:7,12
**buds**  151:17
**building**  71:25
72:3 94:10,15
110:1
**business**  60:9

**c**

**c**  2:1 152:8,8 158:1
160:1,1
**cab**  12:18,21 14:6
14:8,8,21,25 15:2
15:6 17:1,4
**calendar**  106:10
**california**  33:22
**call**  10:5 16:14
27:2,4 33:13
36:17,18 37:7,16
38:2,2 40:10 42:3
46:16 47:1,3
48:15 54:22,23
55:15,18 81:3,4,5
81:6 142:17,21
**called**  4:1 31:20
37:21 38:17,19,20
41:1,2 42:2,2,12
46:22,22 48:5
54:21 55:5,12,19
55:25 56:4,22

[called - complaining]                                                                 Page 5

81:3,8 118:12
152:3,7 155:11,12
155:13,14
**calling**  37:12
59:17
**calls**  9:24 96:8
**camera**  109:9,20
109:21 110:1,2,13
122:17,23,24
123:6,7,11,19
**cameras**  109:12
109:14,14,15,17
110:8,16,18 111:9
111:13 122:2,6
**cans**  34:12
**capacity**  1:6,7
**car**  14:6 15:12
18:25 27:25 28:5
28:9,15 62:1
82:16 84:10,13,16
84:20,25 85:9,13
85:16,21,23,25
86:4,7,7,9,14,15
86:18,20 87:13,21
89:3 91:2 106:1
106:18 108:25
110:3 146:18
147:18
**card**  26:14
**cardiologist**  95:8
95:15
**care**  78:5 94:14,20
95:11,18 96:3,4,7
156:22
**carpet**  144:5,6
**cars**  109:23,25
**case**  4:19 5:11
6:20 98:14,14
106:10,11,24
107:7 146:14
147:1,6 148:8

161:2
**cause**  114:1
**caused**  40:1 85:5
**causes**  103:5
**causing**  98:5
**ceiling**  122:12
**center**  111:5
120:23 123:1,2,4
**cerical**  152:22,23
152:25
**certification**  3:6
**certify**  158:3,6
160:7,12
**chair**  49:21
**change**  95:17
100:10 161:5
**changed**  96:9
100:11 142:13
**changes**  6:17,19
**channels**  121:25
122:7,7
**charging**  151:16
**check**  13:19 15:21
24:2 44:15 54:23
84:1,4 88:10
152:11
**checking**  151:14
**cheema**  1:6 4:19
50:2,8 53:24
60:11 61:11,20
67:2,5 70:20
121:3,5,7,13
124:14,22 126:2
130:5 131:14,24
132:9 142:23
**cheema's**  123:3
**chest**  53:12,12,17
54:4 61:11
**child**  29:14 127:8
**childhood**  135:20
135:21 139:19

**children**  29:14,15
29:21
**church**  2:9
**circle**  123:22
139:2,5,22,24
**circles**  26:14 27:4
**circumstances**
85:16
**city**  1:6 2:8 4:18
4:18 11:15 12:12
148:14 161:2
**civil**  1:4
**claim**  47:24 87:18
91:2 107:9 145:23
**claimed**  83:15
**claiming**  106:19
106:22 107:1,7
145:19 146:13,25
**claims**  87:15
**clarify**  35:5
**claritin**  8:9
**clear**  13:21 70:19
90:6 97:11 115:14
**clearance**  95:4
**clearly**  108:23
**clips**  117:1,21
**close**  54:1 80:20
126:21
**closed**  7:2
**closer**  124:14
**closest**  21:17 54:6
93:15
**clothes**  125:22,23
126:14,16 128:12
**cohen**  2:3,5,13
35:5 57:21 63:12
72:15 83:17,19,23
84:3,8 90:6 96:20
97:2,11,16 107:13
108:5,13,18,22
115:14,19,22

118:20,24 119:4,6
119:15,18 140:23
141:3 148:23
149:2 150:3
156:14,16,21,24
**cold**  82:18 126:17
**collect**  22:7,11
**collecting**  22:3,5
**color**  142:5,7,13
**come**  14:17 34:22
38:18,22 39:16,25
46:17,20 55:24
56:4,7,14,18 68:2
69:13 80:22 90:21
104:15 112:18
118:12 125:9,19
133:10 134:4
**comes**  80:16
104:17,17 111:12
112:19
**coming**  11:13 34:7
52:13 57:25 85:19
86:4,6,16,17,18
117:10 118:2
142:25
**comment**  6:19
**commission**
161:25
**comp**  90:24,24
102:7 107:9
145:21,22,23
**compensation**
22:6 87:15 91:2
**complain**  88:4
101:1 109:25
144:24,25 147:3
**complained**  78:10
144:23 145:2
**complaining**
144:10 147:2

[complaint - days]                                                                                   Page 6

| | | | **d** |
|---|---|---|---|
| **complaint**  78:4 | **contact**  62:22 | **cornoa**  96:5 | **d**  3:1 4:1 9:15 |
| 144:19 147:8 | 153:7,9 | **corona**  83:3 88:19 | 30:23 54:16 93:21 |
| **complaints**  89:14 | **contacted**  62:24 | 103:4 | 93:23 158:1 |
| **complete**  9:16,18 | **containing**  135:7 | **corporation**  2:7 | 159:12 |
| 10:7,14 101:7 | **continually**  13:7 | **correct**  6:5,14 | **dalboe**  93:21 |
| 103:2 156:7,9 | 17:20,23 20:8,8,9 | 8:15 92:16 97:22 | **dalibov**  93:18,19 |
| **completed**  11:3,4 | 20:10 23:13 28:17 | 119:15 134:16 | 93:19,20,23 94:1,2 |
| 11:9 | **continue**  14:24 | 146:3,5 155:25 | 94:3,18,20 95:11 |
| **completely**  100:16 | 17:3,18 23:12,14 | 156:2 158:7 | 95:13 |
| 145:15 | 23:15 28:21,23 | **correction**  119:11 | **dance**  46:5,5 |
| **completing**  75:8 | 106:23 | **counsel**  2:7 3:5,13 | **dancing**  46:4 |
| **complicate**  112:17 | **continued**  15:1 | 108:11 135:8 | **dark**  120:25 123:4 |
| **complicated** | 17:12 20:7 91:10 | 159:9 | **date**  1:11 10:7,10 |
| 113:20 | 108:8 143:10 | **county**  160:4 | 10:18,19,21 19:7 |
| **complication** | **continuing**  20:19 | **couple**  34:5 | 19:14 23:20,24 |
| 12:14 | 26:24 | 107:16 109:4 | 24:3,4 25:3 26:25 |
| **concerned**  37:8 | **control**  2:11 | 134:21 | 92:10 96:20,21,22 |
| 42:15,24 43:1 | **conversation** | **course**  102:18,21 | 110:13 115:10 |
| **concluded**  157:3 | 38:11 41:16,17,18 | 103:2 106:7 | 117:1 135:14 |
| **condition**  7:25 8:5 | 41:19,20,24 47:17 | **court**  1:1,16 3:10 | 151:15,20 153:6 |
| 42:16,24 43:2 | 47:18 49:10,12,14 | 4:7 5:4,15 106:12 | 155:5 161:3 |
| 44:18,25 45:4 | 49:23 50:2,8,23 | 148:3,5 | **day**  7:18 23:10 |
| 88:15 152:13 | 58:5 59:13,15 | **courtroom**  5:11 | 26:18 30:17 40:6 |
| **conduct**  4:8 | 60:3,4,13,15,16,19 | **cousin**  30:14,16,18 | 40:14,14 76:21 |
| **connect**  111:10 | 73:5 76:14,15,16 | **covered**  25:8,9 | 77:7,18 78:16 |
| **connected**  111:18 | 80:13,23,24,25 | 98:13 115:10 | 81:21 87:9 95:12 |
| 111:24 122:2,6,12 | 81:2 124:21 | **covering**  145:19 | 95:15,16 110:6 |
| 122:15,16,16,21 | 127:13 130:12 | **crime**  151:4,6 | 114:10,12 115:7 |
| **connection**  28:14 | 149:6 | **criminal**  50:21 | 140:13 141:20,22 |
| 87:16,21 91:1 | **conversations** | 154:12 | 141:24,24 142:17 |
| 107:8 | 106:15 | **cuff**  89:6 92:2,7 | 143:1 152:16 |
| **conscious**  64:8,10 | **convicted**  151:4 | **cuffs**  144:22 | 153:8,12,15 |
| 64:10 66:3 71:17 | **copays**  146:23 | **cup**  131:18 | 156:10 158:16 |
| 71:20 72:5 | **cops**  46:22 47:2,3 | **current**  31:4 | 160:17 161:22 |
| **consist**  13:18 | 47:5 57:16 61:25 | 156:18 | **days**  3:12 22:19,20 |
| **consistent**  100:10 | 68:5 73:18 81:3,4 | **currently**  29:8,24 | 22:25 40:4 98:9 |
| **constipation**  152:4 | 81:4,5,6 117:25 | 29:25 30:4,5,5 | 104:13,13 111:2 |
| **consumed**  34:20 | 155:13 | 83:8 104:10,12 | 113:3,4 114:17,21 |
| 36:3 45:6 | **copy**  3:10,13 6:13 | **cut**  103:3,5 140:8 | 115:6,7,15,20 |
| **consuming**  143:9 | **corner**  50:4 96:2 | **cv**  1:5 | 144:16 |
| 143:10 | | | |

Case 1:19-cv-00632-EK-ST   Document 48-6   Filed 11/29/21   Page 168 of 191 PageID #: 565

[dead - driving] Page 7

**dead** 120:23
**december** 23:16
23:16,16 24:13,15
24:23 26:2 91:22
**decide** 88:5 98:6
100:6
**decided** 25:20
58:16 98:15
**decrease** 145:13
**decreased** 26:2
**decreasing** 28:3
**defendant** 1:15
**defendants** 1:8 2:8
119:20 134:24
159:3
**delete** 113:5 115:7
**deleted** 113:8,11
113:14,23,24
114:1,4,10,18,21
114:25 115:4,8,8
115:10
**delhi** 11:17,19
**department** 2:8
4:18 92:23
**deposed** 147:24,25
**deposition** 3:6,7
3:11 4:23 6:4,12
6:18 106:24 107:4
120:8 147:18
148:18,21 149:10
149:12,17 161:3
**depositions** 147:19
147:20,23
**depressed** 147:4
**describe** 48:22
49:1 61:14 64:21
88:20 98:19
103:11,13
**described** 70:5
71:9 77:17 95:9
126:4 153:14

**describing** 38:11
52:23 68:20
115:11
**description** 159:6
**determined** 100:3
**device** 111:10,12
111:17 114:8,21
115:4 120:19
122:6,8,19
**diabetic** 95:6
**diagonally** 62:10
**different** 7:13 13:1
18:10,10,11,11
30:8 73:23 114:23
139:12,21
**difficult** 8:1
**digits** 10:16
**diploma** 11:4
**direct** 121:19
**direction** 63:6
**directly** 121:6
123:3
**disability** 22:8
**discectomy** 21:16
**discharged** 135:13
**disconnected**
122:17,18
**discuss** 85:4
**discussed** 106:6
144:8 145:4
**disfunction** 147:13
**district** 1:1,1
**doctor** 20:2,22,23
37:17 78:5,18
83:6,8 88:14
90:16,23 93:17
94:3,4,19,20 95:11
95:15,23,23 96:9
100:25 101:8,12
101:14 107:8

**doctor's** 93:24
95:19
**doctors** 18:2,12
88:19 93:12 101:2
146:16
**documentations**
88:10
**documents** 16:2
23:22 77:23 87:6
149:9,12 159:17
**doe** 1:7
**doing** 6:22 8:21
14:4,21 16:23
17:1 26:21 27:7
31:16 41:8,23
42:9 43:15,15,16
46:13,15 50:20,21
50:22 56:10,12
75:10,19 79:20
103:23,24 105:15
105:15,15,21
112:11 132:21
143:4,8,15 155:15
**door** 39:3,4,4,9,17
40:11,12,16,20,23
41:8 53:20,23
70:16 109:18
123:12,24,25
130:2 131:25
132:4,19 133:4,20
133:24
**doors** 123:13
**dosage** 8:15
**double** 30:23 84:4
**downstairs** 39:3
41:10 56:19 66:2
66:10,21 67:11
134:4,7
**dr** 20:2,4,12,13,17
20:18,24 83:11
87:23 88:5,7,11

90:17,18,19,21
91:1,5,10,14,20
93:18,21,23 94:1,3
94:18,20 95:5,11
95:13,18,21,21
96:9,9,11,11 99:25
100:6 105:19
108:8 159:19
**drank** 36:9
**dress** 126:8
**dressed** 52:4,5,8
58:20,22 59:14
60:2,14 126:7
153:4
**drew** 123:22 139:2
**drink** 31:19 36:9
37:15 55:8,22
56:9 57:16 59:1,4
129:8 130:25
131:9
**drinking** 13:16
31:15,18,20 34:13
34:21 35:25 36:14
37:11 42:22 51:15
55:8,16,21 56:14
71:21 143:6,7
151:6
**drive** 12:18 25:21
25:24 34:16 62:1
91:18 100:17
111:14,16,18
146:18
**driver** 113:19
**driver's** 4:7
**driveway** 109:22
112:10
**driving** 12:11,20
12:24 14:5,6,9,14
14:15,21,24 15:1,2
15:6 16:23 17:1,3
17:19 22:23 23:5

**[driving - faddis]**                                                                 Page 8

23:7,8,9,9,10,12
23:13,14,15,18
24:4,6,10,12,15,23
25:3 26:7 27:18
86:15 87:7,13,14
100:13,14 103:23
105:22 109:23
**drug**  152:3,7
**drugs**  8:7
**drunk**  36:8,16,22
41:21 42:3,9,14
46:13 47:22 48:3
70:12
**due**  83:3 84:15
88:19 89:12
**duly**  4:2 158:3
160:9

**e**

**e**  2:1,1,7 3:1,1 4:1
8:14,14 9:15
30:23 54:16 93:21
95:20,20 134:24
150:16 152:8,8,16
152:21 158:1
159:1,7,12 160:1,1
**ear**  151:17
**earlier**  43:7 58:10
84:9 120:2 126:4
131:16 144:1
146:1,4
**earn**  27:6
**eastern**  1:1
**education**  11:2,9
11:11
**effect**  3:9,11 89:12
**eight**  23:10 27:12
89:21 90:13 98:24
121:24 122:7
**either**  15:4,20 24:6
32:18 40:3 49:5,5
55:14,15 66:16,22

66:22,23 67:1,10
69:1
**eldest**  29:17 39:2,5
**email**  150:15,17
150:18
**emergency**  36:18
73:18,20 74:11
75:12 92:17,25
93:3,5 97:19 98:4
145:2
**employed**  11:24
13:5
**employment**  16:10
16:12
**ems**  118:5
**emt**  31:20 37:24
38:2,20 39:24
40:10 42:3 46:24
54:25 56:19,20,21
56:22,23,24 60:17
73:5
**emts**  38:4,12,14,17
38:22 41:11,14
43:1,13,20 44:3,13
45:15,25 46:16,19
54:3,5 57:2,5,7,10
57:13,16 60:15,19
73:2 81:3 117:10
118:9,22 119:1,7,9
119:13 127:4
134:1,19 153:24
**emu**  96:1,1
**encountered**  17:9
**english**  154:23
155:2,4
**entail**  80:25
**enter**  80:17 134:12
**entered**  86:7
134:17
**entire**  5:17 115:4
118:5,7

**erectile**  147:13
**ergocalciferol**
152:8,9
**errata**  161:1
**errors**  6:14
**especially**  105:19
**esq**  2:5,7,10
**essentially**  141:9
**et**  161:2
**evaluation**  20:4
**eventually**  25:5
**everybody**  34:4
59:5,6
**everyday**  13:20
**everything's**  88:13
**exact**  23:20 24:3
26:22 32:17 77:21
79:5 91:23 144:2
**exactly**  15:25 24:9
64:7 72:4 93:2
**examination**  1:14
4:9,10 157:2
159:14 160:8,10
**examined**  4:3
87:24
**example**  22:8
**exchange**  130:8
**excuse**  33:2 38:16
40:18 57:6 73:14
85:22 86:25
111:23 129:20
134:13 136:10
138:18 146:2
148:4 154:16
**exh**  159:7
**exhibit**  119:20
134:24 159:5,5
**exhibits**  159:3,9
**exited**  58:8
**expenditures**  25:9

**expenses**  146:19
**experience**  68:23
82:8 104:18
**experienced**  82:2
82:6 84:12,14,19
85:5 93:10
**experiencing**
77:15 91:10 103:7
103:17 104:10,12
105:9 107:10
**expire**  25:9,11
**expires**  161:25
**explain**  140:11
147:4 154:14,17
**explained**  154:19
**explaining**  41:21
96:25
**expressway**  94:10
**extent**  16:13 83:14
**extra**  6:23 56:14
**eye**  63:25 137:6
138:23 140:17
**eyeglasses**  63:23
63:23,24 129:22
129:23

**f**

**f**  3:1 152:8 160:1
**face**  136:4 137:3
137:17 141:11,17
142:5
**facebook**  149:24
149:25 150:3
151:8
**facility**  94:15,16
**facing**  109:18
**faddis**  2:10 4:4,11
4:17 16:13 35:9
57:19,22 72:12
83:12,18,25 84:5
90:9 96:22 97:7
97:15,21 107:16

[faddis - full]                                                                    Page 9

108:11,16,20
118:19,23 119:2,5
119:10,16,19
140:25 141:6
156:11 159:15
**fail**  8:22
**fair**  6:2 35:14,24
42:7 107:22 108:4
128:13 129:9,19
132:10 141:17
**fall**  76:25
**fallen**  66:21,23
143:1
**families**  109:24
**family**  30:19
**far**  11:17 33:8
34:17 113:10
115:6 121:20
156:6
**father**  12:16 14:12
30:15,15,18
150:24
**father's**  12:16
14:9,11,23
**fatty**  152:15
**fault**  87:18
**february**  23:21
24:5 26:23 30:12
30:19 60:25
102:25 103:1
110:10,24 114:6,7
114:13,15,16,22
117:18 140:13
**feel**  36:24 41:10
61:22 63:20 64:2
64:11,15 65:14
66:1,8 71:18
104:6 108:25
153:17
**feeling**  69:6 70:15
71:15 77:10 98:21

101:3,4 103:19
104:7 105:14
107:20
**feels**  91:18
**fell**  67:19
**felt**  63:22 64:3,13
64:22 65:9,9,18,20
65:22 66:4 68:25
68:25 69:8 98:19
**female**  49:3,9 94:3
95:23,24,24 130:1
**file**  2:10 16:6
47:23 87:15,18
**filed**  86:23 87:1
**filing**  3:6
**fill**  26:13 27:4
**financial**  145:8,11
145:17 146:14,15
**find**  34:22 156:3
**fine**  8:21 36:16
37:10,16 44:16
47:2,3 51:15,17
57:22 59:25 71:22
75:25 77:22 78:20
119:11 129:12
133:19 149:1,4
**finger**  128:19
131:4
**finish**  55:3
**finished**  92:25
**first**  4:2 5:1 9:14
11:24 12:1 18:16
29:7 30:23 33:12
39:19 46:12 54:16
61:15 63:9,18
66:22 67:9 75:12
75:14 81:2 82:21
90:7 93:20,24
95:20 98:18,22
100:8 136:11
142:15,15 158:3

**fitch**  2:3,13
**five**  50:25 55:6,7
55:15,15 56:24
57:19 58:10 60:5
61:18 75:1,1 79:3
79:5 82:12 84:23
102:23 120:22
144:16
**flash**  113:19
**floor**  29:1,3,5,6,6
29:7 66:22,22,23
67:9,9,10,12,12,13
142:22
**floors**  144:4
**focus**  21:2
**focusing**  82:14
**folder**  98:4
**follow**  16:16 84:2
84:7 112:20
**followed**  134:1
**following**  84:12,19
84:22 108:3
139:20
**follows**  4:3
**foot**  63:16,17
**footage**  117:17
**force**  3:11 70:8
71:11
**forcefully**  52:19
**foregoing**  158:6
**forehead**  77:25
78:1 135:17,19,25
136:8,12 138:14
138:22 139:7,9,18
142:4,6,7
**forest**  18:16
**forget**  152:20
**form**  3:16 33:19
45:3
**format**  113:24,25
114:10

**formatted**  114:20
115:3
**forth**  160:9
**forward**  112:11
132:1,5
**found**  36:1,5,13
38:14 39:5,10,12
39:19 55:4,7,9,16
55:20 87:24 88:3
88:3 95:6,8,16
98:3
**foundation**  107:17
**four**  10:15 22:25
29:18,19 35:3,4,24
102:4,8,8 143:8,9
144:16
**fourth**  34:20
**fracture**  98:3
**frame**  129:16
**frequently**  102:1
**friend**  26:13,14
27:4 31:11 32:2,3
32:9,21,24 33:1,4
33:7,15 34:15
113:23 144:1
**friend's**  33:10
**friends**  133:16
**front**  37:23 38:21
39:4,17 40:11,15
40:20 49:21 53:9
53:17 62:13 64:17
64:23 65:5,6,9
70:16 72:7 86:2
86:11 109:18
119:25 120:10
127:23 130:2
132:19 133:23
**fuchs**  2:13
**full**  9:7,13 10:10
10:17 12:21 14:18
14:20 17:1,19

[full - handcuffs]                                                      Page 10

| | | | |
|---|---|---|---|
| 22:18,19,20 23:5 26:16,19,19,20 45:2 63:11 **fully** 8:2,19 **function** 45:5,10 45:12 **funny** 45:22,23,23 45:24,24,24 59:11 59:11 154:1 **further** 3:15 78:3 158:6 160:12 | **glass** 52:8,9,16,18 131:22 **glasses** 64:1 120:24 **go** 4:23 5:11 8:13 13:20 18:10,20,24 19:6,10 21:17 22:18,24 25:14 32:16,20 36:19,20 36:23,24 37:3,6,17 37:17 38:1,2,5,7,8 39:15 40:3,5,9,12 40:19 41:3,10 42:5,12,19 43:8,11 43:17 44:14 48:1 48:11,17 51:2,9,11 51:14,16,17,18,19 51:22,23 52:1,2 57:14,17,18 58:4,8 58:12,17 59:25 60:9 66:24 72:8 74:18,20 77:23 78:2,20,24 79:19 79:22,22,23 80:9 83:25 87:10,11 93:5,9 98:15,25 104:15,21,21,22 106:14 112:5 124:1,6,8 125:11 127:16 128:7 137:22 141:22 144:15 146:16 147:11 153:17 154:10,10 156:5 156:14,16,22,23 **goes** 4:25 6:20 40:5 45:7 62:2 104:17,18 105:20 144:14 **going** 5:17,25 6:12 10:8,14,15 19:12 | 19:17,21,22,25 20:6,7,9,10,10,11 20:13,14,20 21:9 25:4,5,9,11 37:5 37:15 38:7 42:6 46:25 47:22,23 48:9,11,16 52:14 56:10 58:17 59:9 61:10,24 66:13 67:11 72:14,24 74:9 83:6 92:24 93:16 104:23 106:5 118:16,18 118:19 122:25 123:20 124:10,11 125:16,24 126:11 127:6,25 129:13 130:14,16 131:11 131:11 132:6 133:7 137:22 141:3,5,6 142:21 156:18 **good** 27:19 48:14 72:12 115:19 155:15,19,20 156:25 **gotten** 105:6 107:15 **grab** 61:20,22 62:4 **grabbed** 61:23 62:3 131:24 **grabs** 131:14 **grade** 11:10 **gradually** 26:2 35:25 103:17 104:7 105:13 145:12 **green** 26:14 **groceries** 32:12,14 32:16 100:17 | **grocery** 32:20,21 32:23,25 33:3 105:17 **gross** 27:20 **ground** 4:24 53:14 61:12 62:20,23,25 63:4,9,18,19,21 64:2,12 65:11,15 65:18,23 69:13,23 70:1,6,21 71:5,23 132:9 **guess** 70:2 **guy** 47:15 49:3,4 75:25 **guys** 59:4,4 129:8 129:8 130:24,25 131:9,9 |
| **g** | | **h** | |
| **g** 4:1 9:15 54:17 152:8 **galaxy** 116:20,20 **gap** 121:7 **garage** 22:23,24 **gas** 12:4,10 **gasoline** 146:18 **ged** 11:4,8 **general** 94:14,14 **generally** 155:1,1 155:3 **generic** 152:10 **gerald** 2:5 156:11 **gesture** 46:4 130:20 131:4 **getting** 20:11 52:4 58:20,22 59:14 60:2,14 88:17 126:7 131:21 139:10 140:15,21 **girls** 41:15 **give** 5:2,18 9:7 100:1,1 102:7 125:23 **given** 6:13 42:20 52:12 76:24 77:9 77:20 78:1 95:10 158:7 160:10 | | | **h** 4:1 9:15 45:2 54:16,17 150:21 159:1 **hair** 127:3 **half** 15:17,18 36:4 72:13 **hallway** 127:19 **hand** 53:4,8,11 65:24 66:4 105:17 105:18 124:7 130:21 144:20 145:5 160:16 **handcuff** 52:7,12 52:15 54:2 61:17 79:21 132:1 **handcuffed** 52:25 69:23,25 70:4 154:9,15,18 **handcuffs** 48:6,9 48:12,14,19,21,23 51:12 59:3,18 65:25 66:5,6,7,8 70:24 79:16 80:3 |

**[handcuffs - image]**                                              Page 11

| | | | |
|---|---|---|---|
| 80:5 | 123:3 135:16 | **hip** 62:3,7 | 79:10,13 80:9 |
| **handed** 129:18,19 | 142:22 | **hispanic** 49:4 | 81:18,21 92:11,15 |
| 129:21,22 | **head's** 136:17 | **hit** 63:9,19,21 64:2 | 92:19 93:13,15 |
| **handing** 125:22 | **headache** 77:24 | 64:12 65:10 70:7 | 94:6,17 96:18 |
| **handle** 123:12,19 | 81:17 | 85:20,21,23,25 | 98:19 129:8 131:2 |
| **hands** 53:3,6,9,17 | **healed** 139:11 | 86:13,22 142:22 | 131:10 138:5,8 |
| 54:4,8 61:11,25 | 140:22,22 142:11 | **hitting** 65:13 | 154:6,7,13,15,18 |
| 62:6,8 66:1 126:2 | **healing** 139:6 | **hold** 60:8 69:6 | 154:25 |
| 129:3 131:17 | 140:9,14,15 | 74:1,4,5,5,10 | **hour** 54:24 55:18 |
| 144:10,13 | 141:14 | 105:17 128:18,19 | 72:13 |
| **hannah** 2:10 4:17 | **health** 98:12,13 | **holded** 62:4,9 | **hours** 8:8,25 9:4 |
| 90:6 96:20 140:23 | 102:4 | 68:22 | 13:21 23:1,4,4,7 |
| **happen** 51:5,6 | **healthmakers** | **holding** 53:20 | 23:10,10,11 25:15 |
| 70:14 85:11 99:20 | 18:16,20 19:13,22 | 66:20 68:16,17 | 25:22,25,25 26:2 |
| 108:9 | 19:25 | 69:9,11 | 26:18,18 37:18 |
| **happened** 50:4,13 | **hear** 31:21 46:16 | **home** 6:24 7:5,8 | 145:13,16 |
| 52:10 53:16 61:16 | 50:5 76:15 151:18 | 26:9 31:13,24 | **house** 10:4 21:17 |
| 62:18 67:17 71:24 | 151:19 | 33:23 34:1,6,8,11 | 30:17 31:15 32:5 |
| 72:1,2 73:8 74:15 | **heard** 6:1 46:25 | 34:14,16,18 35:6,8 | 33:8 34:1 38:15 |
| 76:2,23,24 80:14 | 51:21 | 35:11,15,17 37:19 | 38:18,21 41:22 |
| 80:23 87:11 96:6 | **heart** 95:8 | 77:23 78:2,20,24 | 46:4,5,5 56:7 |
| 104:2,4 108:15 | **heat** 82:17 | 80:10,11,14,22 | 58:20 72:7 80:17 |
| 112:12 115:15 | **height** 60:22 | 81:18,23 109:6,8,8 | 80:18,21,21 130:2 |
| 120:16 142:17 | **held** 1:16 | 135:13 143:21 | 155:6 |
| **happening** 115:16 | **hello** 90:25 123:13 | 153:14 | **housewife** 31:1 |
| **happens** 45:6 | 150:2 | **hope** 140:25 | **hudson** 83:21,23 |
| 110:3 112:12,13 | **help** 18:2 27:5 | **hopefully** 141:7 | 84:6 |
| 112:22 | 33:18 77:4 89:18 | **hospital** 36:19,21 | **hum** 138:24 |
| **happy** 43:11 | **helping** 77:3 100:4 | 36:23,25 37:3 | **hurry** 31:19 |
| **hard** 15:25 56:11 | 100:5 | 38:1,5,8,10 42:1,4 | **hurt** 50:14 67:21 |
| 63:10 101:10 | **helps** 76:25 | 42:6,11,12,13,20 | **husdon** 83:21 |
| 111:14,16,16,18 | **hereinbefore** | 43:5,8,11,17 44:15 | **hypertension** 95:9 |
| 112:19 116:5 | 158:8 160:9 | 47:23 48:2,6,12,24 | 95:10 |
| 121:21 122:25 | **hereunto** 160:16 | 51:3,9,15,16,17,18 | |
| 154:20 | **highest** 11:2,8 | 52:2 57:14,17 | **i** |
| **hardily** 45:17 | **highlighted** | 58:4,9,11,13,17 | **idea** 46:11 |
| **harold** 20:2 | 121:22 | 59:2,18,25 73:6,11 | **identification** |
| **harpal** 150:20 | **hill** 19:4 32:4,19 | 73:13,15 74:7,8,18 | 134:24 |
| **head** 5:3 63:11,21 | 144:3 | 74:21 75:10,16 | **ienoea** 95:18,21,22 |
| 64:2 65:13 77:11 | **hills** 18:16 | 76:21 77:12,14 | **ilyssa** 2:13 |
| 77:15 81:12,17 | | 78:15,17,18 79:8 | **image** 120:10 |
| | | | 134:25 |

[imagine - know]                                                                Page 12

| | | | |
|---|---|---|---|
| **imagine** 122:9 | **indiscernible** 94:10 | **insisted** 37:12 38:9 | **jobs** 26:9 |
| **immigrated** 11:21 | **individual** 120:24 | **insisting** 37:7,17 | **joe** 57:19 72:12 |
| **immigration** 33:18 | 120:24 121:6,12 | 38:6,7 48:18 | **john** 1:7 |
| **impairs** 8:5 45:4 | **individually** 1:6,7 | **instagram** 150:7,8 | **johnson** 2:7 |
| **importance** 5:15 | **information** 159:17 | 150:9 151:11 159:20 | **jonathan** 20:24 |
| **impression** 119:11 | **injections** 82:18 | **install** 110:21 | **judge** 3:10 |
| **inch** 63:3,4,5 | **injured** 15:12 89:3 | 111:1,6,7,8 | **june** 18:23 19:9,13 |
| **incident** 7:18 | **injures** 136:9 | **installed** 111:16 | 20:19 106:25 |
| 23:24 24:5,11 | **injuries** 15:10,15 | **instructed** 113:22 | **k** |
| 31:7,9,10,10,13 | 17:17 18:5,9 | **instruction** 112:18 | |
| 50:10 61:10 72:20 | 24:18,19,20,24 | 112:19 | **k** 30:24 150:16 |
| 78:16 82:1,5,10,21 | 25:5,6,15 26:1 | **insurance** 25:7,9 | **kaur** 30:24 |
| 82:22 83:9,16 | 28:9,20 81:10,11 | 25:13,16,19,23 | **keep** 33:20 37:14 |
| 85:4 92:11 99:12 | 81:12,15 82:1 | 98:12,13 102:4 | 37:18 43:14,16,17 |
| 107:21 108:9,15 | 83:15 85:5,12,15 | **interaction** 118:4 | 110:5 115:1 |
| 110:25 112:9 | 87:18,24,25 91:6 | 119:3 128:2 | 131:11 |
| 115:11,16 116:14 | 106:19,22,23 | **interested** 160:14 | **kept** 16:4 37:22 |
| 117:2 135:14 | 107:1,5,20 108:24 | **intoxicated** 36:2 | 89:13 156:17 |
| 136:1,2 140:4,6 | 136:20,22 137:2 | **involved** 84:10,16 | **kick** 70:8 |
| 144:9 145:6,9,20 | 137:23 138:1 | 84:25 85:9 | **kid** 34:4 |
| 147:15 151:2,9,12 | 140:5 144:8,9,11 | **iphone** 120:3 | **killers** 98:1 |
| 151:15,20 153:6 | 144:23 145:4,6,8 | **issues** 109:24 | **kilometer** 11:18 |
| 155:5 | 145:11,12,16 | **items** 121:21 | 11:19 |
| **incidents** 85:3 | 146:14,25 147:5 | **iv** 75:19 76:25 | **kind** 16:7 27:7,10 |
| **included** 107:25 | 153:15,15 | 77:6 | 41:23 42:18 50:14 |
| 114:12,22 122:7 | **injury** 22:6 82:7 | **j** | 70:8 77:4 111:10 |
| **including** 145:4 | 89:15 137:10 | | 133:5 147:8 |
| **income** 27:11,17 | 139:7,9,10,15 | **jacket** 120:25,25 | **kitchen** 54:6,10 |
| 27:20,20,21 28:3 | 140:3 141:14 | **jacob** 83:11,18 | 126:21 |
| 145:19 146:13,20 | 142:21 146:16 | **jamaica** 78:15,17 | **knee** 17:18 18:1 |
| **increased** 28:18 | **insert** 150:14 | 78:18 92:11,15 | 20:3,18,21 68:8 |
| **india** 11:12,14 | **inside** 49:10,14 | 94:5,10,17 96:18 | 82:12 148:1 |
| 14:13 30:15 49:6 | 60:9 64:18,19 | **james** 2:7 20:2 | **knees** 68:9,9 |
| 49:7 143:17 | 70:21 73:25 74:6 | **january** 23:17 | **knew** 114:11,15 |
| **indian** 32:18 | 74:8,8 109:10 | 26:4,10,23 100:20 | **know** 5:23 6:6 |
| **indicate** 97:4 | 110:9 111:17 | 101:17,21,22 | 7:19 15:24 27:3 |
| **indicated** 92:1 | 112:6 122:23 | 102:2 114:17,18 | 28:3 33:14,16 |
| **indicating** 53:8,12 | 128:7 139:5,24 | **job** 12:5,9,11,21 | 37:10 39:16 40:1 |
| 66:15 67:19 | 142:4 | 23:6 27:3,10 | 40:24 41:7 42:19 |
| 139:17 | | 145:15 | 44:9,21 45:2 46:8 |
| | | | 46:15,21,22 47:21 |
| | | | 48:16 49:6 50:16 |

56:11,13,13 57:8
59:5 61:5 62:16
66:5,12,25 70:4
75:7,21,23 77:1
81:5 84:1,6 88:14
89:12 93:20 94:1
95:21 96:1 99:23
102:7 104:1
105:22 108:21
109:22 110:4
111:14 113:7,9,10
113:24,25 114:2
114:10 115:25
116:6,7,7 121:2,4
121:13,17,18
123:1,10,16,16
126:19 129:6
132:21 133:14,17
133:19,19 134:7
135:4 140:14,22
143:18 145:15
147:16 150:20
152:15 153:19
154:11 156:6,12
156:22

**known**  9:19

**l**

**l**  3:1,1 4:1 8:14
9:15 54:16 93:21
93:23 150:16,21
152:8,8 158:1
**lady**  49:2,12 53:19
75:18,20,20
**lahai**  11:15
**lane**  86:9,12,15,19
86:21,21,22
**lanes**  86:19
**language**  154:23
155:2,4
**lapse**  25:20

**large**  119:6 120:11
120:13
**larger**  96:15
**lasalle**  83:11,18
159:19
**lasted**  76:16 90:12
**latest**  35:17
**lathwinder**  54:16
**law**  2:8 4:18 46:12
56:12
**lawsuit**  4:20,23
31:8,22 105:25
106:7,18 107:2,19
109:4 135:8
145:18 147:18
148:9,10
**lawsuits**  148:11
**lawyers**  106:16
**learn**  46:19
**leases**  12:15,16
**leave**  58:20 79:11
95:1 119:10 126:5
150:12
**left**  17:18 18:1
20:3,18,21 24:21
24:25 28:7,11,11
37:6 55:23 61:24
62:2,6,10 63:2,5
66:15,15,16,18
75:4,6,7,8,11
76:23 78:5 79:3
79:14 80:8 81:21
82:12 85:18,19,24
86:9,10,12,19,20
86:21,21 121:12
121:20 123:17
125:9,19 133:3
135:19 137:5,5
140:24 148:12
152:1

**leg**  132:18 133:3,5
**legal**  9:13
**letter**  139:25
159:6
**letters**  150:10
**level**  11:2,9 95:6
95:17
**license**  4:8
**lift**  65:20 68:10
103:15,18 104:8
105:17
**lifted**  65:19 68:6,6
68:23 69:18 71:6
132:10
**lifting**  132:14
**lighter**  142:5,7
**lightly**  65:9
**limited**  105:11
**line**  86:11 161:5
**lips**  131:5
**list**  121:20,22
**listed**  85:4,8
**listen**  5:17 46:23
**litigation**  106:8
**little**  28:12 29:12
29:13 44:1,1
45:20,21 47:14,15
53:21 54:13 64:8
81:15 91:12,13,16
93:8 95:6 105:22
120:13 121:21
123:2 127:3
136:18 137:5
153:18 154:1,8,13
**live**  11:14 14:12
28:24 29:1,20,24
30:12,15,20 33:21
109:25
**liver**  36:11 37:9
42:16,24 43:2
44:15,17,18 45:4

45:10,12,14,14
152:13,14,15
**liver's**  37:9
**lives**  14:13 29:8,25
30:1
**living**  7:4,12 31:16
34:21,23 36:2,6
39:6,10,13,15,20
39:23 40:16,20
41:2 44:6,8,8,9,10
49:21 50:3 54:1,5
54:10 55:4,8,17
57:9,12 60:6
109:17 122:18
126:21 127:9
**llc**  161:1
**llp**  2:3,13
**load**  45:21
**located**  11:19
**location**  128:8
138:14
**log**  120:16
**long**  12:18 14:24
15:14 17:3 18:20
23:12 26:21 30:10
31:2 37:20 38:14
38:17 45:15 50:23
58:7 65:16,17
74:13 76:16 79:7
79:9,10 94:18,21
99:8 102:21
110:25 112:25
113:1 149:4
**longer**  107:14
**look**  23:22 42:9
48:16 97:3 110:3
123:15 130:6
132:17,24 139:12
139:16 142:9
149:16

**looked** 138:11
**looking** 123:14,15 123:21 124:7 135:24 142:3 150:11
**looks** 49:4 97:5 123:17 126:18 127:3,8,12 128:11 129:1 130:4,6,6 134:1 138:5
**loss** 145:17,19 146:13,15,19
**lot** 17:19 70:11,13 83:3,4 88:21,22,22 88:22 93:14 103:22 104:18,18 109:23 125:5 140:23
**loud** 44:1 45:24
**loudly** 45:20
**low** 152:1
**lower** 15:10 17:17 18:1 20:21,22,22 20:23 21:15,15,16 24:21,24 26:7 65:18,21,21 67:25 77:11,15 78:8,9 81:13,17 82:1,2,6 82:8,10,12,15,18 82:18 83:9 84:12 84:14,19 85:5 88:16 93:7 98:17 102:10 106:19 148:1
**lunch** 72:13,19
**lyft** 23:15,15,18 24:4,6,9,10,13 27:18

**m**

**m** 30:23
**ma'am** 4:21 5:6,9 5:13,16,20,24 6:11 6:16,21 7:1,7,15 8:17 9:5,10 10:13 13:25 14:16 16:8 17:2,13 18:19 19:24 22:9 25:1 28:25 29:2 41:13 43:6,10 51:4 53:15 58:2 61:13 65:12 67:22 70:25 71:22 72:22 78:14 81:14,20 82:21 84:11,18,21,24 85:2 88:17 89:4,7 89:19,24 90:2 94:7 102:16,20 103:9 104:4 106:4 109:11,19 115:12 116:1 117:15 120:9 121:9 124:16 125:21 126:16 127:5,15 128:14,25 129:2 130:3 131:15,19 132:11,16,20 133:11,13,22 134:3 135:2,10,15 136:6 137:16,18 137:21 138:6,9,12 138:16 139:17 141:12,15,18 142:24 150:17,19 151:13
**mad** 36:13,15 37:13,14
**main** 53:20 66:17 94:10,15
**making** 27:19 85:18 86:20 130:20 131:4
**male** 47:15 49:4 49:13 66:19 69:19 73:23,24 94:3,4 95:23 121:14 127:22 132:14
**manage** 38:9
**manbrett** 96:10
**mandeep** 1:6 4:19
**manfrid** 30:14,16
**manhattan** 146:17 156:22
**manouel** 20:4,12 20:14,17,18
**manouel's** 90:17
**manual** 112:18,19 116:3,9
**march** 12:8 16:20 30:11 83:2 92:11 92:13,13,13,14,14 92:18 93:4,5 96:4 96:9,19,21,25 97:2 97:8,10,12,16,23 102:24,25 103:5 104:24 105:7,10 106:9 138:7 140:14 141:20,23 142:16,16
**mark** 124:4,4,10 135:17,20 138:13 138:19,21,25 139:1,5,18,19,24 140:17 142:3,4,6
**marked** 119:20 121:25 134:23
**marker** 120:22
**marks** 135:20,21 135:25 136:7,11 139:6,17 140:5 141:10
**marriage** 31:4 160:13
**married** 31:2,4
**matter** 122:5 160:15
**mean** 20:9 22:21 25:25 26:6 39:4 58:16 59:4,5 71:16,19 76:1 77:18,25 91:22 103:13,21 119:10 139:14
**meaning** 82:5 142:12,14
**means** 5:2 22:22 26:1 29:5 50:9 63:1,3,6 76:1 87:25 100:15 103:22 105:18 112:1 148:1 154:11
**media** 149:21 150:6
**medical** 16:10 45:2 75:13,17 76:20 77:7 81:22 83:15 87:20 88:18 95:4 98:4 100:23 144:12
**medication** 8:7,11 8:12,22 45:9,12,13 77:19 78:2 104:22
**medications** 9:1 45:7 81:23 88:19 95:9 146:24 151:21,23 152:10
**medicine** 77:4 83:22,24 95:10
**medicines** 98:16

[meet - nobody's]                                        Page 15

**meet** 32:20 148:17
148:19,20,22,24
149:2,3
**meets** 65:4
**mehran** 20:4
90:17
**memorize** 156:3
**memory** 8:5 156:4
**mental** 7:25 8:4
**mention** 47:4
**mentioned** 30:19
87:22 88:12,17
147:17
**met** 31:11 32:2,11
32:12,14,24 33:4,6
96:1 105:19
**metrocard** 146:17
**micro** 111:5
**middle** 9:17 23:19
53:25 54:1 68:18
99:18 109:2
128:23
**midnight** 32:1,1
33:24 35:2,6,7,12
35:14
**mind** 80:15 95:18
**mine** 33:15
**minute** 55:7 57:19
71:14 120:22
124:10 141:4
**minutes** 45:18
50:25 54:25 55:15
55:16 56:2,24
57:21,22 58:10
60:5 65:17 74:3,5
74:6,9,15,16,16,17
75:1 76:18,18
79:3,12,13 117:8
120:23 126:13
149:7,8

**misbehaving**
46:14
**mischaracterizat...**
108:5
**mischaracterize**
108:18
**mishear** 146:7
**missing** 119:3
**misspoke** 97:1,7
**mistake** 6:5
**moment** 52:15
54:3 61:16 126:4
131:14
**money** 27:6,9,19
**monitor** 111:18,21
111:22,23,24
112:1,2,3
**month** 16:1 22:14
23:20 24:3 25:10
25:11 27:10 91:23
102:5,8,9 111:2
**monthly** 30:4
**months** 15:25
29:18,19 89:21
90:13 99:10
102:24 105:2
145:22
**mood** 44:2 45:23
45:23 152:6
**morning** 35:1,2
40:6 45:16 56:1,5
56:8,17 76:3
80:23
**motor** 17:9 85:10
**mounted** 123:6
**move** 53:6 123:2
132:4,5
**moved** 33:22 53:3
53:4,8,11 124:14
131:16 132:1

**movies** 112:3
**moving** 129:3
**mri** 88:2 91:21
92:1,4,6,8
**mris** 88:7
**muscle** 98:5
**myrtle** 19:4 96:2

**n**

**n** 2:1 3:1 4:1,1
9:15,15 30:23
45:2 54:16,17
95:20 150:16
158:1 159:12
**name** 4:12,17 9:13
9:14,15,16,18,20
9:23 10:2,4,6
11:15 12:17 30:14
30:22,23,24 33:10
33:11,12,13 41:2
49:5,7 50:2 54:15
54:16,17 59:17
83:13 93:19,20,20
93:22,24,25 94:1,2
94:12,16,17 95:19
95:21,21 149:25
150:1,2,3,9,20
151:3 152:10
155:12 159:20
161:2,3
**named** 20:2 93:19
**names** 8:12 9:17
9:17
**nash** 44:20 45:1,1
**near** 53:22 54:10
**necessity** 46:12
**neck** 15:10 17:17
18:1 24:21,25
26:7 28:12,12,13
81:13,14,15 82:13
93:8 101:5 152:2

**need** 5:22 6:4,7
42:3 43:17 48:14
52:18 83:4,7
87:17 117:19
118:3 149:14
156:25
**needed** 36:20,24
48:1 57:14 126:25
**needing** 82:25
**neighborhood**
51:12
**net** 27:20
**neurontin** 151:24
152:1
**never** 95:16
116:12 121:18
148:16 153:9
**new** 1:1,6,17,18
2:4,4,8,9,9 4:3,7
4:15,18,19 11:19
12:11 14:12 18:17
19:4 21:1 88:1,1,3
95:18 96:13 147:5
148:14 160:3,7
161:1,2
**newkirk** 20:25
**ngg** 1:5
**nicely** 37:22,24
43:22,22 47:10
53:7,8
**nicknames** 9:22
9:23
**night** 8:9,10 31:13
31:24 32:10 54:18
87:12 104:13,14
143:2 144:1
**nine** 23:4,10 27:12
98:24,25 135:7
**nissan** 87:14
**nobody's** 7:22

**[non - okay]**                                                                    Page 16

| | | | |
|---|---|---|---|
| **non** 44:23 45:1 | **officer** 4:19 47:14 | 152:23 155:3 | 96:18 97:15 98:7 |
| **nora's** 95:5 | 47:19 48:1,8,20 | **ointment** 88:18 | 99:1,20 100:3,15 |
| **north** 11:19 49:7 | 49:2,9,13,14,17 | 103:18 104:21 | 101:6,9,9,11,17 |
| **notary** 1:18 4:2 | 50:8,24 52:14,19 | **ointments** 81:24 | 103:15 104:5 |
| 158:19 160:6 | 53:13,19,21,24,24 | **okay** 4:22 5:6,7,21 | 105:14,15,20,23 |
| 161:25 | 58:25 59:1 60:11 | 6:12,17,22 7:2,8 | 106:3,5,14 108:3 |
| **note** 83:12 | 60:11 61:11 66:4 | 7:10,16,21,21,21 | 108:16,22 109:3,9 |
| **notes** 101:15 | 66:17,18 68:10,11 | 8:4,18,22 9:3 10:7 | 109:12 110:7,7,12 |
| 151:14 | 70:20 73:19,24 | 10:18 11:20 12:20 | 110:15,21,25 |
| **november** 17:6,7 | 121:3,3,5,7,13,14 | 13:8,23 14:1 17:5 | 112:5,14,21 |
| 17:12,14,22 21:20 | 121:15 123:3 | 18:15 19:15 20:18 | 113:18 114:3,14 |
| 21:23,25 88:9,10 | 124:14,22 125:4 | 21:19,22,22 23:9 | 115:9,23 116:2,6 |
| **number** 10:12,15 | 126:1 127:23 | 23:13 24:1,8,17,20 | 116:13,18,24 |
| 10:22,24 11:1 | 128:3 130:1,4 | 26:10,24 28:2,5,9 | 117:12,16,20 |
| 87:4,5 151:21 | 131:14,23 132:9 | 29:8,20 31:9,21 | 118:4 119:4,19,22 |
| **nurse** 75:21,22 | 142:23 | 35:9,17 36:1,16 | 120:2,10,15,16,18 |
| 76:7,10,11,17,19 | **officers** 1:7 47:6,8 | 37:2,5,19 38:1 | 120:20,21 121:6 |
| 77:3 | 47:11,12 48:25 | 40:1 41:19 43:7 | 121:12,16,19 |
| | 49:18,23 50:1 | 43:12 44:12,25 | 122:9,20,25 |
| **o** | 53:18 58:23 59:5 | 47:20 51:5,6,13,15 | 123:20,24 124:1,3 |
| | 59:7 60:8 66:4,17 | 52:9,13,16 53:5,19 | 124:13 125:6,8,13 |
| **o** 3:1 8:14 93:21 | 66:19 67:1 68:11 | 54:7 55:19,21,23 | 125:16,22,24 |
| 93:23 95:20 | 68:14 69:1,19 | 56:13 57:18,24 | 126:1,7,9,11,13,18 |
| 150:16 152:8,8 | 70:7,23 71:1,6,11 | 58:3,7,13,14,14 | 127:6,12,22,25 |
| 158:1 | 72:8,24 73:1,19,21 | 59:1,25 61:10,15 | 128:2,11,20 |
| **oath** 3:9 4:9 5:8,10 | 73:23,23 74:24,25 | 61:17 64:3,23,23 | 129:11,13,15,24 |
| 5:14 | 76:6,11,20,23 79:2 | 64:23,25 65:3,13 | 130:1,11 131:1,8 |
| **objection** 35:5 | 79:11,14 117:13 | 65:18,22 67:6,8 | 131:13,16,20,23 |
| 107:13 | 124:18 127:13 | 68:2,7 69:15,15,20 | 132:3,6,8,12,17,17 |
| **objections** 3:16 | 128:23 129:18 | 70:5 71:5,9,14,24 | 133:20 134:1,19 |
| **observe** 112:9,12 | 130:17 132:13,14 | 72:11,16,17 73:2 | 134:21,25 135:3,4 |
| **obtaining** 11:8 | 132:25 133:21 | 73:19 75:25 76:1 | 135:5,6,11,16 |
| **obvious** 117:22,23 | 134:11,15 153:3,8 | 76:1,13 78:2,3,12 | 136:3,7,17,20,24 |
| **obviously** 16:13 | 153:10,21 154:3 | 78:24 79:16 80:8 | 137:2,4,7,10,12,19 |
| **occasions** 91:15 | **official** 1:6,7 10:2 | 80:15,22 81:18,25 | 137:22,22,25 |
| **october** 1:11 4:4 | 10:20,21 60:22 | 82:11,14,17 84:3,8 | 138:4,13 139:5,8 |
| 85:11 146:9 | **oh** 7:21 10:10 | 84:9 85:3 88:14 | 139:20,24 140:2,3 |
| 160:17 | 19:16 26:6 28:6 | 89:5,8,22 90:21,23 | 140:7,16,20 141:2 |
| **office** 20:1 21:18 | 46:9 49:20 50:11 | 91:5,9,14,17,21 | 141:13,16,23 |
| 90:5,17 94:8,9,11 | 67:25 82:4 90:2 | 92:1,3,10,15,24 | 142:3,12,19,25 |
| 94:16 95:5,25 | 139:6 145:10 | 93:24 95:2 96:12 | 143:4 145:1,11 |
| 96:8,15,17 98:11 | | | |

146:1,3,11,19
147:10,11,17
148:7,9,14,17
149:20 150:15,25
151:16,17,18,20
151:24 152:5,7,19
153:23 155:5
156:21 157:1
**old**   11:20 15:24,25
29:16,17,18,19
31:11 33:15 41:5
41:6 123:13
**oldest**   127:11
**once**   102:5 124:25
149:18 152:16
**ongoing**   106:22
**open**   39:3,17,18
40:11,15,19,23
41:7 44:9 79:21
106:12
**opened**   39:9 40:12
130:2
**operator**   116:4
**opinions**   101:6
**order**   1:16 101:12
112:5 128:19
132:1
**ordered**   100:22,25
102:4
**organization**
83:19
**original**   3:7,13
**orthopedic**   20:3
**orthopedics**   19:20
19:23 20:5,7,14,25
21:4,13 90:16
93:16
**orthopedists**   93:10
**outcome**   160:14
**outside**   31:10 65:6
71:15,24 72:3

74:7 110:13,14
122:23
**overhear**   76:13
**overlapping**
101:15
**overtalk**   101:10
**owned**   109:7

**p**

**p**   2:1,1 3:1 30:23
150:21
**p.m.**   157:2
**p.o.**   1:6
**pack**   34:12 82:18
**package**   105:18
**page**   135:6 136:3
136:24 137:14,22
137:22,23 138:4
138:13 141:2,9,13
141:16,21,22,25
159:6,14,17 161:5
**pain**   17:19 28:11
28:12,13,18,18
64:13,15,22 65:9
65:14,15,18,19,21
65:21,24 66:1
67:20 68:23,25
69:2,6,7,8,10
70:12,13 71:18
77:10,15,24 78:1,7
78:10,19 81:15,16
81:19,23,24 82:1,2
82:6,8,10 83:4
84:12,14,19 85:6
88:16,18,22,23,24
89:1,14 91:11,13
91:15,16,18 93:8,8
93:11,15 98:1,6,21
98:23 100:10,13
101:4 103:5,7,9,11
103:17,22 104:7,8
104:10,12,15,19

104:22,24 105:3,3
105:4,6,20 107:6
107:10 108:8,14
144:13,14 145:3,5
145:13 146:24
152:2 153:18
156:19,23
**pains**   26:8 37:9
65:22 101:4,5
144:10
**pandemic**   88:19
103:4 156:18
**paperwork**   103:25
**parallel**   53:22
**part**   11:13 12:5
14:15 26:16,19,19
26:20 49:7,8 63:9
65:10 68:19 69:17
76:13 94:17 96:14
118:1 123:24,25
133:4 134:19
140:3
**participating**
120:7
**particular**   25:2,3
47:12 94:11
**parties**   3:5 160:13
**parts**   17:20
**pause**   124:11,13
125:16 130:16
131:13
**paused**   124:3
125:8 126:13
128:22
**pausing**   126:1
**pay**   146:17,18
**paying**   25:22 30:5
30:7,10
**pdf**   135:6
**pending**   6:8 106:3

**people**   7:3 110:3
**period**   22:10
59:14 119:16
132:8 145:20
**permit**   26:13
**perpendicularly**
86:4,6,8,13
**person**   46:13
75:15 120:25
121:8 149:2,3
**personnel**   75:13
75:17 76:20
**phone**   112:16,23
113:18,21 114:2
116:16,17,18,19
116:22,23,24,25
117:2,13 120:5,6,8
120:14 133:12
143:17 148:25
149:5,6
**photo**   142:15
**photograph**   123:2
135:11,12 136:4
136:11,17,21,24
137:2,14 138:2,4
139:22 141:10,13
141:16,19,21,22
**photographs**
134:22,23 135:7
136:4,8,23 138:11
149:17 159:7
**photos**   142:15
**physical**   7:25 8:4
17:25 18:4,7,9,11
18:13,18,21,24
19:3,3,10,18 20:1
20:15 21:2,4,9,10
21:13,18 74:4,4
82:17 89:17,19,20
89:22,25 90:3,4,10
90:12 93:10 98:10

| | | | |
|---|---|---|---|
| 99:1,4,6,8 100:2,3 | **playing** 128:20 | 154:3 155:6 | 96:3,4,6 |
| 100:5,9,12 101:3,8 | **please** 4:12 5:2 | **portion** 72:20 | **prior** 11:8,13 21:6 |
| 101:18,23 102:1,7 | 37:15 51:11 56:14 | 117:17 119:2,6,8 | 31:4 105:25 |
| 102:9,18,21 103:2 | 79:21,21 154:9 | 134:11 | 142:25 147:17 |
| 104:23 105:11 | **plus** 41:6 116:20 | **position** 62:16 | **private** 22:23,23 |
| 107:25 108:7 | 116:20 | **post** 89:23 151:8 | **probably** 37:18 |
| 144:7,9 145:5 | **pocket** 146:17 | 151:11 | 38:19 40:3 47:1,2 |
| **physically** 74:1 | **point** 6:4 17:15 | **postponed** 106:11 | 50:4,12 56:21 |
| **physician** 96:3,4 | 20:6 21:6 36:2,25 | **pound** 60:24 | 62:8 75:24 80:17 |
| **pick** 56:7 61:23 | 39:22 40:8 46:3,6 | **practice** 94:11 | 80:19 83:4 92:21 |
| 80:20 96:7 | 46:25 47:12 48:20 | 95:1 96:12,14,17 | 132:22 133:15,15 |
| **picked** 64:6 | 51:2 52:2 53:6 | **pre** 119:20 | 152:10 |
| **picture** 135:5,8 | 54:19 57:5,7,11,13 | **preaching** 42:11 | **problem** 13:13,16 |
| **pictures** 142:2 | 58:3,16,19 59:24 | **prefer** 21:17 | 31:18 36:11 38:3 |
| **piece** 97:20 | 60:5 67:11,12,21 | **preliminary** 75:9 | 38:8 45:14 46:9 |
| **pinch** 63:24 | 69:1,22 70:7,14 | 79:15 | 48:17 60:8 147:13 |
| **pissed** 46:10 95:12 | 71:10 75:16 78:9 | **premier** 20:25 | **process** 75:9 79:15 |
| 153:16,18 154:8 | 79:16,17 81:7 | **prepare** 148:18,20 | **produced** 16:14 |
| **place** 18:16 19:3,4 | 87:24 99:13 | 149:9,12,17 | 109:3 134:22 |
| 21:16,17 54:9 | 108:24 126:10,15 | **preparing** 77:23 | 135:7 |
| 72:12 144:2 158:8 | 126:18 128:15 | 97:5 | **production** 16:15 |
| **placed** 74:13 | 129:6 130:5,17 | **prescribe** 152:22 | **professional** 27:3 |
| 79:25 80:2 | 132:25 133:20 | **prescribed** 89:17 | **proper** 25:15,22 |
| **places** 18:10 147:7 | 138:21 139:18 | 90:1 99:1 151:24 | 25:25,25 27:8 |
| **plaintiff** 1:3,14 2:3 | 143:1 153:2,4,11 | 152:25 153:1 | 74:12 145:16 |
| **plan** 97:6,17 | 153:13 156:1,2 | **prescribing** 95:14 | **provide** 150:10 |
| **platforms** 149:23 | **police** 1:7 46:6,7,8 | **prescription** | **provided** 83:13,23 |
| **play** 112:10 116:7 | 46:11,16,20 47:6,6 | 151:21 | **provider** 94:14 |
| 118:16 124:10 | 47:8,11,14 48:20 | **prescriptions** | **providers** 96:7 |
| 125:13,24 126:11 | 49:2,9,18,23 50:1 | 152:11 | **ps** 80:20 |
| 127:6,25 128:9 | 53:18,19 57:2 | **present** 2:12 27:7 | **psychiatric** 92:16 |
| 129:13 130:14 | 58:23,25 59:7 | 48:25 58:23 | 92:20,23,25 97:9 |
| 132:6 133:7 134:8 | 60:17,18 71:11 | **press** 113:24 | 97:13,17 |
| **played** 119:21 | 72:8,23 73:1,13,15 | **pretty** 84:3 143:19 | **psychiatrist** 147:3 |
| 124:2,12 125:7,15 | 74:23,25 76:6,11 | **previous** 16:4,5,5 | 147:9 |
| 125:25 126:12 | 76:20,23 79:2,11 | 16:21 116:17,18 | **psychological** |
| 127:7,17 128:1,10 | 79:14 81:7 87:3 | **previously** 96:24 | 146:25 147:12 |
| 128:21 129:14,25 | 117:13 118:2,12 | 138:15 153:14 | **psychotic** 8:11,11 |
| 130:15 131:12 | 119:14 127:12 | **primary** 78:4,18 | **public** 1:18 4:2 |
| 132:7 133:8 134:9 | 134:15 142:25 | 93:12,17 94:14,14 | 158:19 160:6 |
| | 153:3,7,10,21 | 94:18,20 95:11,18 | 161:25 |

[pull - remember]                                                      Page 19

**pull** 133:5
**pulled** 54:4,7
  61:11 68:4
**pulling** 132:24
  133:1,5
**punjabi** 155:4,7,9
  155:10,16
**purchase** 111:4
**purchased** 34:5
**purpose** 10:20,24
**pursuant** 1:15
**push** 67:3 70:7
**pushed** 60:10
  66:24,24,25 67:7
  70:6 71:2
**put** 10:8,15 15:16
  18:15,15 48:21
  53:16 62:1,6
  74:23 75:2 79:3,6
  106:10 110:1
  115:25 116:11
  126:2 128:12,18
  134:5 152:16
**putting** 52:24
  75:19 126:14
  151:16

**q**

**quarter** 34:24,25
  34:25 35:13,20
**queens** 146:17
**question** 5:1,18,21
  5:25 6:8,9 16:3
  31:23 50:14 51:7
  55:3 63:13 70:18
  92:3,5 100:24
  101:11 110:8
  113:12 114:20
  115:1 118:21,25
  119:7 129:20
  139:21 148:25

**questions** 6:23
  50:17 107:17
**quit** 12:24 13:1
  145:15
**quite** 15:24,25
  59:20

**r**

**r** 2:1 3:1 4:1 8:14
  9:15 30:24 54:16
  150:16,21 152:8,8
  158:1 160:1
**race** 47:15
**raise** 43:23,24
**raises** 103:16
**ran** 32:21 33:1
**rays** 88:2 97:25
  98:2
**read** 63:14
**reading** 143:14
**ready** 40:13 52:7
**realize** 49:5 51:16
  52:12
**realized** 31:16
  34:21 55:20
**really** 45:11 46:10
  46:10,10 101:10
  108:20 114:2
**rear** 86:13,22
**reason** 9:6,9,10
  13:11 17:21 25:2
  32:9,11 40:3
  48:22 59:2,3
  117:20,22,23,24
  134:10 161:5
**recall** 84:5 152:12
**recapped** 71:10
**receive** 11:11
  13:15 22:12 27:9
  28:14 77:7 82:15
  87:20 89:9 92:6
  97:24 99:4,8

101:18,22
**received** 82:9 84:1
  84:6,23 90:11
  99:10 145:22
**receiving** 18:8
  21:3,3 28:16 99:6
  100:8 102:1
**recess** 57:23 72:18
**recipient** 90:24,25
**record** 4:12 13:19
  15:24 16:5,5,8,9
  16:12 24:2 44:21
  54:23 83:12
  113:19 114:7,8
  115:24 116:2,19
  117:17 118:1,4
  119:12 134:11
  142:1 160:10
**recorded** 111:11
  113:18,21 114:14
  114:15 116:13
  117:20
**recording** 116:6,8
  116:9
**records** 15:21,22
  16:7,10,10,14,15
  83:15 84:2 97:2,4
  97:11,20 159:18
  159:19
**recover** 113:7,10
**recovered** 16:21
  37:10 107:4,5
**recovery** 89:18
**red** 136:11
**reddi** 90:18,20,21
  91:1,5,10,14,20
  108:9
**reddish** 135:25
**reduced** 30:6,7,10
**refer** 122:2

**referred** 20:3
  63:14 99:13
**referring** 17:24
  24:20 73:22 90:7
  107:24
**reflux** 45:11
**regard** 64:22
**registration** 12:17
**rehabilitation**
  13:20
**rejected** 25:19
**related** 45:10
  105:25 116:10,13
  152:13 160:12
**relating** 18:5,25
  108:1
**relation** 83:16
**relatives** 143:16
**release** 83:15 84:5
**relief** 105:14
**remain** 114:16,17
**remained** 94:20
**remaining** 42:21
**remember** 15:19
  18:8,14 22:14
  23:20 26:23 27:21
  31:24,25 32:17
  33:6 34:10 35:8
  39:3 41:14 47:19
  49:25 52:24 58:1
  58:7 63:10 64:5,6
  64:7,9,9 66:3,14
  67:14,15 68:12,15
  69:20,22 70:2,3,10
  70:10,11,13 72:4
  72:10,21,23,25
  73:17,19 76:4,5
  77:2,8,20 81:1
  91:23 92:22,24
  93:2,4,19 95:20
  96:5 98:24 99:16

**[remember - rupel]**                                                                           Page 20

| | | | |
|---|---|---|---|
| 124:21,23 125:1,2 | **rest** 100:16,19,25 | 63:8,16,17,18,19 | 130:14 131:11,23 |
| 128:5 130:8,10 | 101:7,13 118:8 | 63:24 64:11,13,16 | 132:15,18,24 |
| 134:6 143:24,25 | 142:5 | 64:20,24,24 65:1,1 | 133:5,7,17,21 |
| 144:2,3 149:15 | **restart** 16:20 | 65:1,2,2,8,14 | 134:8,10 135:5,24 |
| 150:1 | 156:19 | 66:16,19 67:19,22 | 136:3,5,8,12,15,18 |
| **remotely** 6:23 | **restarted** 17:4 | 67:23,25 69:15 | 136:25 137:5,14 |
| **removed** 79:16 | **restaurant** 32:5,7 | 70:21,24 71:3,7 | 137:15,17 138:5 |
| **renew** 25:7,13,16 | 32:7 | 77:11,12,15 78:10 | 138:11,22,22,23 |
| **rent** 30:2,3,4,6,7 | **restricted** 105:19 | 78:12,13,16 79:4 | 141:9,10 142:20 |
| 30:10 | **restrictions** | 80:5,8 81:13,16,22 | 142:23 143:12 |
| **repair** 89:6 | 105:16,21 | 81:25 82:3,6,12,25 | 144:1,7,20 146:1 |
| **repeat** 5:22 63:12 | **restroom** 6:7 | 83:25 84:10,17,20 | 146:11,11,12 |
| 63:12 102:13 | **result** 15:14 | 84:23 85:1,12,25 | 148:2 149:20 |
| 113:12 125:11 | 107:19 144:9 | 86:3,13,22,22,22 | 151:21 152:8 |
| **rephrase** 5:22 | 145:6,9 147:1 | 88:23,24 89:3,9,11 | 154:25 155:24 |
| 20:13 39:19 51:7 | **retained** 159:9 | 89:15,16 90:8,11 | 156:4,4,10,24 |
| 70:19 | **review** 6:14 149:9 | 90:16 91:3,7,11,15 | **room** 7:2,4,10,11 |
| **report** 86:23 87:1 | 149:11,14 | 91:21 92:2,2,7,10 | 7:12,13,22 31:16 |
| 87:4,5 | **richard** 95:4 | 92:12,20 93:1,7 | 34:21,23 36:2,6 |
| **reporter** 4:7 5:4 | **richmond** 1:17 | 94:24 95:3,13 | 39:6,10,13,15,15 |
| 63:15 | 4:15 19:4 32:4,19 | 96:7,19 97:1,24 | 39:20,23 40:9,13 |
| **reporting** 161:1 | 144:3 | 98:8,17,18,19,21 | 40:16,20 41:2 |
| **represent** 4:18 | **ride** 73:2 | 99:2,2,14,21 100:4 | 44:6,7,8,8,9,9,10 |
| **request** 83:14 | **right** 4:20 5:12,15 | 100:7 101:18,24 | 49:22 50:3 54:1,6 |
| **requested** 46:20 | 7:14,19,21,21,22 | 102:10,11,12,14 | 54:10 55:4,8,17 |
| 79:18,19 | 9:3 11:17 14:15 | 102:18 103:8,10 | 57:9,12 60:6,10,12 |
| **requesting** 66:6 | 15:9 16:17,18 | 103:10,11,16,16 | 73:18,20 75:13 |
| 154:9,11 | 17:17 18:1 19:13 | 104:15 105:6,12 | 78:6 92:17,25 |
| **requests** 79:23 | 19:18,23 20:4,20 | 105:19 106:1,20 | 93:3,5 97:19 98:5 |
| **required** 46:12 | 21:4,7,10,19 23:24 | 107:1,2,10,20 | 109:17 122:18 |
| **reserved** 3:16 | 24:13,21,23,24 | 108:1,4,24 109:3 | 126:21 127:9 |
| **reside** 4:14 | 33:24 34:6 35:3 | 109:14,18 110:15 | 128:7 133:10 |
| **resident** 97:5 | 35:18,21 38:12,21 | 112:13 114:19 | 145:2 |
| **resolve** 28:21 | 39:20 40:9 42:16 | 115:4,11,13,16,23 | **rotator** 89:6 92:2 |
| 108:25 | 42:24 43:2,5,9,13 | 116:14,16 117:2 | 92:7 |
| **resolved** 28:22 | 44:17 45:20 52:20 | 118:2,6,9,12,14,15 | **roughly** 149:7 |
| **respective** 3:5 | 53:14,16 55:10,22 | 119:18,19 120:21 | **rubbing** 124:7 |
| **respond** 59:7,22 | 57:3 58:4,13,19 | 121:6 123:21 | **rules** 4:24 |
| **response** 47:24 | 59:12,17,19 60:24 | 124:22 125:16 | **runs** 120:22 |
| 50:16 | 61:6,12 62:2,3,7 | 126:7 127:2,4,18 | **rupel** 33:13 |
| | 62:11,21,21 63:1,7 | 129:1,4,16 130:2,9 | |

**[s - side]** Page 21

| s | | | |
|---|---|---|---|
| **s** 2:1 3:1,1 4:1 8:14 9:15 45:2 54:17 159:1 161:5 | 66:23 67:12,13 96:23 124:4,4 134:22 156:15 | **semi** 64:10,10 66:3 71:17,17,20 72:5 | **shot** 119:23 |
| **salvi** 95:4 | **seconds** 61:16,17 64:4 65:19 69:18 120:23 124:3,11 124:13,15 125:8 125:17 126:14 134:8 | **senakot** 152:3,4 | **shoulder** 17:17 18:1 20:4,20 24:21,22,25,25 26:8 28:11 61:24 62:2,6,10 63:17,19 64:12,14,16,17,20 64:22,24 65:1,2,4 65:6,7,8,9,10,14 67:20,21,22,23,25 77:11,15,24 78:10 78:13,19 81:13,16 81:19,22 82:13 89:2,3,6,9,11,15 89:16 90:8,16 91:11,15 93:8 95:3 97:24 98:8 98:17,19,21,23 99:2,14 100:7,10 101:19,24 102:10 102:14,19 103:8 103:10,11 104:6 104:15,24 105:6 105:19 107:2,10 107:20 108:4,24 148:2,12 152:1 |
| **sanders** 99:25 | | **send** 37:19 38:10 88:2,2,7 101:5 | |
| **sandra** 1:17 160:6 160:20 | | **sending** 59:18 | |
| **saw** 50:6 53:2 76:17 90:19 121:18 136:7,11 137:7,10,19 138:1 141:10 | | **sense** 37:14 | |
| | | **sent** 92:3 95:4 | |
| | **security** 10:11,15 10:22,23,25 22:8 109:6,8,9,15 110:1 110:2,9,22 111:21 111:25 115:23 117:9,13,17 122:3 122:15,21 | **separate** 7:22 | |
| **saying** 31:17 36:7 37:14,25 43:15,16 43:18 44:14,16 46:24 51:11 52:14 52:17 57:15,17 59:8,16,16,16 60:6 61:19 69:5 72:5 78:21 91:19 114:3 128:7 129:6,7,10 131:9 132:22 141:2 155:8,11 | | **september** 17:10 17:11,16 18:6 102:24 | |
| | | **serious** 151:6 | |
| | | **seriousness** 5:15 | |
| | **see** 20:21,23 62:16 67:3,5 76:6,8,9,16 76:19 90:21 96:6 101:7 112:11 119:22,25 120:11 120:25 121:8,21 121:22,25 122:9 122:13 123:1,1,4 123:20,21 124:5 124:14 126:1 127:14,18,22 128:2,22 129:21 129:23 130:5,21 131:23 132:17,19 133:9 134:25 135:4 136:18 138:15 139:3,18 139:21,25 140:17 141:7 142:4 | **seroquel** 8:10,12 8:16,18 | |
| | | **seroquiel** 8:14 | |
| | | **service** 3:12 | |
| | | **session** 102:4 | |
| | | **sessions** 90:15 | |
| **says** 116:3,9 121:7 | | **set** 110:2 136:3 160:9,16 | |
| **scab** 139:13,14 | | **seven** 27:13,13,13 50:25 58:10 75:1 121:21 | **shoulders** 68:19 |
| **scale** 98:22 | | | **show** 122:4 134:21 136:8 137:2,4,19 141:14 |
| **scheduled** 95:3 99:23 | | **severe** 89:1 93:7 101:4 103:9,9 104:8 | |
| **school** 11:12 40:4 40:5,6,13,14,14 41:4 80:16 | | | **showed** 92:6 97:18 117:10 140:20 |
| | | **shake** 5:3 | |
| | | **shape** 139:25 | **showing** 120:18 127:18 135:1 |
| **scrape** 142:9 | | **sharp** 64:13,15,22 65:14,21 | |
| **screen** 119:22 121:20 127:2 135:4 | **seeing** 20:13,17 90:18 91:1,5 120:18 135:5 | **sheet** 161:1 | **shown** 4:6 118:8 120:11 138:1 |
| | | **shift** 87:12 | |
| | | **shirt** 121:7 | **shows** 116:12 137:4,23 |
| **sealing** 3:6 | | **shoes** 128:12,18,19 | |
| **searched** 153:2 | **seek** 13:17 81:22 | **shopping** 32:20,22 32:25 33:3 | **shrinking** 95:8 |
| **seat** 62:1,2 | **seen** 131:21 | **short** 57:23 72:18 | **side** 15:9,9 28:6,6 28:6 52:20 62:21 |
| **second** 29:6 61:18 61:18 62:19 64:8 | | **shorter** 50:23 127:22 | |

[side - start]                                                                                              Page 22

62:21 63:1,2,4,5,7
63:8 64:19,20,24
64:24,24 65:1,2,7
65:8 66:16,18,19
85:25 86:3,22
121:20 123:17
125:9,20 127:2,9
135:19,24 136:8
137:17
**signature** 78:5
160:19
**signed** 3:8,9,12
97:16
**singh** 1:2,15 4:6
4:13 6:22 7:24
8:15 9:3,13,15
10:7 11:2,20
14:14 16:17 21:2
21:19 26:24 27:6
27:11,25 28:24
30:14 31:7,23
33:11 35:10 44:18
45:15 47:20 54:17
57:24 60:21 70:18
72:19 77:22 78:12
80:8 81:25 84:9
88:15 92:5,10,19
93:9 96:10,11,11
97:23 98:18
101:10 102:11
105:25 106:18
107:18 108:23
109:3 110:21
115:15,23 116:13
118:16 119:22
120:2,7,21 124:3
124:13 125:9,16
126:13 127:8
128:22 131:13
134:10,21,25
139:21 141:9

142:3,8 144:7
145:18 146:3
147:17 148:17
149:20 150:5,15
150:20,25 151:8
151:15 153:2
154:22 155:24
156:24 158:12
161:2,3,21
**singular** 8:10
**sir** 9:17 43:10
72:17 100:24
115:17,21
**sister** 56:12
**sit** 88:16 103:7,12
**sitting** 37:22,23,25
41:2 46:1,3,23
47:3 49:20,21
52:3
**situated** 7:20
**six** 34:12 89:20
102:9,23 105:2
**skin** 139:15,16
140:9 142:4,7,13
**sleep** 8:21 37:7
38:7 77:5
**sleeping** 34:4
39:15,21
**small** 33:13
120:12,19 135:4
**smartphone** 120:3
120:4
**smoke** 59:4 130:25
131:6,7,10
**smokes** 129:9
**smoking** 131:6
**smoothly** 4:25
**social** 10:11,14,22
10:23,25 22:8
149:21 150:6

**socially** 59:1,4
**sofa** 37:23 46:23
47:4 52:3
**solution** 76:24
77:1,6,8
**someone's** 32:5
**son** 29:12,12,13,13
29:17,17 39:2,2,5
39:7,7,8,9,16,20
39:23 40:8,15,19
41:7,11 48:16
80:16,18,20
116:25 127:10,11
**son's** 29:19
**sons** 29:16,20,23
**sore** 81:17
**sorry** 7:21 32:13
51:21 65:5 79:2
93:22 95:25
100:19 103:21
118:15 145:23
156:4,13,15
**sort** 22:3,7 52:24
123:3 130:20
140:8
**sought** 98:7
**sound** 115:24,25
116:1,2,6,8,10
**sounds** 97:21
116:1
**south** 1:17 4:15
**southern** 49:8
**southsbury** 96:13
**sp** 11:16
**space** 63:3
**spasm** 98:5
**speak** 6:6 57:5,7
58:22 75:13,17
149:4 154:22,23
155:1,3

**speaking** 130:4
**special** 81:16
88:18
**specially** 144:21
**specific** 35:10
82:14 85:15 89:11
89:15 92:5 101:12
101:14 106:15
**specifically** 58:24
59:5 93:3 104:3
110:2 152:24
**specified** 158:8
**spell** 93:22 95:19
**spelled** 8:14
150:16
**spine** 83:21,24
84:6
**spoke** 45:17,20,21
75:20 76:11 125:4
**spoken** 45:24
75:15
**sports** 98:16 99:7
**ss** 160:3
**st** 1:5
**stairs** 66:13 67:18
68:3 71:2,6
**stairwell** 70:7
**standing** 46:1
53:20,21 54:5
68:2 69:14,24
72:6,7 126:21,24
127:19,23 128:16
128:23
**start** 5:18 13:8
16:1 18:4,13
19:17 20:21 21:23
22:23 23:3,5,18
24:3 25:12 31:8
31:15 41:20 70:15
99:6 104:7,11
105:13 118:20

[start - talking]                                                    Page 23

| | | | |
|---|---|---|---|
| 140:13,14 | stopping 86:8,8 | surgeries 18:3 | take 4:22 5:4,11 |
| started 4:24 12:3 | store 32:18 111:10 | 107:6 147:7 | 6:6,9 8:15,22,23 |
| 13:23 14:1,3,14,17 | 112:25 | surgery 20:18 | 41:25 42:4,10,13 |
| 15:19,23 16:22,25 | stored 112:6 115:5 | 21:15 78:12,15 | 43:4 45:13 47:22 |
| 18:6 19:22 20:14 | straight 31:14 | 82:19,20,23,25 | 48:5,6,18 51:12 |
| 20:23 21:9 23:7 | 80:10 | 83:5,7 89:5,12,16 | 56:5 57:19 59:2 |
| 24:9 28:3 58:20 | street 2:9 | 89:18,23 90:7,11 | 61:18 72:13,14 |
| 71:15 98:16,21 | streets 151:7 | 90:12,15,17 91:9 | 81:25 95:12,14 |
| 100:8 | strick 102:6 | 91:13 95:3 99:13 | 112:23 113:21 |
| starting 18:9 | strike 70:8 | 99:20,23,25 100:7 | 117:9,12 129:8,12 |
| 85:19 100:20 | struck 86:15 | 100:9 102:12,14 | 131:10 141:3,19 |
| state 1:18 4:2,7,12 | subscribed 158:15 | 102:17,22 103:19 | 152:18 |
| 11:15 88:15 160:3 | 161:22 | 105:2,13 108:1,4,6 | taken 1:15 5:7 8:7 |
| 160:7 | subsided 108:14 | 108:7 147:25 | 8:21 57:23 58:10 |
| statement 59:10 | substance 42:7 | surprise 46:19 | 60:5 64:9 66:2,10 |
| states 1:1 11:5,13 | suddenly 85:20 | surprises 98:4 | 66:21 69:13 71:5 |
| 11:21 12:2,7 | sued 148:14 | sustain 28:9 85:12 | 72:6,18 73:17 |
| 135:21 | suffering 83:3 | 144:8 145:5,8 | 75:12 118:5 |
| station 12:4,10 | 153:18 | sustained 28:20 | 135:11 138:7 |
| stay 39:14 74:24 | sugar 95:17 | 91:6 140:3,6 | 141:21,23,25 |
| 105:4 | suggested 119:8 | 142:22 | 147:19,20,21 |
| stayed 74:25,25 | suite 2:4 | swelling 137:5,6 | 154:25 |
| stepped 131:24 | sum 42:6 | 137:25 | takes 131:2 |
| stick 132:18 | supplements | switch 21:13 | talk 31:7 37:22 |
| stipulated 3:4,15 | 152:13,14 | switched 23:15 | 47:9 75:24 76:7 |
| stomach 62:11 | supposed 89:23 | sworn 3:8 4:2,5 | 76:20 78:4 88:24 |
| 63:17 | sure 4:24 15:16 | 158:4,15 160:9 | 89:2 118:2 124:24 |
| stop 15:6 17:8,15 | 19:7,14 21:12 | 161:22 | 155:14,16 |
| 17:21 19:25 20:6 | 24:9 25:18 34:24 | system 109:6,9,12 | talked 47:13,16,20 |
| 20:11,17 24:15 | 40:14 55:14 62:5 | 109:16 110:9,16 | 75:20,23 76:9 |
| 25:6 37:5,11 | 67:8 70:18 74:15 | 110:19,22 111:1,4 | 124:24,25,25 |
| 56:14 108:11 | 76:12 78:3,25 | 111:9,24,25 112:6 | 125:5 146:1 |
| 128:2 | 84:3 88:5,13 98:2 | 112:7,15,18,25 | 148:25 |
| stopped 15:2,11 | 101:14 113:13,17 | 113:8,11,14 | talking 37:20,24 |
| 16:1,19 17:5,7,14 | 114:19 115:2 | 115:24 117:9,13 | 39:8,23 43:19,21 |
| 19:12,21 20:13 | 117:6 123:14,21 | 122:3,15,21 | 43:21 44:3,13 |
| 21:7,19,22 24:12 | 124:9,19 135:22 | | 45:15,25 47:10,11 |
| 24:23 25:3,22,22 | 138:22 139:20 | **t** | 47:25 50:6,6 |
| 26:6 42:21 86:19 | 143:19,20,21 | t 3:1,1 10:1,1 | 57:10,25 58:24,25 |
| 86:20 98:22 | 150:12 152:17 | 54:16 158:1 159:1 | 76:17 90:10 101:5 |
| 100:15 133:9 | | 160:1,1 | 114:21,23 115:3 |

[talking - thrown]                                                                         Page 24

115:10 118:9,25
119:7,8 122:20
123:23 124:17,19
124:19,20,20
126:19,19,20,20
126:22 127:1
128:5 129:1,3
130:16,18 131:5
133:14,15 135:22
140:18,19 143:16
146:9 155:8,14
**tall**   49:3,4 60:11
60:21 61:2
**taller**   49:13,13,16
**tax**   1:6
**taxes**   27:14
**taxi**   12:11,13,15
12:16,25 14:5,9,11
14:23 16:23,24
22:23 23:3
**tear**   89:6 92:6
**tell**   5:8 15:22,25
16:3 18:14 37:2,4
39:18 41:25 48:1
48:20 57:13 69:1
69:4 76:2 77:14
78:7 79:21 88:5
91:10 101:16
108:21 113:16
115:17 120:17
121:5 143:23
147:12 156:13
**telling**   31:8
**temple**   135:25
136:12
**ten**   23:4,10 50:25
55:6,16 57:21,22
60:5 65:17,19
75:1 79:3,5 89:21
90:13 117:8

**tenants**   122:5
**term**   45:2
**terminated**   25:19
**testified**   4:3 70:20
70:23 71:1 84:9
107:18 119:12
146:4 148:3,5
**testify**   8:1,19 35:6
158:4
**testifying**   108:12
**testimony**   9:7
108:3,17 158:4,7
160:10
**thank**   7:24 9:11,19
10:11
**therapists**   93:10
**therapy**   17:25
18:2,4,7,9,11,13
18:18,21,25 19:10
19:18 20:1,15
21:3,4,9,10,14,18
82:17 89:17,19,20
89:23,25 90:3,4,10
90:12 98:11 99:1
99:4,7,8 100:2,4,5
100:9,12 101:3,18
101:23 102:2,7,10
102:18,21 103:2
104:23 105:4,11
107:25 108:7
**thing**   5:1 13:21
28:2 31:21 48:14
59:21 72:2 78:23
95:13,16 114:24
125:11 130:24
135:23 152:15
155:19
**things**   33:19 38:9
47:24 50:4 63:3
70:15 71:15 88:1
96:6 100:13,17

109:22 111:22,25
112:1,20 113:20
123:18 141:5
151:7
**think**   8:6,20 9:6
11:10,22 12:3,6,15
12:24 13:6,10,19
14:19 15:1,18,20
16:4,17,19 18:6,16
20:24 22:5 23:9
23:23 26:12,22,22
27:12,19,23 30:8
31:25 32:7 33:9
34:3,12,24 35:12
35:17 38:19 39:2
39:24 40:2,4,14,25
41:6 42:8,17,18
43:24 44:5,20,22
44:24 46:24 47:5
47:14,14,20 48:17
49:3,11,25 50:2,11
50:18 51:1,13
53:7 54:5,20,21
55:5,6,19 56:18,20
57:14,15 59:24
61:3,6 63:10,10,22
65:25 66:14,16,21
67:2 68:4,13
69:18,20,25 72:5
72:25,25 73:9,17
73:21 74:11 75:1
75:8,14,22,24
76:12,18,24 77:2
78:25 79:12 80:2
80:15,17 81:15
83:13,23 87:5
89:20 90:4 92:8
92:13,18 93:2
94:21,21 96:12,25
97:1,1,7,7,10,21

97:25 98:1,9,24
99:6,17 102:3,23
102:23 103:5
104:7,12,13
105:13 106:9
109:1 110:23
111:5 113:3,15
114:15 116:9
117:3,6,8,22
119:12 121:3,14
126:8,20 128:6
129:22,22,23
133:15 136:22
137:6 141:20,23
143:16,17 144:16
144:20 145:2
146:9,15 149:6
150:1 151:14,25
152:6,14,23 154:1
156:2,8,24
**thinking**   42:19
**third**   11:10 29:1,5
29:6 66:22 67:9
67:10,13
**thought**   36:20
93:13 155:14
**threat**   155:23
**threatening**
155:21
**three**   11:10 22:24
22:25 36:4 37:18
47:8,11 71:10
76:6,18,20 85:3,8
109:14 110:16,18
128:23 134:15
142:15 153:7
**threw**   53:13 61:12
70:20
**throw**   37:6
**thrown**   52:19
61:20 62:20 63:1

[thrown - unable] Page 25

63:6,7 65:15,17,23 67:15,17 68:3,8,9 70:4,6 71:23
**tight** 69:6
**tighten** 66:6,7
**tightened** 66:5,9 70:24
**tightly** 69:9,11
**till** 102:24
**tilt** 62:25,25
**time** 1:12 3:16 6:8 9:2 12:1,5,21 13:4 13:14 14:15,17,18 14:20 16:19 17:1 17:18,19,21 20:19 21:20 22:3,18,19 22:20 23:2,5 24:7 24:10,11 26:16,16 26:19,19,20,20 28:13,19 31:24 34:22,24 36:4,11 39:7 41:5 45:7,14 45:19 46:2 49:6 50:10 51:13 52:11 52:14 54:12,14 55:15 56:11,16,23 60:16 63:16,18 69:17,17,21 70:3 70:11 74:12 77:21 78:24 82:2 87:7 92:4,23 93:17 95:2,12 96:8 98:6 98:7 100:1,8,9,12 102:9 105:20 109:15 114:23 115:3 118:5,7,11 120:4 121:4 131:21 134:6 146:4 152:12,17 152:22 158:8

**times** 102:5,8 147:24
**timing** 80:16
**tire** 85:25 86:3,13 86:22,22
**today** 4:22 6:18 7:17 8:2,19,24 9:8 88:16,21 103:7,12 104:18 106:23 107:21 110:18 115:25 120:7 144:8 149:10,13 149:17 155:25 156:7
**told** 37:4,4 38:4 40:9,11,12 42:5,6 42:20,23,23 43:1,8 45:13 46:25 48:8 50:16,18 55:21,21 56:22 58:4,8,12 60:8 66:2 69:16 76:4 77:22 78:19 78:20 83:6 88:5 91:14 95:12 98:11 106:13 107:8,14 108:8 126:5 155:25 156:6,8
**top** 121:22 122:9
**torn** 92:2
**total** 27:19
**touch** 33:20
**touched** 63:18 65:18
**touching** 63:4
**traffic** 86:16,17,18
**transcript** 6:13,18 10:9,16 15:17 18:15 150:12 158:6,7
**travel** 146:19

**treat** 78:3
**treated** 154:21
**treating** 83:8 154:12
**treatment** 13:17 13:18 14:1 15:10 17:21,24 18:12 19:3 20:11 28:14 77:7 82:11,15 83:3 84:23 87:20 88:11,18 89:8,11 97:6,17,24 98:8,17 98:23 100:23 107:6,15,19,24,25 144:12 156:18
**treatments** 13:15 82:9
**trial** 1:14 3:17 5:11 6:20 106:10
**tried** 52:7 98:10 98:10 114:7,8
**troiani** 1:17 160:6 160:20
**trouble** 120:18 128:15
**true** 107:11 158:7 160:10
**truth** 5:8 158:4
**truthful** 9:7
**truthfully** 8:1,19
**try** 38:9 116:4,11 118:16 132:4 141:6
**trying** 46:23 54:2 56:11 60:7 65:20 74:11 85:24 86:12 108:16,20,21 110:6,12 112:11 125:23 128:12 131:17,17 140:7 140:25 142:8

**turn** 85:18,25 86:10,13,21
**turned** 136:17
**turning** 86:5
**tv** 112:2,3 143:14 143:20
**twice** 124:25
**two** 25:12 26:8,18 29:14,15,18,18,19 29:20,23 31:11 37:6,18 40:2 41:15 47:12 48:25 53:17 55:23 56:8 61:17 68:11 73:23 76:18 86:19 102:3 102:5 103:17,25 104:2,3,5,13,13 107:6 108:10,13 109:13,13,15 111:9 116:13,15 117:1,3,4,7,16,21 130:13 141:24 145:22 148:13
**tylenol** 98:2
**type** 26:10,21,25

**u**

**u** 3:1 8:14 10:1 30:24
**uber** 23:5,7,12,13 23:14,15 24:6,11 24:12 27:18
**uh** 138:24
**ultimately** 100:3 115:8
**unable** 25:7,8,13 25:21,24 50:5 61:23 62:15 96:6 96:7,8 103:15,18 104:8 113:18 145:16

[unconscious - went]                                                                 Page 26

| | | | |
|---|---|---|---|
| **unconscious** 69:17 | **user** 149:25 150:1 | **village** 11:12,19 | 100:1,1 |
| **undergoing** | 150:2,9 159:20 | **vitamin** 152:16,21 | **wants** 42:12 |
| 105:11 | **usually** 8:23 9:23 | **voice** 43:23,24,25 | **watch** 109:23 |
| **underneath** | 41:1 45:6 49:7 | **w** | 112:3 118:17,18 |
| 139:16 | 90:23 102:9 | | 124:1 149:16,18 |
| **understand** 4:20 | 104:25 105:1 | **w** 4:1 9:15 54:16 | **watched** 124:15 |
| 4:25 5:5,7,10,14 | **v** | **wait** 52:16,16,21 | 134:14 |
| 5:21,23 6:15,18,20 | | 52:21 53:5,5 | **watching** 128:11 |
| 25:18 88:20 | **v** 93:23 150:16 | 61:18,18,19,19,19 | 143:14,20 |
| 108:16 110:5 | 161:2 | 61:19 148:24 | **water** 52:8,9,13,16 |
| 114:3 115:2,9 | **vehicle** 17:9 85:10 | **waiting** 56:19 | 52:18 53:3 131:18 |
| 118:24 140:7 | 85:19,20 86:1,11 | 106:10,12 | 131:22 132:2,22 |
| 142:8 | **verbal** 5:2 | **waived** 3:7 | **way** 34:6,11 42:19 |
| **understanding** | **veritext** 161:1 | **wake** 39:23,24 | 44:2 45:22,24 |
| 21:12 62:5 106:7 | **video** 109:9 | 40:1,6 77:17 | 59:8,10,11,23 62:3 |
| **understood** 6:1 | 110:21 111:10,19 | **walk** 48:17 74:1 | 62:3,12 73:6,10 |
| 7:13,24 10:3 16:2 | 112:5,6,10,13,14 | 126:2 | 112:14 113:7,10 |
| 51:24 52:1 62:17 | 112:15,23,25 | **walked** 54:14 | 113:13,15 114:17 |
| 104:20 154:20 | 113:8,11,13 114:4 | 127:9 | 134:7 139:12 |
| **underwent** 89:5 | 114:9,10,12,12,16 | **walking** 66:12 | 146:8 155:22 |
| 91:21,22 100:9 | 114:21,22,22 | 71:2 132:19 | 160:14 |
| 102:11,14 | 115:4,10 116:4,15 | **wall** 123:6 | **wayfair** 32:18 |
| **unemployment** | 117:1,7,9,12 118:8 | **want** 4:23 5:1 6:23 | **ways** 123:16 |
| 22:10,11,12 | 118:17,21,25 | 13:21 21:2,12 | **we've** 83:13 84:1 |
| **unfair** 129:7 | 119:13,14,17,21 | 25:18 27:4 31:7 | 138:11 |
| **unfortunately** | 119:23 120:5,6,10 | 31:21 36:17 37:2 | **wearing** 63:22 |
| 113:23 114:9 | 120:22,23 124:2 | 38:1,7 42:10,13 | 120:24 |
| **united** 1:1 11:5,13 | 124:12,15 125:7 | 53:5 56:18 62:5 | **week** 22:19,20,25 |
| 11:21 12:1,7 | 125:10,15,20,25 | 69:12 70:18 78:3 | 23:1,8,11 27:6 |
| 135:21 | 126:12 127:7,17 | 79:18,21 86:9 | 102:5,5 156:19 |
| **unsigned** 3:10 | 127:20,23 128:1 | 88:24 89:2 106:14 | **weeks** 103:17,25 |
| **unusual** 42:10 | 128:10,21,23 | 108:21 109:25 | 104:2,3,5 |
| 112:9,12 | 129:14,25 130:15 | 110:5 114:3,19 | **weigh** 60:23,24,25 |
| **upper** 68:20,21,21 | 131:12 132:7 | 115:1,2,9 118:17 | **weighed** 61:8 |
| **upset** 81:7,9,9,11 | 133:8 134:9,11,14 | 118:20 120:17 | **weighs** 61:5 |
| 147:4 | 134:17,19 149:6 | 121:19 123:14 | **welburtrin** 152:25 |
| **upstairs** 56:18,25 | 149:18 | 128:9 129:12 | **welbutrin** 152:5 |
| **use** 6:7 10:1 70:8 | **videos** 109:4 | 133:19 134:21 | **welcome** 6:6 |
| 71:11 81:23 | 116:13,19 117:3,4 | 135:22 156:2,13 | **went** 16:18 18:22 |
| 104:21 116:24,25 | 117:5,16 149:16 | **wanted** 40:3 41:25 | 19:19,22 22:13,17 |
| 139:1 150:8,8 | **view** 111:19 112:5 | 42:5 43:4 48:21 | 31:10 32:12,13,21 |
| | | 79:18,18 88:4,13 | |

[went - year]                                                                 Page 27

| | | | |
|---|---|---|---|
| 32:23 34:14 39:2 | **witness** 3:8,12,13 | 28:17,21,23 89:14 | 53:25 56:9 58:14 |
| 46:3,3 72:3 77:11 | 4:1,6 72:17 83:21 | 100:15 146:5,6 | 59:9,9,9,9,11,11 |
| 80:10,19,19 92:11 | 97:14 103:16 | 147:6 | 59:11,12,12 60:12 |
| 92:19,22 93:2,2,16 | 115:17,21 157:1,3 | **works** 101:7 | 60:20 61:7,9 62:4 |
| 96:18,21,25 97:18 | 160:8,11,16 | **worry** 60:1 | 64:19,19,19 65:8 |
| 98:11,18 102:17 | **witnesses'** 161:3 | **worse** 105:7 | 67:13,16,25 68:10 |
| 133:24 134:7 | **woke** 40:3,8 77:17 | **wrist** 144:19 | 68:14,17,21 69:10 |
| 138:7 144:14 | 77:19 | **wrists** 70:24 | 69:11 70:12 71:8 |
| **westchester** 160:4 | **woman** 46:11 | **writing** 16:16 | 71:17 73:24,24 |
| **whereof** 160:16 | 126:24 127:1,2 | **written** 101:15 | 74:4,25 75:22,22 |
| **whey** 48:13 | **womens** 41:15 | **wrong** 41:23 44:17 | 75:24,25 76:1 |
| **white** 123:4 | **wood** 144:4 | 48:4 96:22 131:3 | 77:21 79:5,5,6 |
| **wife** 7:9,13 9:23 | **woodhaven** 96:2,2 | 144:21 146:3 | 80:12,21 85:18,24 |
| 10:5 29:10,23 | **word** 130:13 | | 86:17,18 89:1 |
| 30:25 31:15 34:4 | **words** 5:3 130:13 | **x** | 90:19 92:21 93:12 |
| 34:20,22 35:20 | **work** 12:23 13:22 | **x** 1:2,9 88:2 97:25 | 94:13 95:24,24 |
| 36:1,5,13 37:12,20 | 14:4 15:14 16:18 | 98:2 159:1,12 | 99:11 100:17,23 |
| 38:4,14,17 39:5,10 | 21:23 22:13,17,18 | **xx** 10:10,10,17 | 102:6 104:17 |
| 39:12,14,19,22 | 25:6,14,17 26:9,11 | **xxx** 10:17 | 105:5,8,24 106:17 |
| 40:8,15,19,23 41:7 | 26:13,16,21,25 | | 106:17 110:23 |
| 42:2,12,12,15,23 | 27:7 30:25 33:16 | **y** | 111:16,16 112:4 |
| 43:8 44:4,5,12 | 33:19 87:7,9,10,11 | **y** 150:16 | 112:23 114:14 |
| 49:19,20,24 50:2,7 | 95:6,25 96:11 | **yeah** 5:13,13 9:12 | 115:6,12 116:15 |
| 50:14 51:14 52:8 | 145:16 146:8 | 9:14 10:4,6,10 | 116:20,21 117:4 |
| 52:10,12,15 53:2 | **worked** 12:1,3 | 11:4,18,22 12:5 | 118:7 120:13,15 |
| 54:7,20 55:1,4,7,9 | 13:7 26:4,8 33:17 | 13:3 14:8,8,8,11 | 121:5,17 122:1,11 |
| 55:16,19,20 56:22 | 87:12 | 14:19,19,23 15:4,8 | 122:14 123:5,23 |
| 56:22 59:13,15,22 | **worker's** 90:24 | 15:13,17,20 16:5 | 123:23,25 125:18 |
| 61:2 74:18 76:3 | **workers** 22:5 | 16:12,12,24 17:20 | 125:18 127:24 |
| 80:12,13,18,19,22 | 38:21 54:25 74:11 | 19:14,19 23:23 | 129:7 130:6,22,22 |
| 118:1 125:9,19 | 87:15 90:24 91:2 | 24:11 26:15 27:16 | 130:22 136:14,16 |
| 126:20 129:15 | 102:7 107:9 | 27:18,23,23 28:4,7 | 139:4 140:21 |
| 131:17,18,25 | 145:21,22,23 | 29:7 31:9 32:23 | 145:21 146:2,21 |
| 133:16,23 134:2,4 | **working** 12:3,9 | 34:4,7,7,17 35:1,4 | 147:22 149:3,8 |
| 147:14 153:11,22 | 13:2,3,6,8,11,23 | 35:12,12,16,16 | 151:19,22 152:2,6 |
| 154:22 155:2,3,7 | 14:3,18,20 15:11 | 37:8,11 38:8,13,13 | 152:11 154:13 |
| **wife's** 30:14,22 | 15:19,23 16:1,19 | 38:13 39:3,4,4,11 | 156:8,13,15,17,22 |
| **wires** 122:10,20 | 16:20,22,25 17:5,7 | 39:11 40:2,7 41:9 | **year** 10:8 11:7 |
| 122:21 | 17:8,12,14,15,22 | 41:10,15,20 42:25 | 12:6 15:17,18 |
| **withdrawn** 109:5 | 21:20,21 22:1,2 | 44:14 45:6,21 | 27:15,16 41:6 |
| | 23:1 25:12 26:1,6 | 46:24 48:7 49:20 | 84:23 99:11,11,17 |
| | | 51:1,8,10,25 52:11 | |

**[year - zoom]**                                                          Page 28

| |
|---|
| 104:24 105:10 |
| 108:10,13 145:14 |
| **years**  29:17,18,19 |
| 44:21 82:12 94:22 |
| 94:22 |
| **yell**  44:2 |
| **yelling**  43:25 44:2 |
| 45:20 |
| **yellow**  12:11,18,20 |
| 12:25 14:6,8,8,21 |
| 14:23,24 15:2,6 |
| 16:23,24 17:1,3 |
| 22:23 23:3 123:21 |
| 139:2,5,21,24 |
| **york**  1:1,6,17,18 |
| 2:4,4,8,9,9 4:3,7 |
| 4:15,18,19 12:11 |
| 14:12 18:17 19:5 |
| 21:1 96:13 148:14 |
| 160:3,7 161:1,2 |
| **younger**  29:17,18 |
| **yup**  58:15 87:3 |
| 88:6 143:17 |
| **z** |
| **zero**  120:22 124:4 |
| 124:10 |
| **zoom**  1:16 4:9 |

**[JA-382]**

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

**[JA-383]**

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.