

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMY MCCAMPHILL**
Senior Counsel
Appeals Division
Phone: (212) 356-2317
Fax: (212) 356-2509
E-Mail: amccamph@law.nyc.gov

April 20, 2023

<u>VIA ECF</u>

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Singh v. The City of New York</u>, Case No. 23-24

Dear Ms. O'Hagan Wolfe:

  This office represents defendants-appellees in the above-captioned appeal. I write to request a deadline for filing appellees' brief.

  Appellant filed his brief on April 19, 2023. By my calculation, July 19, 2023 is 91 days after April 19, 2023. Accordingly, I hereby request under Local Rule 31.2(a)(1)(B) that this Court set July 19, 2023, as the due date for appellees' brief.

                  Respectfully yours,
                      /s/
                   Amy McCamphill