UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand and twenty-three,

_____

Balwinder Singh,

    Plaintiff - Appellant,

v.

The City of New York, P.O. Mandeep Cheema, Tax Id. No. 950196, Individually and in his Official Capacity, Police Officers John Doe #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),,

    Defendants - Appellees.
_____

**ORDER**
Docket No: 23-24

Counsel for Appellee Mandeep Cheema, Police Officers John Doe #1-10 and The City of New York, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 19, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before July 19, 2023.: If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court