

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

AMY MCCAMPHILL
*Assistant Corporation Counsel*
Phone: 212-356-2317
amccamph@law.nyc.gov

July 19, 2023

VIA CM/ECF

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *Singh v. The City of New York*
Docket No. 23-24

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for Police Officers John Doe #1-10 on the docket for this appeal. These parties were included in our notices of appearance (ECF Docket Nos. 9, 10, 13) in an oversight. Because the Law Department did not enter an appearance on their behalf below, our office does not represent these parties on appeal either.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Appellees

By: _____
Amy McCamphill
Assistant Corporation Counsel