NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Singh v. City of NY, et al.   Docket No.: 23-24

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ilyssa S. Fuchs

Firm: Cohen & Fitch LLP

Address: 233 Broadway, Suite 900

Telephone: 212-374-9115    Fax: 332-777-2172

E-mail: ifuchs@cohenfitch.com

Appearance for: Balwinder Singh, Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joshua P. Fitch, Cohen & Fitch LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ilyssa S. Fuchs

Type or Print Name: Ilyssa S. Fuchs