|  |  |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Yana Segal |
| **Subject:** | 23-24-cv / Singh v. The City of New York et al USCA Order |
| **Date:** | Monday, January 29, 2024 12:08:41 PM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>

**Sent:** Monday, January 29, 2024 9:47 AM

**To:** nobody@nyed.uscourts.gov

**Subject:** Activity in Case 1:19-cv-00632-EK-ST Singh v. The City of New York et al USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/29/2024 at 9:47 AM EST and filed on 1/29/2024

**Case Name:** Singh v. The City of New York et al

**Case Number:** 1:19-cv-00632-EK-ST

**Filer:**

**WARNING: CASE CLOSED on 12/06/2022**

**Document Number:** 65

**Docket Text:**
**ORDER of USCA as to [64] Notice of Appeal, filed by Balwinder Singh. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the District Court is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedings consistent with this order. Certified Copy**

**Issued: 1/29/2024. USCA# 23-24. (VJ)**

**1:19-cv-00632-EK-ST Notice has been electronically mailed to:**

Gerald M. Cohen    gcohen@cohenfitch.com, gerald.cohen@gmail.com, ifuchs@cohenfitch.com, jfitch@cohenfitch.com

Ilyssa S. Fuchs    ifuchs@cohenfitch.com, GCohen@cohenfitch.com, JFitch@cohenfitch.com, info@cohenfitch.com

Hannah Victoria Faddis    hfaddis@law.nyc.gov, hannah.faddis@gmail.com

**1:19-cv-00632-EK-ST Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/29/2024] [FileNumber=18622338-0]
[071af2ece5048fa2b52d8115aa12127cd22de3f1441c67fc3e29a9724f513d2e6e6d
580ead660d51e166be15edbc2b514a07efed7d46569a8003d334a2076ab1]]